UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA professionally
Known as HULK HOGAN

   Plaintiff,

vs.                                                      Case No.: 8:12-cv-02348-JDW-TBM

GAWKER MEDIA, LLC aka GAWKER
MEDIA; GAWKER MEDIA GROUP, INC.
Aka GAWKER MEDIA; GAWKER
ENTERTAINMENT, LLC; GAWKER
TECHNOLOGY, LLC; GAWKER SALES,
LLC; NICK DENTON; A.J. DAULERIO;
KATE BENNERT, BLOGWIRE HUNGARY
SZELLEMI ALKOTAST HASZNOSITO
KFT aka GAWKER MEDIA

   Defendant.
_____/

## NOTICE OF APPEARANCE

Gregg D. Thomas of Thomas & LoCicero PL hereby give notice of their appearance as counsel on behalf of Gawker Media, LLC.  The certificate of service for all pleadings, orders, and other papers in this action should include **Gregg D. Thomas** at Thomas & LoCicero PL, 400 North Ashley Drive, Suite 1100, Tampa, Florida 33602.

                                                         Respectfully submitted,

                                                         THOMAS & LOCICERO PL

                                                         */s/ Gregg D. Thomas*
                                                         Gregg D. Thomas
                                                           Florida Bar No.: 223913
                                                        Rachel E. Fugate
                                                           Florida Bar No.: 0144029
                                                        400 North Ashley Drive, Suite 1100

>P.O. Box 2602 (33601)
>Tampa, FL 33602
>Telephone: (813) 984-3060
>Facsimile: (813) 984-3070
>gthomas@tlolawfirm.com
>rfugate@tlolawfirm.com
>
>Attorneys for Gawker Media, LLC.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing is being electronically filed and will be furnished via CM/ECF on this 16th day of October, 2012, to: Fredrick H.L. McClure, Esq. and E. Colin Thompson, Esq., DLA Piper LLP (US), 100 N. Tampa Street, Suite 2200, Tampa, Florida 33602; Charles J. Harder, Esq., Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, 11400 W. Olympic Boulevard, 9th Floor, Los Angeles, California 90064-1582; and David R. Houston, Esq., 432 Court Street, Reno, Nevada 89501.

>/s/ Gregg D. Thomas
>Attorney