UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA professionally
Known as HULK HOGAN

   Plaintiff,

vs.

Case No.:  8:12-cv-02348-JDW-TBM

GAWKER MEDIA, LLC aka GAWKER
MEDIA; GAWKER MEDIA GROUP, INC.
Aka GAWKER MEDIA; GAWKER
ENTERTAINMENT, LLC; GAWKER
TECHNOLOGY, LLC; GAWKER SALES,
LLC; NICK DENTON; A.J. DAULERIO;
KATE BENNERT, BLOGWIRE HUNGARY
SZELLEMI ALKOTAST HASZNOSITO
KFT aka GAWKER MEDIA

   Defendant.
_____/

## NOTICE OF APPEARANCE

Rachel E. Fugate of Thomas & LoCicero PL hereby give notice of their appearance as counsel on behalf of Gawker Media, LLC.  The certificate of service for all pleadings, orders, and other papers in this action should include **Rachel E. Fugate** at Thomas & LoCicero PL, 400 North Ashley Drive, Suite 1100, Tampa, Florida 33602.

Respectfully submitted,

THOMAS & LOCICERO PL

*/s/ Rachel E. Fugate*
Gregg D. Thomas
  Florida Bar No.: 223913
Rachel E. Fugate
  Florida Bar No.: 0144029
400 North Ashley Drive, Suite 1100

                      P.O. Box 2602 (33601)
                      Tampa, FL 33602
                      Telephone: (813) 984-3060
                      Facsimile: (813) 984-3070
                      gthomas@tlolawfirm.com
                      rfugate@tlolawfirm.com

                      Attorneys for Gawker Media, LLC.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing is being electronically filed and will be furnished via CM/ECF on this 16th day of October, 2012, to: Fredrick H.L. McClure, Esq. and E. Colin Thompson, Esq., DLA Piper LLP (US), 100 N. Tampa Street, Suite 2200, Tampa, Florida 33602; Charles J. Harder, Esq., Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, 11400 W. Olympic Boulevard, 9th Floor, Los Angeles, California 90064-1582; and David R. Houston, Esq., 432 Court Street, Reno, Nevada 89501.

                      __/s/ Rachel E. Fugate_____
                               Attorney