# EXHIBIT 3

# Terry Bollea (Hulk Hogan) files two civil lawsuits in regards to release of tape

**For immediate release**

October 15, 2012 – Tampa, Florida

Terry Gene Bollea professionally known as "Hulk Hogan," filed two lawsuits today in Tampa, Florida in connection with the recording of Mr. Bollea, without his knowledge or consent, engaged in private consensual intimate relations in a private bedroom. The video was posted on the Internet earlier this month.

The first lawsuit, filed in the Florida State Court for Pinellas County, is against Heather Clem aka Heather Cole and her ex-husband, Bubba the Love Sponge Clem aka Todd Alan Clem. It alleges claims of invasion of privacy, public disclosure of private facts, intentional and negligent infliction of emotional distress, and violation of the Florida statute prohibiting the taping of another person without their knowledge. According to the allegations in the Complaint, the Clems created the videotape of Mr. Bollea approximately six years ago, without his knowledge or consent, and has been demanding the removal and destruction of the videotape since he learned of its existence.

The second lawsuit was filed in the United States District Court for the Middle District of Florida against Gawker Media, its owner Nick Denton, and affiliated entities and individuals. According to the Complaint, such entities and persons were involved in posting excerpts of the video at their website and refused to remove them after Mr. Bollea's legal counsel sent cease and desist demands for their removal and destruction.

The lawsuit against Gawker Media, Denton and their affiliates seeks **$100 million** in monetary damages, plus punitive damages, a temporary restraining order, and a preliminary and permanent injunction to force Gawker Media to remove all content of the video from their websites. That complaint alleges claims for invasion of privacy, public disclosure of private facts, common law violation of right of publicity, intentional infliction of emotional distress, and negligent infliction of emotional distress.

"The invasion of privacy that occurred is illegal, outrageous, and exceeds the bounds of human decency," stated Mr. Bollea's lead litigation counsel, Charles J. Harder of Wolf Rifkin Shapiro Schulman & Rabkin LLP in Los Angeles. "We will see these lawsuits through to a successful conclusion, and will not stop until all persons involved in these

egregious violations of Mr. Bollea's privacy rights have been prosecuted to the fullest extent of the law."

Mr. Bollea's personal litigation attorney, David R. Houston of Reno, Nevada, added: "There is a criminal aspect to this case as well. We believe that crimes were committed by those who secretly created and publicly broadcast this tape, and we will ensure that all crimes are prosecuted to the fullest extent of the law."

Mr. Bollea stated: "I am fortunate to have a supportive family during this process, and look forward to prevailing in court."

For further information, please contact:

Elizabeth Rosenthal Traub, Publicist, EJ Media Group LLC, New York, NY, elizabeth@ejmediagroup.com, Tel. 212-518-4771, x105.

Charles J. Harder, Esq., Wolf Rifkin Shapiro Schulman & Rabkin LLP, Los Angeles, California, www.WRSlawyers.com, Tel. 310-478-4100.

David R. Houston, Reno, Nevada, www.DavidHoustonLaw.com, Tel. 775-786-4188.