# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA professionally
known as HULK HOGAN,

        Plaintiff,

v.

GAWKER MEDIA, LLC aka GAWKER
MEDIA; GAWKER MEDIA GROUP, INC.
aka GAWKER MEDIA; GAWKER
ENTERTAINMENT, LLC; GAWKER
TECHNOLOGY, LLC; GAWKER SALES,
LLC; NICK DENTON; A.J. DAULERIO;
KATE BENNERT; BLOGWIRE HUNGARY
SZELLEMI ALKOTAST HASZNOSITO
KFT,

        Defendants.

Case No.

## DECLARATION OF PLAINTIFF TERRY GENE BOLLEA

I, Terry Gene Bollea, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am the plaintiff in this action. The facts stated herein are stated on my own personal knowledge and, if called and sworn as a witness, I could and would competently testify thereto. As to those matters stated on the basis of information and belief, I am so informed and believe those matters to be true.

1

2.     This declaration is made in support of the Complaint filed to initiate this action as well as the accompanying application for a temporary restraining order and preliminary injunction ("TRO").

3.     I am professionally known as Hulk Hogan. I started wrestling in the late 1970s. I wrestled as the character Hulk Hogan in the World Wrestling Federation ("WWF"). I was inducted into the WWF Hall of Fame in 2005. I am a 12-time world WWF champion.

4.     I have also been a motion picture actor, having appeared in such films as *Rocky III*, *Surburban Commando* and *Mr. Nanny*. I also appeared in a television series, and starred in the reality television series *Hogan Knows Best*.

5.     I have spent considerable time and effort developing my career as a professional champion wrestler and in developing my brand. My name and image have been used, with my permission, in numerous commercial endorsement opportunities, including for a blender known as The Hulk Hogan Thunder Mixer, an indoor grill known as The Hulk Hogan Ultimate Grill, and an energy drink known as Hogan Energy, distributed by Socko Energy. My name and image also have been used in line of microwavable hamburgers, cheeseburgers, and chicken sandwiches sold at Wal-Mart called "Hulkster Burgers." In or about November 2011, I launched a new website called Hogan Nutrition, which features many nutritional and dietary products. Through years of hard work, I have developed skill, reputation and international notoriety to create substantial value in my identity.

6.     Approximately six years ago, I had private consensual sexual relations with a woman named Heather Clem, in her private bedroom. I had no knowledge at the time that anyone was videotaping that encounter, and I would have strenuously objected to any audio or video recording thereof. I learned very recently that Ms. Clem and/or her ex-husband, Bubba the Love Sponge Clem aka Todd Alan Clem, videotaped my sexual encounter with

2

Ms. Clem, without my knowledge or permission. I had a reasonable expectation of privacy at all times in connection with that sexual encounter with Ms. Clem.

7.      On or about October 4, 2012, one or more of the named defendants in this action (collectively, "Gawker Media") posted to their website www.Gawker.com (the "Gawker Site") excerpts of the videotape showing Ms. Clem and I engaged in private consensual sexual relations (the "Video"). The Video was posted at the Gawker Site without my knowledge or permission.

8.      When I learned about the Video at the Gawker Site, I immediately contacted my attorney, David R. Houston, and he then sent a cease and desist letter to the defendants dated October 5, 2012, demanding the removal of the Video from the Gawker Site, and threatening a lawsuit against Gawker Media if it did not comply. A true copy of Mr. Houston's letter is attached hereto as **Exhibit A**. Mr. Houston then followed that letter with an email dated October 5, 2012, to defendant Nick Denton, the owner of Gawker Media, again demanding the removal of the Video from the Gawker Site, a true copy of which is attached hereto as **Exhibit B**.

9.      Gawker Media did not remove the Video from the Gawker Site, and it still remains at the Gawker Site to this day. Instead, Gawker responded to Mr. Houston's letter and e-mail with an e-mail dated October 9, 2012, a true copy of which is attached hereto as **Exhibit C**, stating that Gawker Media would not remove the Video excerpts from www.Gawker.com.

10.      Further, other media outlets and websites picked up on the story that the Gawker Site was posting the Video, thus driving a tremendous amount of web traffic to the Gawker Site and the Video. A true copy of just a few of the other media reports regarding the Video at the Gawker Site are attached hereto as **Exhibit D**. I have seen many, many more reports of the Video at the Gawker Site, but am not attaching all of them, for purposes

of brevity. The *NY Daily News* article attached hereto within Exhibit D shows two still images from the Video at the Gawker Site.

11.     If the Video remains publicly posted and disseminated, it will have a substantial adverse and detrimental effect on my personal and professional life, including irreparable harm to both.

12.     The recording of the Video without my knowledge, and the public posting and dissemination of the Video has completely flipped my life upside down, has rattled my current marriage, has been devastating to me and my family, and has caused by severe emotional distress.

13.     Based on these facts, I respectfully request that the Court to grant the requested temporary restraining order and preliminary injunction to prevent the defendants from continuing to violate my privacy rights. Specifically, I request that the Court order the defendants to remove the Video and all portions and content therein, from all of their websites, and to turn over to my attorneys all copies of the full-length videotape, the Video, and all content therein, including all clips, still images and audio taken therefrom, and all transcripts prepared of the audio contained within the videotape.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of October, 2012.

TERRY GENE BOLLEA

4

# DECLARATION
# EXHIBIT A

LAW OFFICE OF
# DAVID R. HOUSTON
*STATE AND FEDERAL CRIMINAL DEFENSE*

**Criminal Law Office**
432 Court Street
Reno, Nevada 89501
Tele: 775.786.4188
Fax: 775.786.5573
Email: dhouston@houstonatlaw.com

**David R. Houston, Esq.**
*Attorney*
**Kc Rosser**
*Business Manager*
**Alisha Theofanides**
*Legal Assistant*
**Karen Monrreal**
*Secretary*

**Via Federal Express**

Gawker Media
Nick Denton
Publishing & Editorial
210 Elizabeth Street, Fourth Floor
New York, NY 10012

**Re:     Terry Bollea v. Gawker Media et al.**

SETTLEMENT COMMUNICATION UNDER F.R.E. 408

Dear Mr. Denton:

We are litigation counsel for Terry Bollea, professionally known as Hulk Hogan, in the protection of his right of privacy and his right of publicity, as well as his other trade identity and intellectual property rights.

As you know, Hulk Hogan has worked as a public performer, an actor, a television personality, and a professional wrestler for over 30 years. During this time, our client has made countless public performances in film, television, and radio, he has appeared in commercial advertisements, he has endorsed products and services, and he has gained the attention of hundreds of millions of viewers and fans throughout the world. Obviously, Hulk Hogan's trade identity is an extremely valuable asset which our client actively protects. Likewise, Hulk Hogan vigorously protects his privacy interest in the most intimate details of his life.

It has come to our attention an anonymous third party recently approached you about a secretly filmed and unauthorized video depicting sexual relations between Hulk Hogan and an anonymous woman. The acts of secretly filming, releasing, and "shopping" the most intimate, private details of Hulk Hogan's life are morally and legally appalling. From a legal standpoint, the unauthorized use of Hulk Hogan's name, likeness, and other symbols of his celebrity identity by you to your advantage, commercial or otherwise, would result in grave injury to Hulk Hogan, including substantial monetary damages and harm to his future licensing and endorsement opportunities, thereby violating his right to publicity. In addition, the unauthorized display, distribution, and other uses of the video would constitute any one of the four distinct torts included under the rubric of the right to privacy, (1) including public disclosure of Hulk Hogan's

Pg.2

private facts, (2) intrusion upon Hulk Hogan's solitude or into his private affairs, (3) false light publicity, and (4) appropriation of Hulk Hogan's name and likeness. *See, e.g., Michaels v. Internet Entm't Group, Inc.*, 5 F. Supp. 2d 823 (C.D. Cal. 1998); *Eastwood v. Superior Court (Nat'l Enquirer)*, 198 Cal. Rptr. 342 (Cal. App. 1983). *See also White v. Samsung Electronics America, Inc.*, 971 F.2d 1395 (9th Cir. 1992).

Furthermore, any attempt to hide behind the veil of the "newsworthiness privilege" will fail and cannot possibly save anyone making unauthorized use of the video from liability. At a minimum, the newsworthiness exception to the right of privacy must fail, as it did in *Michaels v. Internet Entm't Group, Inc.*, 5 F. Supp. 2d 823, 841 (C.D. Cal. 1998), because "[i]t is difficult if not impossible to articulate a social value that will be advanced by dissemination of the [video]." Moreover, "a video recording of two individuals engaged in [sexual] relations represents the deepest possible intrusion into such [private] affairs." *Id.*

We can assure you that Hulk Hogan intends to pursue all civil and criminal remedies available against anyone connected with "shopping" around, distributing, or otherwise using the video. To this end, we will commence consultations with federal and state law enforcement about the criminal aspects of this matter. Hulk Hogan would like to end this matter immediately by learning the identity of all persons involved with "shopping" the video to you and any other party. If you immediately disclose the requested information and refrain from becoming involved with any use of the video, Hulk Hogan will consider this matter closed and will not seek legal remedies against you for the issues raised in this letter.

We look forward to receiving your response by immediately.

Sincerely,

David R. Houston

DRH:kc

# DECLARATION
# EXHIBIT B

**From:** Kristy Rosser
**Sent:** Friday, October 05, 2012 11:19 AM
**To:** nick@gawker.com
**Subject:** 10.5.12 Hogan Tape Matter

10/5/2012 11:16 AM

Dear Mr. Denton:
I am enclosing herewith as an attachment a cease and desist letter sent to you and your company. As is apparent and quite common knowledge, the sex tape you are showing as it concerns Hulk Hogan was recorded without his knowledge and consent.

As such, the individual filming disseminating and/or publishing may be responsible under Florida criminal statutes. Your republication of the same with complete knowledge as to the fact it was done without his consent and/or knowledge may well subject you to liability.

I am sure your counsel can provide you appropriate legal advice so I will not presume to do the same. I am asking you to remove the sex tape from your website.

If you do not do so, you leave us no option but to proceed legally. We will exhaust every legal avenue possible including potential criminal charges if you do not.

I did not want you to think I was attempting to bully you or make demands that were not warranted. I am asking you to remove the same. I am simply advising what our next steps will be if you do not.

It is not meant to threaten, but rather as an advisement as to what we must do in order to protect the image of Hulk Hogan and Hulk Hogan's privacy rights.

I am sure you must understand as a human being exactly how offensive the same would be. Despite the fact this would have been presented to you anonymously, it is difficult to believe you were not aware this was done without his consent and/or knowledge.

If you did not know, then I ask you at this time not to participate in the perpetration of what might arguably be a criminal act. You of course are free to do whatever you choose, but we would deem the same a significant sign of good faith if you choose to remove it voluntarily and would not proceed against your or your company.

I have no intention of attempting to harm you or your business but rather only protect my client. I hope you understand the necessity of this communication and my purpose.
Sincerely,
David R. Houston
/kc

Kc Rosser, Business Manager to
David R. Houston, Esq.
432 Court Street
Reno, NV 89501
775-786-4188
775-786-5091 FAX

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code; or (2) promoting, marketing or recommending to another party any matters addressed herein.

# DECLARATION
# EXHIBIT C

**From:** Cameron Stracher [mailto:cameron@gawker.com]
**Sent:** Tuesday, October 09, 2012 3:12 PM
**To:** David Houston
**Subject:** Claim of Terry Bollea

Dear Mr. Houston:

I write in response to your undated letter to Nick Denton regarding a news article on Gawker.com about a video depicting Terry Bollea, aka Hulk Hogan, and an unidentified woman. You ask that Gawker disclose the identity of the person who provided the video and "refrain from becoming involved with any use of the video." Under the circumstances, we respectfully decline your request.

The existence and content of the video were widely reported prior to Gawker's publication. Indeed, various news outlets had already identified the woman in the video and her husband. Moreover, the video depicts Mr. Bollea having sex with a married woman in the woman's home, under circumstances and in a place where he has no reasonable expectation of privacy. (In fact, it appears that there was a surveillance camera in the bedroom from which the video was made). Finally, the one minute clip shows very little sexual activity and is clearly newsworthy given the public interest in Mr. Bollea's marriage, divorce, and his extramarital activities.

As for the specific claims you allege: 1) Given the wide disclosure of the content of the video prior to publication, the content actually posted, and the newsworthiness of the video, there can be no claim for publication of private facts; 2) given that the video was made by a third party, not Gawker, there can be no claim for intrusion upon seclusion; 3) no false light publicity claim may be maintained where the content of the video is true; 4) there can be no claim for appropriation of Mr. Bollea's name and likeness where the video is not being used for a "commercial" purpose (as the law defines it), is true, and is newsworthy. Your citations to the *Michaels* and *Eastwood* cases are not applicable here. In *Michaels*, the plaintiffs had an expectation of privacy in their own home, defendants had used plaintiffs images to promote the video at issue, and the video was significantly longer than the short clip posted by us. In *Eastwood*, the key issue was the alleged falsity of the publication, which is not relevant here.

If your client wishes to make a statement on the video or any matter related to it, we would be happy to post his response.

Regards,

Cameron Stracher
Litigation Counsel
Gawker Media

Office: 212.743.6513
Cell: 917.501.6202

# DECLARATION
# EXHIBIT D

Case 8:12-cv-02348-JDW-TBM Document 5-1 Filed 10/16/12 Page 14 of 24 PageID 120

Hulk Hogan 'devastated' by leak of sex tape filmed six years ago with friend's wife Heather Clem; Lawyer sa... Page 1 of 10

Monday, October 15, 2012                                        NYDailyNews.com / Gossip

Jobs    Autos    Classifieds    Contests    Daily Reader Offers    Home Delivery

news    politics    sports    showbiz    opinion    li

More of Showbiz :  GOSSIP    TV & MOVIES    MUSIC & ARTS    BUY TICKETS    SHOWBIZ PICS

## GOSSIP

# Hulk Hogan 'devastated' by leak of sex tape filmed six years ago with friend's wife Heather Clem; Lawyer says wrestler suffered the 'ultimate betrayal'

**The mustachioed muscle man star told Howard Stern Tuesday that the racy recording was made without his knowledge six years ago while his marriage to ex-wife Linda Hogan was crumbling. Lawyer says Hogan 'feels absolutely betrayed' by his best friend.**

Comments (48)

BY NANCY DILLON / NEW YORK DAILY NEWS

PUBLISHED: TUESDAY, OCTOBER 9, 2012, 1:53 PM
UPDATED: WEDNESDAY, OCTOBER 10, 2012, 9:27 PM

Facebook    194    Twitter    26              StumbleUpon    Tumblr    Email    Print



JEROD HARRIS/WIREIMAGE

**Hulk Hogan married his current wife, Jennifer McDaniel, in 2010.**

Hulk Hogan suffered the "ultimate betrayal" when his best friend filmed him having sex, his lawyer said Tuesday.

"He feels absolutely betrayed," lawyer David Houston said.

Houston said "sources" have informed him that the secret sex tape involving his client ends with Bubba the Love Sponge discussing the recording's potential value with wife Heather Clem.

Clem was Hogan's partner during the naked romp, Hogan admitted to Howard Stern Tuesday.

**PHOTOS: CHEATING SCANDALS OF THE STARS**

"If we ever did want to retire, all we'd have to do is use this footage," Bubba is heard saying at the tape's tail end, according to celebrity website TMZ.com.

Hulk Hogan 'devastated' by leak of sex tape filmed six years ago with friend's wife Heather Clem; Lawyer sa...   Page 3 of 10



Hulk Hogan 'devastated' by leak of sex tape filmed six years ago with friend's wife Heather Clem; Lawyer sa...   Page 4 of 10

ETHAN MILLER/GETTY IMAGES

Hogan identified his bedroom partner as Heather Clem, the estranged wife of radio personality Bubba the Love Sponge.



URI SCHANKER/FILMMAGIC

Bubba the Love Sponge and his wife Heather Clem at Homestead-Miami Speedway on November 21, 2010 in Florida.

Houston said he contacted police in Florida Tuesday to ask about issues of jurisdiction ahead of filing a police report to spur a criminal investigation.

He said Hogan also will file a civil lawsuit against Gawker.com no later than the middle of next week because the New York-based website posted an edited version of the leaked footage.

PHOTOS: CELEBRITY SEX SCANDALS

The suit, expected in federal court in Florida, will include charges of invasion of privacy, damage to reputation and damage to commercial viability, he said.



Can't believe I should be at home now and I'm here.

Hogan said his first marriage was 'really screwed up bad' at the time the video was tapped.

"We think whatever lawful means are available for redress should be put into play. That's what Hulk wants to do," Houston told the Daily News, saying it's possible they'll also contact police in New York.

"New York may be best jurisdiction for the criminal case," Houston said. "We're in Florida initially to figure that out."

Hogan, 59, told NBC's "Today" show that the tape happened during a "low point" in his failing marriage to ex-wife Linda Hogan.

"Things were bottomed out completely," he said. "I was with some friends, and I made a wrong choice. And now all of a sudden it surfaces, you know over six years later, and it's just appalling."

He said the scandal has "rattled" his new wife Jennifer McDaniel, whom he married in 2010.

The wrestling star tried to explain the kinky love triangle to Howard Stern Tuesday using a thinly veiled euphemism.

"Let's say I've been doing laundry, brother, for this person forever, and all of a sudden this person hates the way I do laundry. And that person says, 'You suck. I hate you. F-you every single day. I hate the way you do laundry. I'm going to find somebody else to do laundry. Somebody younger, faster, stronger,'" he said, clearly taking a jab at his ex-wife.



Hulk Hogan says the video was shot at a 'friend's house.'

"But my buddy, you know, him and his girl say, 'Hey, you can do our laundry any time you want!' Both of them are saying that," he told Stern. "Finally after the person I was doing laundry with for millions and millions of years left, and all of a sudden there was nobody there to do laundry, I was depressed... I go to my buddy's house and he says, 'Hey man you can do this other person's laundry that I'm partners with.' I said, 'Sure.'"



Case 8:12-cv-02348-JDW-TBM   Document 5-1   Filed 10/16/12   Page 20 of 24 PageID 126

**1   2   Next »**

**POST A COMMENT »**

## OTHERSTORIES



Bucket List: 14 Amazing Trips
(Frommer's)



Mario Lopez: At Home With The Family
(Health Beauty Life)



Rihanna tweets R-rated stripper pic



Hulk Hogan sex tape was leaked by Bubba the Love

[?]

## COMMENTS

Comments (48)   See All Comments                    [Discussion Guidelines ]

POST A NEW COMMENT

**POST**

**LUNAPARA3**  1 day ago                                                    0

Just read Hulk's laundry analogy. That's great, Hulk, but it wasn't laundry you were doing. He's making this thing bigger by doing all these interviews, so you have to wonder just how "devastating" it really was to him. I know its hard to start over in your 50's but going the sex route is really tacky.

Reply

**USEKIA**  4 days ago

Even for a Minute, Watching Hulk Hogan Have Sex in a Canopy Bed is Not Safe For Work but Watch it Any...    Page 1 of 8

TOP STORIES



**NSFW**

# Even for a Minute, Watching Hulk Hogan Have Sex in a Canopy Bed is Not Safe For Work but Watch it Anyway

OCT 4, 2012 2:15 PM          3,178,954⊙   472⟲

Share                 Like   19k

## GET OUR TOP STORIES FOLLOW GAWKER

■ A.J. Daulerio

Like     April Brucker, XiXi Yang and 213,598
others like this.

Because the internet has made it easier for
all of us to be shameless voyeurs and deviants, we love to watch famous people have sex. We
watch this footage because it's something we're not supposed to see (sometimes) but we come
away satisfied that when famous people have sex it's closer to the sex we as civilians have from
time to time. Meaning: it's hardly ever sexy the way we expect it to be sexy, even when the
participants are ostensibly more attractive than the majority of our sex partners will be.

But naked, they're still having sex like people who don't usually have sex on camera. Even if their
dicks are big enough to smash a boat horn with authority, or their faces are lit up like Gulf War
scud missile footage after midnight, their sex- purposeful, vaunted celebrity sex-is still incredibly dull.

The normalcy of it is exciting, though. When you see glimmers of sloppy kissing or some shoulder moles or just an earnest, breathy, post-coital "*iluvvvvuuuu...*" it becomes mesmerizing.

Up top, you'll see one minute from the 30 minutes of footage taken of 59-year-old Hulk Hogan, professional wrestler, Real Life American Hero to many, fucking a woman rumored to be the ex-wife of his best friend, a famous radio DJ named Bubba the Love Sponge. This footage was stealthily circulated last April. TMZ reported its existence, The Dirty showed some screen shots, and Hulk lawyered up because he claims he was "secretly filmed." Last week, a burned DVD copy of Hulk having sex with the woman rumored to be Heather Clem (Bubba's ex-wife), was delivered to us through an anonymous source. They wanted no payment. They wanted no credit. Their only request was that we watch it. So I did—all 30:17 of it—and hyperbole aside, it's a goddamn masterpiece.

It opens with Hulk Hogan performing oral sex on the woman as she lays on the bed. Then another man's voice can be heard from inside the room off-camera and both Hulk and the naked woman engage in idle chit-chat with the mystery man. Because the woman closely resembles Mrs. Clem, some have suggested that the voice of the mystery man is, in fact, Bubba the Love Sponge. If this is true, Bubba has no problem sharing his wife with his best friend.

"You guys do your thing," this man says. "I'll be in the office if you need me."

He exits swiftly and allows Hulk and this woman their privacy. Hulk and the woman engage in more chit-chat and Bubba's name is mentioned. The woman says "We just fucked earlier today." Hulk asks "Who? You and Bubba?" She just laughs. It doesn't matter.

Hulk strips down. His tan line is exposed and his hairline is vulnerable and silly without the do-rag, but there is sex to be had regardless. Hulk must get hard, though, and the woman is eager to make that happen. Her fellatio is successful and Hulkamania is about to run wild on her but then his cell phone rings. He checks it because he thinks it might be his son, Nick. The ringtone on Hulk Hogan's phone is a song by his daughter, Brooke Hogan, called "About Us" featuring Paul Wall. He is a proud father.

But Hulk checks the caller and does not want to talk that person at all. "Fuck no," he says.

He stands on the side of the bed and the woman scoots up from the pillows and resumes giving the former WWE heavyweight champion of the universe a blowjob. It is a slow, dutiful blowjob and Hulk is thrusting himself into her mouth to speed up the process. This goes on for a few minutes and at one point Hulk examines the canopy bed curtains in a way that suggests he'd like to purchase this particular style for his own canopy bed some day. She takes a break. She spits loudly. She resumes for a few seconds, but it appears the spit has worked because Hulk mutters something in a growly sex voice. The woman removes him from her mouth and spins around on the bed like an excited puppy. She stands. They grope each other and stare at each other. "What did you say?" she asks, laughing and tying up her hair in a pony tail. Then they both laugh because there was a miscommunication during the sex act and they don't want to feel awkward.

"You got a rubber? I want you to climb on top of me," Hulk repeats, but not as sexy as it was the first time, which she didn't hear. Yes, she does have a rubber. Then we watch Hulk stand up and clumsily attempt to roll a condom on to his erect penis which, even if it has been ravaged by steroids and middle-age, still appears to be the size of a thermos you'd find in a child's lunchbox. Hulk hurls his massive body on to the canopy bed and the woman climbs on top, finally, and they begin. There is lots of squealing and moaning from her and she says stuff like, "I want to make you cum" and, "Your dick feels so good inside me"—that sort of thing. There is light spanking from Hulk done to show he supports her efforts and is close to orgasming.

Then, Hulk grunts. Hulk grunts more. Then Hulk grunts like he's doing an impression of old Hulk Hogan grunting right before he's about to cum/come. Climax happens for both participants and they seem pleased with the results. The woman provides two tender kisses on Hulk's upper chest. Hulk says, "Mmmk," because he's a little bemused by the situation he finds himself in on this day as we'll soon find out. Here's how Hulk explains his reaction to the woman he just had sex with:

"The rubber almost came off," he says.

She's not concerned. "It did what it was supposed to."

Hulk thought that was funny and makes her repeat it.

She does so and then peels off the rubber from his penis and carries it away. She holds the condom full of Hulk jiz like it's a random dirty sock she found in the dryer. Hulk is still coming down from his orgasm and is making quick, loud Tony Soprano wheezes.

"Oh my god," he exhales. "Can't believe I have to drive back home. Fuuuuck."

The woman giggles, climbs back into bed with him and reminds Hulk that this is why he should move to this neighborhood. They engage in some cuddling for a couple minutes but Hulk does have to go because he has to go meet his son Nick who was presumably no longer in prison during the time this was filmed. Playful banter resumes amidst the afterglow. Hulk gets up naked and accepts the invitation from the woman to take a shower. But then he tells the woman that he's shocked that the fucking took place at all because he'd just eaten ten minutes before he got there and "felt like a pig." He had sashimi. He smacks his large stomach and makes his way to the shower.

Hulk begins to put on his clothes. "Bubba's shirt," he says when he puts on his shirt. He's pulling on his jeans one giant leg at a time, still mumbling. The woman is naked in bed and not at all concerned by his early exit. She does suggest that he go talk to the mystery man in the office before he leaves. But Hulk has to go meet his son Nick at midnight. Then Hulk tells a story about how Nick's new girlfriend has a twin sister who called Hulk on the phone. Hulk reveals that the young woman inquired about his divorce and, if that's true, she would like to be the first to go out with him.

Hulk sits on the bed and puts on his socks. "You're a hot commodity," the woman says to Hulk. "Yeah, right. Huh," Hulk says. Even Hulk Hogan needs to be told he's handsome sometimes.

But he has to go, he leans over and kisses the woman. They joke about him loving and leaving but it's okay. "Be cool," he says to the woman on his way out the door. They thank each other for the sex. "You're awesome," Hulk says on his way out the door. "So are you," she says back in a very sincere way. Everybody's awesome. Hulk asks her if he should close the door on the way out. "No, leave it open," she says. "Thank you." Off he went.

*Video edited by Kate Bennert.*