AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| TERRY GENE BOLLEA, professionally known as HULK HOGAN<br><br>*Plaintiff*<br>v.<br>GAWKER MEDIA, LLC, aka GAWKER MEDIA, et al.<br><br>*Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. 8:12-cv-02348 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GAWKER MEDIA, LLC
aka GAWKER MEDIA
GREGG D. THOMAS, ESQUIRE
THOMAS & LOCICERO PL
400 NORTH ASHLEY DRIVE, SUITE 1100
TAMPA, FLORIDA 33602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Fredrick H.L. McClure, Esq.
    E. Colin Thompson, Esq.
    DLA Piper LLP (US)
    100 N. Tampa Street, Suite 2200
    Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: OCT 17 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| TERRY GENE BOLLEA, professionally known as HULK HOGAN<br><br>*Plaintiff*<br><br>v.<br>GAWKER MEDIA, LLC, aka GAWKER MEDIA, et al.<br><br>*Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. 8:12-cv-02348 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GAWKER TECHNOLOGY, LLC
210 ELIZABETH STREET
FOURTH FLOOR
NEW YORK, NEW YORK 10012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fredrick H.L. McClure, Esq.
E. Colin Thompson, Esq.
DLA Piper LLP (US)
100 N. Tampa Street, Suite 2200
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

OCT 17 2012
Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| TERRY GENE BOLLEA, professionally known as HULK HOGAN )<br>)<br>*Plaintiff* )<br>v. )<br>GAWKER MEDIA, LLC, aka GAWKER MEDIA, et al. )<br>)<br>*Defendant* ) | Civil Action No. 8:12-cv-02348 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GAWKER SALES, LLC
210 ELIZABETH STREET
FOURTH FLOOR
NEW YORK, NEW YORK 10012


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Fredrick H.L. McClure, Esq.
    E. Colin Thompson, Esq.
    DLA Piper LLP (US)
    100 N. Tampa Street, Suite 2200
    Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 17 2012

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| TERRY GENE BOLLEA, professionally known as HULK HOGAN <br><br> *Plaintiff* <br><br> v. <br><br> GAWKER MEDIA, LLC, aka GAWKER MEDIA, et al. <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 8:12-cv-02348 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GAWKER MEDIA GROUP, INC.
aka GAWKER MEDIA
GREGG D. THOMAS, ESQUIRE
THOMAS & LOCICERO PL
400 NORTH ASHLEY DRIVE, SUITE 1100
TAMPA, FLORIDA 33602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Fredrick H.L. McClure, Esq.
> E. Colin Thompson, Esq.
> DLA Piper LLP (US)
> 100 N. Tampa Street, Suite 2200
> Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 17 2012

*Signature of Clerk or Deputy Clerk*

RECEIVED 12 OCT 17 PM 12:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| TERRY GENE BOLLEA, professionally known as HULK HOGAN | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 8:12-cv-02348 |
| GAWKER MEDIA, LLC, aka GAWKER MEDIA, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GAWKER ENTERTAINMENT, LLC
210 ELIZABETH STREET
FOURTH FLOOR
NEW YORK, NEW YORK 10012

12 OCT 17 PM 12: 2? RECEIVED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Fredrick H.L. McClure, Esq.
    E. Colin Thompson, Esq.
    DLA Piper LLP (US)
    100 N. Tampa Street, Suite 2200
    Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: OCT 17 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| TERRY GENE BOLLEA, professionally known as HULK HOGAN | ) ) ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 8:12-cv-02348 |
| GAWKER MEDIA, LLC, aka GAWKER MEDIA, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NICK DENTON
C/O GAWKER
210 ELIZABETH STREET
FOURTH FLOOR
NEW YORK, NEW YORK 10012

12 OCT 17 PM 12: 2...   RECEIVED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fredrick H.L. McClure, Esq.
E. Colin Thompson, Esq.
DLA Piper LLP (US)
100 N. Tampa Street, Suite 2200
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

OCT 17 2012

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| TERRY GENE BOLLEA, professionally known as HULK HOGAN | ) ) ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 8:12-cv-02348 |
| GAWKER MEDIA, LLC, aka GAWKER MEDIA, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  A.J. DAULERIO
C/O GAWKER
210 ELIZABETH STREET
FOURTH FLOOR
NEW YORK, NEW YORK 10012

12 OCT 17 PM 12: 23   RECEIVED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fredrick H.L. McClure, Esq.
E. Colin Thompson, Esq.
DLA Piper LLP (US)
100 N. Tampa Street, Suite 2200
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 1 7 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| TERRY GENE BOLLEA, professionally known as HULK HOGAN | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 8:12-cv-02348 |
| GAWKER MEDIA, LLC, aka GAWKER MEDIA, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KATE BENNERT
C/O GAWKER
210 ELIZABETH STREET
FOURTH FLOOR
NEW YORK, NEW YORK 10012

12 OCT 17 PM 12: 2[?]   RECEIVED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fredrick H.L. McClure, Esq.
E. Colin Thompson, Esq.
DLA Piper LLP (US)
100 N. Tampa Street, Suite 2200
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 17 2012

*Signature of Clerk or Deputy Clerk*