## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

TERRY GENE BOLLEA professionally
known as HULK HOGAN,                          )
                                              )
Plaintiff,                                    )
                                              )
vs.                                           )        Case No. 8:12-cv-02348
                                              )
GAWKER MEDIA, LLC aka GAWKER                  )
MEDIA; GAWKER MEDIA GROUP, INC. )
aka GAWKER MEDIA; GAWKER                      )
ENTERTAINMENT, LLC; GAWKER                    )
TECHNOLOGY, LLC; GAWKER SALES,                )
LLC; NICK DENTON; A.J. DAULERIO;              )
KATE BENNERT, BLOGWIRE HUNGARY                )
SZELLEMI ALKOTAST HASZNOSITO                  )
KFT aka GAWKER MEDIA                          )
                                              )
Defendants.                                   )
_____/

### APPEARANCE OF NON-RESIDENT ATTORNEY
### AND DESIGNATION OF LOCAL COUNSEL

        Pursuant to Local Rule 2.02(a), Jonathan H. Waller ("**Non-Resident Attorney**"), enters

his appearance as counsel for Terry Gene Bollea.

        Non-Resident Attorney certifies that he will comply with the fee and email registration

requirements of Rule 2.01(d).  Non-Resident Attorney designates Fredrick H.L. McClure and E.

Colin Thompson, members of the bar of this Court, as local counsel upon whom all notices and

papers may be served and who will be responsible for the progress of this case, including the

trial.

                                   /s/ Jonathan H. Waller
                                   Jonathan H. Waller
                                   **Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP**
                                   2001 Park Place, Ste. 900
                                   Birmingham, Alabama 35203
                                   Phone: (205) 994-3270
                                   Fax: (855) 501-8400
                                   Email: jwaller@wrslawyers.com

<u>**Consent To Designation As Local Counsel**</u>

I consent to the above designation as local counsel.

Respectfully submitted,

Dated:  October 29, 2012

/s/ E. Colin Thompson
Fredrick H.L. McClure
fredrick.mcclure@dlapiper.com
Florida Bar No.: 147354
E. Colin Thompson
colin.thompson@dlapiper.com
Florida Bar No.: 0684929
DLA Piper LLP (US)
100 North Tampa, Suite 2200
Tampa, FL 33602-5809
Tel: (813) 229-2111
Fax:(813) 229-1447

**Attorneys for Terry Gene Bollea**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing was filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record and that paper copies will be sent to those indicated as non-registered participants on October 29, 2012.

This 29th day of October, 2012.

/s/ E. Colin Thompson