UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| TERRY GENE BOLLEA professionally known as HULK HOGAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GAWKER MEDIA, LLC aka GAWKER )<br>MEDIA; GAWKER MEDIA GROUP, INC. )<br>aka GAWKER MEDIA; GAWKER )<br>ENTERTAINMENT, LLC; GAWKER )<br>TECHNOLOGY, LLC; GAWKER SALES, )<br>LLC; NICK DENTON; A.J. DAULERIO; )<br>KATE BENNERT, BLOGWIRE HUNGARY )<br>SZELLEMI ALKOTAST HASZNOSITO )<br>KFT aka GAWKER MEDIA )<br>)<br>Defendants. )<br>_____/ | Case No. 8:12-cv-02348 |

**MOTION FOR CHARLES J. HARDER
TO APPEAR *PRO HAC VICE*__**

Plaintiff Terry Gene Bollea, by his undersigned counsel and pursuant to Local Rule 2.02, moves the Court to specially admit Charles J. Harder to appear and be heard in this case, and says:

1.  Mr. Harder is a member in good standing and currently eligible to practice law in the following jurisdiction(s):  United States District Court for the Central, Eastern and Southern Districts of California, United States District Court for the Central District of Illinois, and United States 9th Circuit Court of Appeals.  See Exhibit A.

2.  Mr. Harder has not made frequent or regular appearances in separate cases such as to constitute the maintenance of the regular practice of law in the State of Florida.

EAST\52584444.1

3. Mr. Harder is familiar with, and recognizes that he shall be governed by, among other things, all Local Rules of the United States District Court, Middle District of Florida, including Rule 2.04 thereof in particular, and is also familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

4. Mr. Harder has entered an appearance of non-resident attorney and designated Fredrick H.L. McClure and E. Colin Thompson, DLA Piper LLP (US), Tampa, Florida, as Local Counsel.

5. In accordance with Local Rule 3.01(g), the undersigned certifies that he conferred with counsel for Defendants regarding the relief requested in this Motion and that counsel for Defendants advised that Defendants do not object to the relief requested.

6. Undersigned counsel has submitted Mr. Harder's original, signed Special Admission Attorney Certification form directly to the Clerk, along with the prescribed fee.

**WHEREFORE**, Plaintiff Terry Gene Bollea, requests that Charles J. Harder be permitted to specially appear and be heard in this case.

Respectfully submitted,

Dated: October 29, 2012

/s/ E. Colin Thompson
Fredrick H.L. McClure
fredrick.mcclure@dlapiper.com
Florida Bar No.: 147354
E. Colin Thompson
colin.thompson@dlapiper.com
Florida Bar No.: 0684929
DLA Piper LLP (US)
100 North Tampa, Suite 2200
Tampa, FL 33602-5809
Tel: (813) 229-2111
Fax:(813) 229-1447
**Attorneys for Terry Gene Bollea**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record and that paper copies will be sent to those indicated as non-registered participants on October 29, 2012.

      This 29th day of October, 2012.

                                            /s/ E. Colin Thompson