UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| TERRY GENE BOLLEA professionally known as HULK HOGAN,<br><br>Plaintiff,<br><br>vs.<br><br>GAWKER MEDIA, LLC aka GAWKER MEDIA; GAWKER MEDIA GROUP, INC. aka GAWKER MEDIA; GAWKER ENTERTAINMENT, LLC; GAWKER TECHNOLOGY, LLC; GAWKER SALES, LLC; NICK DENTON; A.J. DAULERIO; KATE BENNERT, BLOGWIRE HUNGARY SZELLEMI ALKOTAST HASZNOSITO KFT aka GAWKER MEDIA<br><br>Defendants. | Case No. 8:12-cv-02348 |

**MOTION FOR JONATHAN H. WALLER
TO APPEAR <u>*PRO HAC VICE*</u>**

Plaintiff Terry Gene Bollea, by his undersigned counsel and pursuant to Local Rule 2.02, moves the Court to specially admit Jonathan H. Waller to appear and be heard in this case, and says:

1.      Mr. Waller is a member in good standing and currently eligible to practice law in the following jurisdiction(s):  United States District Court for the Northern, Central, and Southern Districts of Alabama, Supreme Court of Alabama, United States District Court of Nevada, United States District Court for the Northern and Middle Districts of Georgia, and United States Eleventh Circuit Court of Appeals.  <u>See</u> Exhibit A.

2.      Mr. Waller has not made frequent or regular appearances in separate cases such as to constitute the maintenance of the regular practice of law in the State of Florida.

3.      Mr. Waller is familiar with, and recognizes that he shall be governed by, among other things, all Local Rules of the United States District Court, Middle District of Florida, including Rule 2.04 thereof in particular, and is also familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

4.      Mr. Waller has entered an appearance of non-resident attorney and designated Fredrick H.L. McClure and E. Colin Thompson, DLA Piper LLP (US), Tampa, Florida, as Local Counsel.

5.      In accordance with Local Rule 3.01(g), the undersigned certifies that he conferred with counsel for Defendants regarding the relief requested in this Motion and that counsel for Defendants advised that Defendants do not object to the relief requested.

6.      Undersigned counsel has submitted Mr. Waller's original, signed Special Admission Attorney Certification form directly to the Clerk, along with the prescribed fee.

**WHEREFORE**, Plaintiff Terry Gene Bollea, requests that Jonathan H. Waller be permitted to specially appear and be heard in this case.

Respectfully submitted,

Dated: October 29, 2012

/s/ E. Colin Thompson
Fredrick H.L. McClure
fredrick.mcclure@dlapiper.com
Florida Bar No.: 147354
E. Colin Thompson
colin.thompson@dlapiper.com
Florida Bar No.: 0684929
DLA Piper LLP (US)
100 North Tampa, Suite 2200
Tampa, FL 33602-5809
Tel: (813) 229-2111
Fax:(813) 229-1447
**Attorneys for Terry Gene Bollea**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record and that paper copies will be sent to those indicated as non-registered participants on October 29, 2012.

This 29th day of October, 2012.

/s/ E. Colin Thompson