# EXHIBIT A



# ALABAMA STATE BAR

415 Dexter Avenue • Post Office Box 671 • Montgomery, Alabama 36101
Telephone: 334/269-1515 • Fax: 334/261-6310
www.alabar.org

*STATE OF ALABAMA*

*COUNTY OF MONTGOMERY*

　　*I, Keith B. Norman, Secretary of the Alabama State Bar and custodian of its records, hereby certify that Jonathan Hiett Waller has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.*

　　*I further certify that Jonathan Hiett Waller was admitted to the Alabama State Bar September 4, 1981.*

　　*I further certify that the said Jonathan Hiett Waller is presently a member in good standing of the Alabama State Bar, having met all licensing/dues requirements for the year ending September 30, 2012.*

　　*IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 8th day of August, 2012.*

*Keith B. Norman*

*Keith B. Norman, Secretary*





LAWYERS RENDER SERVICE

# UNITED STATES DISTRICT COURT
## Northern District of Alabama

**Sharon N. Harris**
**Clerk of Court**

Joe Musso
Chief Deputy Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon N. Harris**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **JONATHAN H. WALLER** was duly admitted to practice in said Court on **October 02, 1981**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama on August 16, 2012.

SHARON N. HARRIS, CLERK

By: *[signature]*
Sonja R. Jenkins, Deputy Clerk

# The Supreme Court of Alabama



## Certificate Of Admission

I, Robert G. Esdale, as Clerk of the Supreme Court of Alabama, do hereby certify that **Jonathan Hiett Waller** was duly and legally admitted to practice law by the Supreme Court of Alabama on **September 8, 1981** and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on **August 17, 2012** with the seal of the Supreme Court of Alabama attached.



Robert G. Esdale, Clerk
Supreme Court of Alabama