UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA, professionally
known as HULK HOGAN,

        Plaintiff,                                CASE NO.: 8:12-CV-02348-T-27TBM

v.

GAWKER MEDIA, LLC aka GAWKER
MEDIA; GAWKER MEDIA GROUP, INC.
aka GAWKER MEDIA; GAWKER
ENTERTAINMENT, LLC; GAWKER
TECHNOLOGY, LLC; GAWKER SALES,
LLC; NICK DENTON; A.J. DAULERIO;
KATE BENNERT; BLOGWIRE HUNGARY
SZELLEMI ALKOTAST HASZNOSITO
KFT,

        Defendants.
_____/

### PLAINTIFF TERRY GENE BOLLEA'S STIPULATION
### FOR SUBSTITUTION OF COUNSEL

The undersigned stipulate and move for an Order providing that Fredrick H.L. McClure, E. Colin Thompson and the law firm of DLA Piper, LLP (US) shall be granted leave to withdraw as counsel of record for Plaintiff Terry Gene Bollea and that Kenneth G. Turkel and Christina K. Ramirez and the law firm of Bajo Cuva Cohen & Turkel, P.A., 100 North Tampa Street, Suite 1900, Tampa, Florida 33602, telephone (813) 443-2199, facsimile (813) 443-2193, shall be substituted as counsel of record for Plaintiff Terry Gene Bollea in the above-styled cause of action, and, upon such withdrawal and substitution, the

{BC00023852:1}

withdrawing attorneys and law firm shall have no further responsibility in this matter and shall be removed from the electronic service list.

## Local Rule 2.03(b) Certification

In compliance with Local Rule 2.03(b), undersigned counsel certifies that Plaintiff Terry Gene Bollea has been given notice and approves of this substitution.

## Local Rule 3.01(g) Certification

In accordance with Local Rule 3.01(g), undersigned counsel certifies that Gregg Thomas, counsel for Defendants, has no objection to the relief requested herein.

DATED: October 30, 2012.

/s/ E. Colin Thompson
Fredrick H.L. McClure, Esq.
Florida Bar No. 147354
Email: fredrick.mcclure@dlapiper.com
E. Colin Thompson
Florida Bar No.: 0684929
Email: colin.thompson@dlapiper.com
DLA Piper LLP (US)
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 229-2111
Fax: (813) 229-1447

/s/ Kenneth G. Turkel
Kenneth G. Turkel, Esq.
Florida Bar No. 867233
Email: kturkel@bajocuva.com
Christina K. Ramirez
Florida Bar No.: 0954497
Email: cramirez@bajocuva.com
BAJO CUVA COHEN
& TURKEL, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel: (813) 443-2199
Fax: (813) 443-2193

{BC00023852:1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of October, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to all persons registered to receive notice via the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participants.

/s/ *Kenneth G. Turkel*
Attorney

{BC00023852:1}