# UNITED STATES DISTRICT COURT
For the

## MIDDLE DISTRICT OF FLORIDA

TERRY GENE BOLLEA, professionally known as,
 HULK HOGAN,

                                  Civil Action No. 8:12-cv-02348

        Plaintiff,

v.

GAWKER MEDIA, LLC, aka GAWKER MEDIA, et al,

        Defendant,

### SUMMONS IN A CIVIL ACTION

I, Scott Roberts, of the State of Delaware, County of New Castle, being duly
sworn, say on the 25th day of October, 2012, at 8:45 a.m., I personally served a copy
of a SUMMONS, ORDER, MOTION FOR TEMPORARY RESTRAINING ORDER,
EXHIBIT 1-( DECLARATION OF PLAINTIFF TERRY GENE BOLLEA WITH
EXHIBITS A-C), EXHIBIT 2- ( COMPLAINT AND DEMAND FOR JURY TRIAL
WITH INJUNCTIVE RELIEF SOUGHT), EXHIBIT 3- (TERRY BOLLEA (HULK
HOGAN) FILES TWO CIVIL LAWSUITS IN REGARD TO RELEASE OF TAPE,
EXHIBIT 4- (TEMPORARY RESTRAINING ORDER-EXHIBIT 1-DECLARATION
OF PLAINTIFF TERRY GENE BOLLEA-DECLARATION-EXHIBIT A THROUGH
D), EXHIBIT 2 PRELIMINARY INJUNCTION on the defendant **GAWKER MEDIA,
LLC aka GAWKER MEDIA,** by serving the registered agent, Corporation Trust
Company, 1209 Orange Street, Wilmington, DE 19801.

Name of individual accepting service: Scott LaScala-Section Head
Description of individual: White male, 5'8"-5'10" tall, 160-180lbs with brown hair

Subscribed and sworn before me
this 25th day of October, 2012.

_____

Notary Public
      CAREY M. SHEA
My commission expires NOTARY PUBLIC_____.
      STATE OF DELAWARE
    My commission expires April 25, 2015