# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 8:12-CV-02348-T-27TBM

Plaintiff:
**TERRY GENE BOLLEA, professionally known as HULK HOGAN,**
vs.
Defendant:
**GAWKER MEDIA, LLC, et al.,**

For:
DLA Piper US LLP - New York, NY
1251 Avenue Of The Americas
New York, NY 10020

Received these papers to be served on **GAWKER ENTERTAINMENT, LLC, 210 ELIZABETH STREET, FOURTH FLOOR, NEW YORK, NY 10012**.

I, Edward Soltan, being duly sworn, depose and say that on the **24th day of October, 2012** at **4:28 pm, I:**

served the above named CORPORATION by delivering a true copy of the **Order signed by the Hon. James D. Whittemore, USDJ on October 19, 2012, Motion for Temporary Restraining Order, Motion for Preliminary Injunction, Notice of Designation Under Local Rule 3.05 and Case Management Notice,** with the date and hour of service endorsed thereon by me, to: **Cameron Stracher as Litigation Counsel** for GAWKER ENTERTAINMENT, LLC, at the address of: **210 Elizabeth Street, Fourth Floor, New York, NY 10012**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
GPS TRACKING - 40.7190, -73.9934

**Description** of Person Served: Age: 52, Sex: M, Race/Skin Color: White, Height: 6'2", Weight: 190, Hair: Bald, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 25th day of October, 2012 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2016

Edward Soltan
C.P.S 1106540

Our Job Serial Number: CSU-2020107074

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4w