# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 8:12-CV-02348-T-27TBM

Plaintiff:
**TERRY GENE BOLLEA, professionally known as HULK HOGAN,**

vs.

Defendant:
**GAWKER MEDIA, LLC,  et al.,**

For:
DLA Piper US LLP - New York, NY
1251 Avenue Of The Americas
New York, NY  10020

Received these papers to be served on **NICK DENTON, 76 CROSBY STREET, NEW YORK, NY 10012.**

I, Edward Soltan, being duly sworn, depose and say that on the **24th day of October, 2012 at 5:21 pm, I:**

Served the above named Individual by personally delivering and leaving a separate true copy of the Order signed by the Hon. James D. Whittemore, USDJ on October 19, 2012, Motion for Temporary Restraining Order, Motion for Preliminary Injunction, Notic eof Designatin Under Local Rule 3.05 and Case Management Notice, with Matthew Mendoza, Doorman, who accepted on behalf of Nick Denton at the within address; the said premises being the above named Individual's usual place of abode.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Additional Information pertaining to this Service:**
GPS TRACKING - 40.7194, -73.9967

**Description** of Person Served: Age: 30,  Sex: M,  Race/Skin Color: Hispanic,  Height: 5'10",  Weight: 160,  Hair: Black, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 25th day of October, 2012 by the affiant who is personally known to me.

_____
Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2016

_____
Edward Soltan
C.P.S 1106540

Our Job Serial Number: CSU-2020107075

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4w