UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA, professionally
known as HULK HOGAN,

          Plaintiff,

vs.                               Case No. 8:12-cv-02348-T-27TBM

GAWKER MEDIA, LLC, *et al.*,

          Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff Terry Gene Bollea's Stipulation for Substitution of Counsel (Dkt. 13). Upon consideration, the Stipulation is **APPROVED**.

(1)    Fredrick H.L. McClure, E. Colin Thompson, and the law firm of DLA Piper, LLP (US) are permitted to withdraw as counsel for Plaintiff and are relieved of any further responsibility in this matter.

(2)    Kenneth G. Turkel, Christina K. Ramrez, and the law firm of Bajo Cuva Cohen & Turkel, P.A. are substituted as counsel for Plaintiff.

**DONE AND ORDERED** this 31st day of October, 2012.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record