UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA professionally
known as HULK HOGAN

    Plaintiff,

vs.

Case No.: 8:12-cv-02348-JDW-TBM

GAWKER MEDIA, LLC aka GAWKER
MEDIA, et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

Gregg D. Thomas of Thomas & LoCicero PL hereby gives notice of his special appearance as counsel on behalf of Gawker Media Group, Inc., Gawker Entertainment, LLC, Gawker Technology, LLC, Gawker Sales, LLC, and Nick Denton (and, if they are ultimately served, defendants A.J. Daulerio, Kate Bennert and Blogwire Hungary Szellemi Alkotast Hasznosito KFT) in a manner that reserves all possible defenses, including without limitation jurisdictional defenses. The certificate of service for all pleadings, orders, and other papers in this action should include **Gregg D. Thomas** at Thomas & LoCicero PL, 400 North Ashley Drive, Suite 1100, Tampa, Florida 33602.

Respectfully submitted,

THOMAS & LOCICERO PL

*/s/ Gregg D. Thomas*
Gregg D. Thomas
 Florida Bar No.: 223913
Rachel E. Fugate
 Florida Bar No.: 0144029
400 North Ashley Drive, Suite 1100
P.O. Box 2602 (33601)

Tampa, FL 33602
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
gthomas@tlolawfirm.com
rfugate@tlolawfirm.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing is being electronically filed and will be furnished via CM/ECF on this 1st day of November, 2012, to:

Kenneth G. Turkel, Esq.
kturkel@BajoCuva.com
Christina K. Ramirez, Esq.
cramirez@BajoCuva.com
Bajo Cuva Cohen & Trukel, P.A.
100 N. Tampa Street, Suite 1900
Tampa, Florida 33602
Tel: (813) 443-2199
Fax: (813) 443-2193

and served by mail and email on:

Charles J. Harder, Esq.
charder@wrslawyers.com
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP,
11400 W. Olympic Boulevard, 9th Floor,
Los Angeles, California 90064-1582
Tel: (310) 478-4100
Fax: (310) 479-1422

David R. Houston, Esq.
dhouston@houstonatlaw.com
432 Court Street
Reno, Nevada 89501
Tel: (775) 786-4188
Fax: (775) 786-5091

                         _/s/ Gregg D. Thomas_
                         Attorney