UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA professionally
known as HULK HOGAN

   Plaintiff,

vs.

Case No.:  8:12-cv-02348-JDW-TBM

GAWKER MEDIA, LLC aka GAWKER
MEDIA, et al.,

   Defendants.
_____/

**UNOPPOSED MOTION FOR SPECIAL ADMISSION TO APPEAR
PRO HAC VICE AND WRITTEN DESIGNATION AND CONSENT TO ACT**

    Pursuant to Rule 2.02, Local Rules Middle District of Florida, this motion is being presented on behalf of Seth D. Berlin, Esquire, who moves for special admission pro hac vice to appear in this case as counsel for defendant Gawker Media, LLC, and to specially appear on behalf of defendants Gawker Media Group, Inc., Gawker Entertainment, LLC, Gawker Technology, LLC, Gawker Sales, LLC, and Nick Denton (and, if they are ultimately served, defendants A.J. Daulerio, Kate Bennert and Blogwire Hungary Szellemi Alkotast Hasznosito KFT) in a manner that reserves all possible defenses, including without limitation jurisdictional defenses.  In support of this motion, Mr. Berlin states the following:

    1.    Mr. Berlin resides in Chevy Chase, Maryland, practices in Washington, DC, and is a member in good standing of the State Bars of Maryland, District of Columbia (Bar No. 433611) and New York (Bar No. 3987062).

    2.    Mr. Berlin is also a member in good standing and admitted to practice in the Supreme Court of the United States, the United States Courts of Appeals for the Fourth, Ninth, and

1

District of Columbia Circuits, the United States Court of Appeals for the Armed Forces, and the United States District Courts for the District of Columbia, the District of Maryland, and the Eastern and Southern District of New York.

    3.    Gregg D. Thomas and Rachel Fugate of Thomas & LoCicero PL are members in good standing and admitted to practice in this court.

    4.    Mr. Thomas and Ms. Fugate consent to act and accept designation as local counsel for Defendant.

    5.    Accordingly, service of all required notices and papers may be provided to and served upon Defendant at the following address:

    Gregg D. Thomas
    Rachel Fugate
    Thomas & LoCicero PL
    400 N. Ashley Drive, Suite 100
    Tampa, FL 33602
    (813) 984-3060 Business Phone
    (813) 984-3070 Business Fax
    gthomas@tlolawfirm.com
    rfugate@tlolawfirm.com

    6.    Mr. Berlin believes that he once previously requested special admission before this court in 2002, and that is the only instance in which he has previously requested special admission. Hence, he has not abused this privilege under the rules.

    7.    Mr. Berlin will comply with the email registration requirements of this Court.

    8.    Mr. Berlin will comply with the fee requirements of Rule 2.01(d) when applicable.

    9.    Defendant has conferred with counsel for Plaintiff who has no objection to Mr. Berlin's admission.

    10.    Mr. Berlin has submitted the Special Admission Attorney Certification to the Clerk of this Court along with the required $10.00 fee to the clerk and has paid the fee for special

admission.

    WHEREFORE, Seth D. Berlin respectfully requests entry of an order granting his request to appear pro hac vice on behalf of the defendant Gawker Media, LLC in this case, and to specially appear pro hac vice on behalf of defendants Gawker Media Group, Inc., Gawker Entertainment, LLC, Gawker Technology, LLC, Gawker Sales, LLC, and Nick Denton (and, if they are ultimately served, defendants A.J. Daulerio, Kate Bennert and Blogwire Hungary Szellemi Alkotast Hasznosito KFT), and all other relief the Court finds is just and proper.

November 1, 2012

Respectfully submitted,

THOMAS & LOCICERO PL

/s/ Gregg D. Thomas
Gregg D. Thomas
  Florida Bar No. 223913
Rachel Fugate
  Florida Bar No. 0144029
400 N. Ashley Drive, Suite 1100
Tampa, FL  33602
Tel: (813) 984-3060
Fax: (813) 984-3070
gthomas@tlolawfirm.com
rfugate@tlolawfirm.com

and

LEVINE SULLIVAN KOCH & SCHULZ, LLP

Seth D. Berlin
sberlin@lskslaw.com
Paul J. Safier
psafier@lskslaw.com
1899 L Street, NW
Suite 200
Washington, DC 20036
Tel: (202) 508-1100
Fax: (202) 861-9888

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of November 2012, a true and correct copy of the foregoing is being electronically filed and will be furnished via CM/ECF to:

Kenneth G. Turkel, Esq.
kturkel@BajoCuva.com
Christina K. Ramirez, Esq.
cramirez@BajoCuva.com
Bajo Cuva Cohen & Turkel, P.A.
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
Tel: (813) 443-2199
Fax: (813) 443-2193

and served by mail and email on:

Charles J. Harder, Esq.
charder@wrslawyers.com
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 W. Olympic Boulevard, 9th Floor
Los Angeles, CA 90064-1582
Tel: (310) 478-4100
Fax: (310) 479-1422

David R. Houston, Esq.
dhouston@houstonatlaw.com
432 Court Street
Reno, NV 89501
Tel: (775) 786-4188
Fax: (775) 786-5091

*Attorneys for Plaintiff*

                                                    /s/ Gregg D. Thomas
                                                    Attorney