UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA professionally
known as HULK HOGAN

   Plaintiff,

vs.

Case No.: 8:12-cv-02348-JDW-TBM

GAWKER MEDIA, LLC aka GAWKER
MEDIA, et al.,

   Defendants.
_____/

## DECLARATION OF RACHEL E. FUGATE

I, Rachel E. Fugate, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

1. The statements made in this Declaration are based on my personal knowledge.

2. I am an attorney at Thomas & LoCicero PL, counsel for Defendant Gawker Media, LLC in the above captioned matter. I submit this Declaration in support of Defendant Gawker Media, LLC's Opposition to Plaintiff's Motion for Preliminary Injunction ("Defendant's Opposition").

3. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint and Demand for Jury Trial filed in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Case Number: 12-012477-CI-011 and styled *Terry Gene Bollea professionally known as Hulk Hogan v. Heather Clem aka Heather Cole, an individual, and Bubba The Love Sponge Clem aka Todd Alan Clem*.

4. Attached hereto as Exhibit 2 is a true and correct copy of Hulk Hogan's *My Life Outside the Ring* excerpted pages 187, 188 and 253.

5. Attached hereto as Exhibit 3 is a true and accurate printout of the website found at http://www.tmz.com/2012/03/07/hulk-hogan-sex-tape/.

6. Attached hereto as Exhibit 4 is a true and accurate printout of the website found at http://content.usatoday.com/communities/gameon/post/2012/03/hulk-hogans-attorney-issues-sex-tape-warning/1.

7. Attached hereto as Exhibit 5 is a true and accurate printout of the website found at http://www.tmz.com/2012/03/07/hulk-hogan-i-had-no-idea-sex-was-being-filmed/ .

8. Attached hereto as Exhibit 6 is a true and accurate printout of the website found at http://www.eonline.com/news/299470/hulk-hogan-sex-tape-shop-it-at-your-own-risk.

9. Attached hereto as Exhibit 7 is a true and accurate printout of the website found at http://www.nypost.com/p/pagesix/hulk_hogan_sex_tape_report_DD91uxbTs9Ux0o6zEQqJ2O.

10. Attached hereto as Exhibit 8 is a true and accurate printout of the website found at http://www.vh1.com/celebrity/2012-03-07/report-a-hulk-hogan-sex-tape-is-in-existence/.

11. Attached hereto as Exhibit 9 is a true and accurate printout of the website found at http://thedirty.com/2012/04/exclusive-hulk-hogan-sex-tape-continued-terry-gene-bollea-sex-tape/.

12. Attached hereto as Exhibit 10 is a true and accurate printout of the website found at http://thedirty.com/2012/04/exclusive-hulk-hogan-sex-tape/.

13. Attached hereto as Exhibit 11 is a true and accurate printout of the website found at http://www.inflexwetrust.com/2012/04/23/photos-nsfw-wwe-hulk-hogan-sex-tape-images-leaked-online/.

14. Attached hereto as Exhibit 12 is a true and accurate printout of the website found at http://gossipoverload.com/thank-god-theyre-grainy-hulk-hogan-sex-tape-pics-leaked/.

15. Attached hereto as Exhibit 13 is a true and accurate printout of the website found at http://www.tmz.com/2012/04/26/hulk-hogan-sex-tape-pictures/.

16. Attached hereto as Exhibit 14 is a true and accurate printout of the website found at http://www.tmz.com/2012/03/07/hulk-hogan-sex-tape-partner-tmz-live/.  As reflected in Defendant's Opposition, video footage is contained and available at the hyper link.

17. Attached hereto as Exhibit 15 is a true and accurate printout of the website found at http://www.publishersweekly.com/978-0-312-58889-2.

18. Attached hereto as Exhibit 16 is a true and accurate printout of the website found at http://gawker.com/5948770/even-for-a-minute-watching-hulk-hogan-have-sex-in-a-canopy-bed-is-not-safe-for-work-but-watch-it-anyway.  As reflected in Defendant's Opposition, video footage is contained and available at the hyper link.

19. Attached hereto as Exhibit 17 is a true and accurate printout of the website found at http://www.tmz.com/2012/10/09/hulk-hogan-bubba-the-love-sponge-radio-howard-stern/.  As reflected in Defendant's Opposition, audio footage is contained and available at the hyper link.

20. Attached hereto as Exhibit 18 is a true and accurate printout of the website found at http://www.tmz.com/2012/10/09/hulk-hogan-sex-tape-leaked-bubba-heather-clem-retire/.

21. Attached hereto as Exhibit 19 is a true and accurate printout of the website found at http://www.eonline.com/news/354384/bubba-the-love-sponge-slams-hulk-hogan-s-sex-tape-lawsuit-blasts-wrestler-as-ultimate-lying-showman.

22. Attached hereto as Exhibit 20 is a true and accurate printout of the website found at http://www.tmz.com/2012/10/16/bubba-the-love-sponge-hulk-hogan-may-have-leaked-sex-tape/.

23. Attached hereto as Exhibit 21 is a true and accurate printout of the website found at http://www.radaronline.com/exclusives/2012/10/hulk-hogan-sex-tape-leaked-disgruntled-former-bubba-love-sponge-employee.

24. Attached hereto as Exhibit 22 is a true and accurate printout of the website found at http://www.tampabay.com/blogs/media/content/bubba-love-sponge-calls-hulk-hogan-hypocritical-fraud-over-sex-tape-lawsuit-morning-radio.

25. Attached hereto as Exhibit 23 is a true and accurate printout of the website found at http://www.nydailynews.com/entertainment/gossip/hulk-hogan-settles-sex-tape-lawsuit-article-1.1194557.

26. Attached hereto as Exhibit 24 is a true and correct copy of the Public Apology issued by Mr. Clem to Plaintiff on October 29, 2012, *available at* http://www.scribd.com/doc/111465916/Bubba-Clem-Apology-Letter-10-29-12.

I, RACHEL E. FUGATE, declare under penalty of perjury that the foregoing is true and correct.

Date of Execution: November 2, 2012
Place of Execution: Tampa, Florida

*/s/ Rachel E. Fugate*
RACHEL E. FUGATE