CNN
Tries to Blunt Romney Criticism Over Candy



Shock Jock Tom Leykis
Helps Catch Mail Thief ... With 'Adam-12' Star



Kobe Bryant & Vanessa
HOT LUNCH DATE

Home

# Hulk Hogan -- Sex Tape Being Shopped to Porn Companies

3/7/2012 1:00 AM PST BY TMZ STAFF
Hulk Hogan
Sex Tape Being Shopped
EXCLUSIVE

A sex tape featuring legendary wrestler **Hulk Hogan** has surfaced -- and TMZ has learned, it's currently being shopped to a major porn studio.

We've seen a portion of the grainy footage -- featuring Hulk getting undressed and a naked, unidentified brunette lying on a bed. The woman is NOT his ex-wife Linda or his current wife Jennifer McDaniel.

In the clip, Hulk pulls his shirt off and brags to his companion, "I started to work out again." Hulk then runs his hands through his blonde hair like he always does.

The best part ... Hulk's thong-shaped tan line.

It's unclear when the tape was shot -- but Vivid honcho **Steve Hirsch** tells TMZ, he was approached with the tape very recently by a third party.

So far, no word on whether Hirsch or anyone else has made an offer to buy the tape.

Hulk did not have an immediate comment.

**UPDATE**
Hulk says the tape was "secretly filmed" without his permission -- and now his lawyer's on the rampage ... claiming, "We will

http://www.tmz.com/2012/03/07/hulk-hogan-sex-tape/

EXHIBIT 3

take all necessary steps to enforce both civil and criminal liability."



## More Sex Tapes

- Nate Dogg -- Sex Tape Being Shopped
- 'Bad Girls Club' Erica Lynne -- Bloody Revenge on Sex Tape Partner
- Michelle 'Bombshell' McGee -- I Won't Ink a Sex Tape Deal

I Read This                                                                 2 people shared this

1.4k
Tweet  969    Share   10
95
COMMENTS
See More: Hulk Hogan , Vivid Entertainment , Exclusive , 5 More TMZ Sports , The Hogans , Nudity , Hulk Hogan Sex Tape , Sex Tape Hide these
Add to My Links



### Also On TMZ

- Hulk Hogan -- Yes, I Banged Bubba's Wife Heather Clem
- HBO Star Accidentally Tweets Naked Photo
- Hulk Hogan -- The Sex Tape Reenactment
- Hulk Hogan -- Threatening LAWSUIT Over Leaked Sex Tape Footage

### From Around The Web

- Barefaced Beauty - Kim Kardashian Without Makeup *(StyleBistro)*
- Deborah Norville: "Devastated" By Rheumatoid Arthritis *(Lifescript.com)*
- What Happens When ADHD Goes Untreated *(Healthcommunities)*