

« LPGA golfer busted for DUI with Eddie George in her car

Video: Peyton Manning tribute song »

Mar 08 2012

# Hulk Hogan's attorney issues sex tape warning

Comment    Recommend  40   Tweet  23    +1  0

By Tom Weir, USA TODAY

With reports circulating that a sex tape of **Hulk Hogan** is being shopped around, the attorney for the famed wrestler has issued a stern warning to anyone who's considering distributing it.



**David Houston** tells E! News that Hogan "neither approved of the filming nor the release of the same," and that: "It is clearly an outrageous invasion of privacy and breach of trust if it is genuine. We will take all necessary steps to enforce both civil and criminal liability."

CAPTION     By Chris Pizzello, AP

Ab

Reid and

He h racir likes tellin

Mich marl rang Olyn num



EXHIBIT 4

http://content.usatoday.com/communities/gamcon/post/2012/03/hulk-hogans-attorney-issues-sex-tape...

Hulk Hogan's attorney issues sex tape warning

Existence of the tape became known Wednesday when Vivid Entertainment CEO **Steve Hirsch** told TMZ.com it had been shopped to him.

Houston and Hogan also apparently know who the as-yet unidentified woman in the video is.

"We are two shades short of referring her to the state attorney in Florida," Houston said. "This is a felony in Florida."

Hogan told TMZ he believed the tape must have been made when his drinking and partying got out of hand in the wake of his divorce in 2007. Hogan, who's real name is **Terry Bollea**, has since remarried.

See photos of: Hulk Hogan

**More from USATODAY**

- 'My Singing Monsters': A ridiculously addictive game

**More from the web**

- **Stunning Picture Of Sandra Bullock** *(StyleBistro)*
- **Is Olympic Swimmer Leisel Jones Fat, or Is This What Fit Looks Like?** *(TakePart)*
- **Tiger Woods Is Lousy Tipper; Knicks' Dazzling Days: Books** *(Bloomberg.com)*
- **Haute Off The Press: Celebs Bare All** *(Makeup.com)*
- **Tour Michael Jordan's Highland Park Home for Sale** *(HGTV FrontDoor)*



« LPGA golfer busted for DUI with Eddie George in her car

Video: Peyton Manning tribute song »

To report corrections and clarifications, contact Standards Editor **Brent Jones**. For publication consideration in the newspaper, send comments to *letters@usatoday.com*. Include name, phone number, city and state for verification. To view our corrections, go to corrections.usatoday.com

http://content.usatoday.com/communities/gameon/post/2012/03/hulk-hogans-attorney-issues-sex-tape...