- CNN Tries to Blunt Romney Criticism Over Candy



- Shock Jock Tom Leykis Helps Catch Mail Thief ... With 'Adam-12' Star



- Kobe Bryant & Vanessa HOT LUNCH DATE

Home

# Hulk Hogan Sex Tape: Hogan Says He is VICTIM in a Setup

Celebrity Justice
3/7/2012 7:56 AM PST BY TMZ STAFF
Hulk Hogan
I'm the VICTIM
in a Sex Tape Setup



**Hulk Hogan** says the sex tape being shopped to porn companies was "secretly filmed" WITHOUT his permission ... and claims the footage is nothing less than an "outrageous invasion of privacy."

TMZ **broke the story** ... the grainy video which has already been shopped to Vivid Entertainment features Hulk and a mystery brunette. It's unclear when the tape was shot.

Now, Hulk's lawyer David Houston has released a statement ... saying, "Terry Bollea is appalled at the unauthorized release of a secretly filmed video."

He adds, "[Hulk] neither approved of the filming nor the release of the same. It is clearly an outrageous invasion of privacy and breach of trust if it is genuine. We will take all necessary steps to enforce both civil and criminal liability."

See also

- Nate Dogg -- Sex Tape Being Shopped
- 'Bad Girls Club' Erica Lynne -- Bloody Revenge on Sex Tape Partner



EXHIBIT 5

http://www.tmz.com/2012/03/07/hulk-hogan-i-had-no-idea-sex-was-being-filmed/