IF YOU PURCHASED SKECHERS TONING
A CLASS ACTION SETTLEMENT MAY AFFECT YO
CLICK HERE

ALL NEWS PHOTOS VIDEOS TV SCOOP E! SHO CARPET

# QZV2Hulk Hogan Sex Tape: Shop It at Your Own Risk

by Natalie Finn

Wed., Mar 7, 2012 3:36 PM PST

Like 6    Send    Tweet 0    +1 2    Email



John Parra/WireImage.com

Hulk Hogan is not "feigning outrage" over news that he unwittingly starred in a sex tape.

An attorney for the ex-wrestler and reality-TV star tells E! News that Hogan (real name **Terry Bollea**) is "appalled at the unauthorized release of a secretly filmed video" and is taking legal action to make sure no one profits from it.

So, who secretly taped Hogan having sex?!

MORE: Hulk Hogan Suing Ex-Wife Linda for Defamation

TMZ can tell you that the unidentified brunette woman in the grainy video is neither his ex-wife **Linda Bollea** or his current wife, Jennifer McDaniel.

Other than that...



EXHIBIT 6

http://www.eonline.com/news/299470/hulk-hogan-sex-tape-shop-it-at-your-own-risk

Earlier today, Vivid Entertainment CEO Steve Hirsch said that he was approached by a third party about buying the home movie, but would not say whether his company was considering it.





"He neither approved of the filming nor the release of the same," continued Hogan's attorney, David Houston. "It is clearly an outrageous invasion of privacy and breach of trust if it is genuine. We will take all necessary steps to enforce both civil and criminal liability."



And *they* seem to know who the woman in the video is.



"We are two shades short of referring her to the state attorney in Florida," Houston tells E! News. "This is a felony in Florida."

Houston says that he hopes that Hogan's reaction is enough to put whoever's trying to sell the tape on notice, adding, "If someone chooses to go through with it, it will be at their own peril."



But while we don't know who's selling, we at least know who isn't buying!



In response to a fan asking if he planned on watching the Hulk Hogan sex tape, Alec Baldwin tweeted, "That's it. Right there. I'm gonna kill myself. #GoodLord."

And a shout-out to Stage College, Pa., resident Vernon J. Cox III, who tweeted, "A Hulk Hogan sextape has leaked online. With that I think the time has come for me and the Internet to part ways. It was fun while it lasted."

—Reporting by Claudia Rosenbaum

GALLERY: Sex Tape Scandals!







💬 1 COMMENTS

**1comments**  Add Comment     ES, SEX TAPES, LEGAL