TODAY'S PAPER | NEWSLETTERS | CLASSIFIEDS | ARCHIVES | SUBSCRIBE

**NEW YORK POST**

Like · Follow



ROOMS FROM $38 PER NIGHT — BEST RATE

## News



**Porn star dead**
THE HAGUE, Netherlands — Actress Sylvia Kristel, the Dutch star...

Local | Business | Opinion | Real Estate

## Page Six



Italian wedding
Bleachers for Anna
Derek Jeter hunts rental

## Sports



**Bad break**
DETROIT — Drea right? For the Yan dream of forcing...

Teams + | Scores + | Columr

Home | Page Six | Cindy Adams | Celeb Photos | Fashion | Fashion Week | Delonas Cartoon | Page Six Magazine

> **BREAKING NEWS**
> » **Man who tried to blow up Federal Reserve Bank had associate in San Diego**

Story
Comments

37

Like

4

0

Share

EMAIL

PRINT

# Hulk Hogan sex tape being shopped around: report

Last Updated: 12:26 PM, March 7, 2012
Posted: 12:22 PM, March 7, 2012

A sex tape starring iconic professional wrestler Hulk Hogan is currently being shopped to pornography distributors, according to reports.

TMZ got a preview of the tape, which reportedly shows Hogan stripping off his clothes and hopping into bed with an unidentified brunette. The site reports that the woman in the video is not Linda Hogan, whom Hogan was married to for 23 years, nor his current wife, 35-year-old Jennifer McDaniel. It's unclear when exactly the tape was made.



*Cindy Adams*

Jessica and Justin throw pre-wedding beach party

Kristen Stewart 'working hard' to keep Robert Pattinson: report

Fashion A-listers get glam for Mario Testino photo exhibit

WATCH: A-Rod's bikini babes talk



EXHIBIT 7

| TODAY'S PAPER | NEWSLETTERS | CLASSIFIEDS | ARCHIVES | SUBSCRIBE |

— in the shape of a thong.





Hulk Hogan reportedly made a sex tape.   Bill Davila/startrakphoto.com

In the clip, he also reportedly says, "I started to work out again" while taking off his shirt.

Hulk Hogan rose to fame in the mid-80s because of his supersized persona and wrestling chops. In 2005, he and his family appeared in the VH1 reality series "Hogan Knows Best." While the show was still on the air, Linda Hogan filed for divorce from Hogan after it was alleged that he had an affair. In 2010, Hogan married McDaniel, who is widely noted to look similar to his daughter, Brooke Hogan.

While Hogan has yet to respond to the sex tape allegations, they certainly give new meaning to the phrase "Hulkamania."

Sidebar:
- for 'The Sessions'
- Liberty Ross, Rupert Sanders share hug after 'counseling session'
- Jenny McCarthy packs heat
- Justin, Jessica to wed in Italy
- O, no! Bleachers for Anna Wintour
- Derek Jeter hunts rental
- Pamela Anderson asks Speaker Christine Quinn on a date
- Dr. Dre and Jimmy Iovine celebrate new Exec. headphones
- Ethel Kennedy: kitchen klutz
- Elton John's rhinestone regret
- Kiera Chaplin, Charlie's granddaughter, gets not so silent reaction
- Wedding expert goes outside
- Sightings . . .