

Where there's smoke there's often a …. sex tape. The newest celebrity caught in the snare of an adult film studio is none other than **Hulk Hogan**. TMZ (**http://www.tmz.com/2012/03/07/hulk-hogan-sex-tape/#.T1dTdK1uOb8**) reports that they've seen footage of an actual tape that has the Hulk getting his kit off with a naked brunette who isn't his ex, **Linda**, or his current wife, **Jennifer McDaniel**. So who is this mystery lady? No leads just yet, but we're sure a name will surface soon enough as the tape is being shopped around. Any buyers, folks?

Apparently, the clip also has Hulk telling his bedmate, "I started to work out again," and TMZ also makes sure tell us about his thong-shaped tan line. Yes, we actually typed out that sentence right now. As is the case with many-a-celebrity-sex tape, its's the Vivid Entertainment boss, **Steve Hirsch** who broke the news as he was the one given the tape by a third party. We wonder how this "third party" got their hands on it? No word from the Hulk's camp, but hey, we have a feeling that's about to change.

*[Please note that we've tried our level best to keep a straight face and stay professional while reporting this story. Because inside, our brains are melting and our eyes are threatening to pop out. The Hulk Hogan sex tape, guys. The world is not prepared for this. YOU BETTER SAY YOUR PRAYERS AND EAT YOUR VITAMINS!]*

[Photo: Getty Images]

Tags: **celebrity sex tapes (http://www.vh1.com/celebrity/tag/celebrity-sex-tapes/), Hulk**

EXHIBIT

8

Sign In ()