Case 8:12-cv-02348-JDW-TBM Document 29-9 Filed 11/02/12 Page 1 of 3 PageID 319

Nik Richie + Dirty Army intel, opinions, gossip, satire, and celebrities | EXCLUSIVE: Hulk Hogan Se...



SCOTTSDALE   HOLLYWOOD   CHICAGO   VANCOUVER   DALLAS   NEWPORT   LAS VEGAS

HOME    CITIES    COLLEGES    DIRTY CELEBS    WOULD YOU

SPOTLIGHT      ght In Paris      When Will Mickey Rourke Stop With The Plastic Surgery      **UPDATE: Anyor

# EXCLUSIVE: Hulk Hogan Sex Tape Continued- Terry Gene Bollea Sex Tape

April 26, 2012     Hollywood  Orlando  The Dirty     133

**Sorry Hulkster, whatcha you going to do (white) brother when this sex tape comes out on you (Terry, do you remember what you said about black people in this sex tape... you are not Dog the Bounty Hunter)?*



EXHIBIT
9

http://thedirty.com/2012/04/exclusive-hulk-hogan-sex-tape-continued-terry-gene-bollea-sex-tape/

Case 8:12-cv-02348-JDW-TBM   Document 29-9   Filed 11/02/12   Page 2 of 3 PageID 320

Nik Richie + Dirty Army intel, opinions, gossip, satire, and celebrities | EXCLUSIVE: Hulk Hogan Se...





Case 8:12-cv-02348-JDW-TBM Document 29-9 Filed 11/02/12 Page 3 of 3 PageID 321

Nik Richie ÷ Dirty Army intel, opinions, gossip, satire, and celebrities | EXCLUSIVE: Hulk Hogan Se...



**THE DIRTY ARMY:** Nik, here are some pictures that Hulk Hogan (Terry Gene Bollea) cannot deny.

**I need more, I want to know who the female is... she looks like Bubba the Love Sponge's chick Heather Clem?- nik**

**Also See:** EXCLUSIVE: Hulk Hogan Sex Tape

## Like this Article? Share it!

83  477  0
Tweet  Like  reddit

## 451 Interactions

**Andre the Giant** April 22, 2012 at 9:39 PM

Looks like Linda Hogan was right. He was a cheat

+38
-44

Reply