Case 8:12-cv-02348-JDW-TBM   Document 29-10   Filed 11/02/12   Page 1 of 1 PageID 322

Nik Richie – Dirty Army intel, opinions, gossip, satire, and celebrities   EXCLUSIVE: Hulk Hogan Se...



HOME   CITIES   COLLEGES   DIRTY CELEBS   WOULD YOU?   DIRTY ATHLETES   STORE   MORE

SPOTLIGHT   Paris   When Will Mickey Rourke Stop With The Plastic Surgery   **UPDATE Anyone Please Help Me Find Adam   Cock-Eyed Kelly Michaels

## EXCLUSIVE: Hulk Hogan Sex Tape

+ SUBMIT DIRT!

APR 19 2012     Hollywood Orlando The Dirty     86

GOOGLE SEARCH

[ Search ]

**THE DIRTY ARMY:** Nik, you are the first person in the media to see a picture of the Hulk Hogan sex tape. There is sooooo much dirt in this tape that if it were to get released "as is" A LOT of people would be VERY surprised.

I have verified the Hulkster mounting and this is just a screenshot image. It gets better. The good stuff is coming (pun intended).- nik

Like this Article? Share it!



http://thedirty.com/2012/04/exclusive-hulk-hogan-sex-tape/