


Search

Subscribe by RSS




- home new music videos news kicks sports tech Auto Talk
- Contact #IFWT

**Sports**

## (Photos *NSFW*) WWE: Hulk Hogan Sex-Tape Images Leaked Online

04.23.12 | 10 Comments
4 Images



Posted by Sabrina B. Â @gametimegirl

Several images from the Hulk Hogan sex tapes have finally hitÂ the Internet. Â Hulk didn't want any of this coming out, but I have a feeling we may see that sex tape sometime soon. Â If your interested, check out a couple of the screen shots (not the best of quality though)…





SOURCE: TNAWRESTLINGNEWS

You might also like:



EXHIBIT 11