Thank God They're Grainy: Hulk Hogan Sex Tape Pics Leaked! | Gossip Overload

Home   Celebrities   About   Contributors   Know Something We Don't?   They Were In That?!   Like

# Thank God They're Grainy: Hulk Hogan Sex Tape Pics Leaked!





Last month, we broke the news that there was a Hulk Hogan sex tape being snapped around and now gossip website, **TheDirty.com** has leaked out images of the already infamous and never seen sex tape

The pics that have surfaced online feature Hulk Hogan with a woman (who is not his ex-wife Linda or current wife Jennifer) going at it!

To see the photos, click below!

## WHAT'S HOT?

Lindsay Lohan Is Arrested After Hit And Run Car Accident. We Suggest Her License Be Permanently Revoked Already

WEDNESDAY, SEPTEMBER 19TH, 2012

**I guess Lindsay Lohan thought that she was free to act the damn fool since Amanda Bynes is becoming "the...**





EXHIBIT

12

Thank God They're Grainy: Hulk Hogan Sex Tape Pics Leaked! | Gossip Overload



Thank God they're grainy! That's all we have to say? What do you think of these revealing pics? Let us know in the comment section below!

This post is in: 90's Celebrities, NSFW: Nudes, Sex Tapes, Sports Stars

Add a comment

Thank God They're Grainy: Hulk Hogan Sex Tape Pics Leaked! | Gossip Overload



Hulk Hugan

Guest Who: Celebrity Halloween
Edition

Porn Star Hulk Hogan's Daughter To
Become Professional Wrestler; The
World Continues Not To Care

Thank God They're Grainy: Hulk
Hogan Sex Tape Pics Leaked!

Looks Like You're Going To See The
Hulk Hogan Naked, Brother:
Wrestler's Sex Tape Finds Distributor

<:nav id=global-nav>
## 0 comments

Leave a message

0 Stars

Discussion     Community

<:section id=conversation data-role="main">

No one has commented yet.

<:section style="DISPLAY: none" id=community data-role="main">

Gossip Overload is Stephen Fry proof thanks to caching by WP Super Cache