CNN
Tries to Blunt Romney Criticism Over Candy



Shock Jock Tom Leykis
Helps Catch Mail Thief ... With 'Adam-12' Star



Kobe Bryant & Vanessa
HOT LUNCH DATE

Home

# Hulk Hogan -- Take My Sex Tape Photos Off the Internet!!!

Celebrity Justice
4/26/2012 12:50 AM PDT BY TMZ STAFF
Hulk Hogan
Take My Naked Ass
Off the Internet!!!
EXCLUSIVE



**Hulk Hogan** is freaking OUT over screengrabs of **his alleged sex tape** that have leaked onto the Internet -- and now, the wrestling legend's taking legal action ... sending in his lawyer to clean up the XXX mess.

The black-and-white pics -- which appear to show a naked Hulk doing the nasty with an unidentified female -- surfaced on TheDirty.com last week ... and more pics followed.

But Hulk isn't taking the affront on his knees -- unlike a certain unidentified female -- in fact, his lawyer just fired off a cease and desist letter to TheDirty.com editor Nik Richie, demanding Nik take down the pics forthwith ... or face a lawsuit.

The lawyer writes, "As you know, should a sex tape or photographs of Mr. Bollea exist, they were taken without his consent and therefore the same would constitute a felony in the State of Florida."

We're told Nik and TheDirty.com have no plans to remove the pictures in question. Stay tuned ...



EXHIBIT
13