Shock Jock Tom Leykis Helps Catch Mail Thief ... With 'Adam-12' Star



Kobe Bryant & Vanessa HOT LUNCH DATE

Home

# Hulk Hogan -- I Have NO IDEA Who My Sex Tape Partner Is

3/7/2012 1:50 PM PST BY TMZ STAFF

Hulk Hogan
I Have NO IDEA Who
My Sex Tape Partner Is



Hulk Hogan just can't seem to identify his female co-star in the sex tape that just surfaced -- telling TMZ, he banged so many chicks after he left his ex-wife ... the woman could be one of MANY possible conquests.

Hulk called in to TMZ Live moments ago ... claiming he went on a 4-month alcohol-fueled lady-screwing bender between the time when he left his ex-wife Linda ... and met his current wife Jennifer.

Hulk tells us, "During that time, I don't even remember people's names, much less girls."

Hulk says he hasn't had sex with another woman since meeting Jennifer 5 years ago -- so the tape has to be at least 5 years old.

Hulk still has no idea who's selling the tape or how that person acquired it -- but Hulk's lawyer says, "If anyone goes forward with this thing, we're gonna find 'em and we're gonna prosecute."

See also

- Nate Dogg -- Sex Tape Being Shopped
- Tupac Sex Tape -- SOLD
- Chris Brown's Rep: There Is NO Sex Tape!!!

I Read This

257
Tweet 523   Share
49
COMMENTS

See More: Hulk Hogan, TMZ Live, Exclusive, 4 More Celebrity Justice, The Hogans, Hulk Hogan Sex Tape, Sex Tape Hide these
Add to My Links

EXHIBIT
14

http://www.tmz.com/2012/03/07/hulk-hogan-sex-tape-partner-tmz-live/