



OIEUDUIHV    VHOI SX EOLVK IQ J    NR E} R Q H

| QHZ V | UHYIHZ V | EHVWVHOOHUV | FK IDG UHQ V | DXWK R UV | DQ Q R X Q FHP HQ WV |

Home > Reviews > 978-0-312-58889-2

IIFWIR Q    Q R Q IIFWIR Q    FK ID G UHQ *V   UHOJ IR Q   DX GIR    FR P IFV   Z HE H[FOXVLYH   SZ VHOHFW   VHDUFK

Like 0

## My Life Outside the Ring

Tweet 0

*Hulk Hogan, Author, Mark Dagostino, With . St. Martin's $25.99 (320p) ISBN 978-0-312-58889-2*



**SUBSCRIBE by the Month**



DOVR E\ WK LV DX WK R R R
- HOLLYWOOD HULK HOGAN

UHODWHG
- More about Hulk Hogan
- More about Mark Dagostino
- 978-0-312-58889-2

Whether it was in the ring during his decades-long wrestling career, or in his home during his popular reality show, Hogan has spent most of his adult life in front of the cameras. But for this memoir, Hogan hoped to "open up about everything in his life," and it's hard to argue that he didn't succeed. From his days as a high school outcast in Florida to his ascension as perhaps the most popular wrestler of all time—"it was like the Beatles or something," he writes—Hogan pulls no punches along the way. The first half of the work is fascinating, as he chronicles his first exposure to wrestling, which ended in a broken leg, along with his openness about steroid use and other drugs. Once his wrestling career ends, however, the book devolves into rather uncomfortable reading. Hogan writes exhaustively of his destructive marriage and his wife's alcoholism, and details his subsequent affair. But the most cringe-worthy passages come in his unabashed defenses of his son, who served nine months in jail for his role in

EXHIBIT 15

http://www.publishersweekly.com/978-0-312-58889-2

Case 8:12-cv-02348-JDW-TBM   Document 29-15   Filed 11/02/12   Page 2 of 2 PageID 330

Nonfiction Review: My Life Outside the Ring by Hulk Hogan, Author, Mark Dagostino, With . St. Ma...

- More about St. Martin's
- More in Reviews -> Nonfiction

Show other formats

a car accident that permanently injured his friend. The spiritual enlightenment that Hogan experiences in the final chapters does little to brighten the mood by the time the final page is turned. Wrestling fans will enjoy Hogan's honest look at his career and the history of the business. But the exploration into the rest of his personal life proves to be more depressing than uplifting. *(Oct.)*

Reviewed on: *08/31/2009*

VHDUFK UHYIHZ V=

You must be a PW Subscriber to access the reviews archive.

DOVR RQ SZ



**PW Picks: The Best New Books for the Week of Oct. 15** more...



**Fall Preview: The Big Books of Autumn** more...



**PW's Program for Self-Published Authors**

**SPECIAL NOTICES.**

**The Roundup: Publishing news from around the web**

http://www.publishersweekly.com/978-0-312-58889-2