CNN
Tries to Blunt Romney Criticism Over Candy



Shock Jock Tom Leykis
Helps Catch Mail Thief ... With 'Adam-12' Star



Kobe Bryant & Vanessa
HOT LUNCH DATE

Home

# Bubba the Love Sponge Knew Hulk Hogan Sex Tape Could Be Worth A Fortune

10/9/2012 2:00 PM PDT BY TMZ STAFF
Bubba the Love Sponge
He Knew Hulk Sex Tape
Could Be Worth A Fortune
EXCLUSIVE



TMZ.com / Getty

**Hulk Hogan's** best friend, **Bubba the Love Sponge**, not only secretly videotaped Hulk having sex -- he bragged afterwards that the tape was a goldmine that could be the key to Bubba's retirement.

TMZ has seen the last few minutes of Hulk's leaked sex tape -- in which he bangs Bubba's wife **Heather Clem**. It's very clear -- **Bubba was in on it**. Moments after the deed is done and Hulk leaves, Bubba says to his wife ... "If we ever did want to retire, all we'd have to do is use this footage."

'"s wife shoots back, "You'd never do that." Bubba then tries to recover, saying, "I wouldn't do that, you'd be the biggest rat



EXHIBIT
18

http://www.tmz.com/2012/10/09/hulk-hogan-sex-tape-leaked-bubba-heather-clem-retire/

you'd be dead."

The revelation is interesting ... considering Hulk went on the **Howard Stern show** TODAY and said he and Bubba are still good friends -- and sounded confident Bubba was NOT the culprit.

There's more. TMZ just broke the story ... Hulk is **filing a criminal police report** in FL and trying to HUNT DOWN whoever leaked the tape -- claiming he was filmed illegally.

### See also

- Hulk Hogan to Cops -- Help Me Find the Bastard Who Leaked My Sex Tape
- Hulk Hogan -- HUGE Offer for Sex Tape
- Hulk Hogan -- Threatening LAWSUIT Over Leaked Sex Tape Footage

I Read This

b people shared this

149

Tweet 343  Share  2

48
COMMENTS
See More: Hulk Hogan , Bubba the Love Sponge , Hulk Hogan Sex Tape , 6 More TMZ Sports , The Hogans , Exclusive , Celebrity Justice , Heather Clem , Sex Tape Hide these
Add to My Links

**YOU MAY LIKE**                                                                   by Taboola


Jenny McCarthy -- Naked & Making Out with Chicks!


15 Celebs Who Are Not Aging Very Nicely


Do You Have the Right TV for Football?


Hulk Hogan Sex Tape: Yeah, I Banged My Best Friend's Wife


'Honey Boo Boo' Star to Have Leg AMPUTATED!?


New Pics of Selena Gomez and Justin Bieber

### Also On TMZ

- 'Pawn Stars' Sued -- I Discovered You ... and You SCREWED Me
- Hulk Hogan -- The Sex Tape Reenactment
- HBO Star Accidentally Tweets Naked Photo
- Hulk Hogan Contacts FBI Over Leaked Sex Tape
- Hulk Hogan To Sue Best Friend Bubba the Love Sponge Over Sex Tape

### From Around The Web

- We Can't Help But Stare...Kristen Stewart Photos *(StyleBistro)*
- Tom Cruise leaving Scientology? *(Mevio)*
- Who Has the Worst Customer Service? *(Angie's List)*
- Haute Off The Press: Celebs Bare All *(Makeup.com)*
- Kristen Stewart Looks Totally Different Since Getting Back Together With Rob *(CafeMom)*