ALL   NEWS   PHOTOS   VIDEOS   TV SCOOP   E! SHO CARPET

# Bubba the Love Sponge Slams Hulk Hogan's Sex-Tape Lawsuit, Blasts Wrestler as "Ultimate, Lying Showman"

by Rebecca Macatee                              Tue., Oct. 16, 2012 7:16 AM PDT

Like 99    Send    Tweet 13    2



Andrew H. Walker/Getty Images

There's more than one side to every sex tape.

On Monday, Hulk Hogan filed a civil lawsuit against **Bubba the Love Sponge** and his ex-wife, **Heather Clem** (now Heather Cole). The 59-year-old wrestler alleges that the sex tape that hit the Web earlier this month was leaked by Bubba (real name: **Todd Clem**) without the Hulkster's consent. But according to Mr. Love Sponge, his ex-best friend Hulk was in on the sex tape's release from the get-go.

Tuesday morning, Bubba said on his radio show that Hulk "brainwashed" Bubba into giving his blessing for his then-wife Heather to have sex with the wrestler. Bubba also claimed that contrary to Hulk's claims of being secretly taped during sex, the athlete and reality star was in on the stunt. "You can't play the victim like that," said Bubba.

**Read more about the Hulk's lawsuits**



EXHIBIT 19

http://www.eonline.com/news/354384/bubba-the-love-sponge-slams-hulk-hogan-s-sex-tape-lawsuit-b...

"He's a one-way piece of crap who doesn't care about anyone but himself," said Bubba. "You're the ultimate, lying showman."

In addition to the complaint against Bubba and the radio host's ex-wife, Hulk is suing Gawker Media, which posted excerpts of the tape, for $100 million.

Both lawsuits request that Hulk is given the sex tape so it can be destroyed.

**UPDATE:** An attorney for Bubba tells E! News that his client is a victim in this "very unfortunate" situation.



"I don't understand how you can sue a victim and I also I don't understand how you can sue your best friend," the lawyer says. "I'm hopeful we never get served and can work together to find out [what happened with the tape]. I am convinced Bubba had nothing to do with it. And I don't believe Heather had anything to do with it. So lets find that party who has caused harm to everyone/ That is our objective, our hope."

The attorney also noted that they have not yet seen the lawsuit.



"The reality is that these guys shouldn't be fighting each other," he adds. "They should be fighting the person who stole it, released it and those who broadcast it...I don't know what [Hogan's] objective is in suing Bubba. We will respond if and when we are served."

—**Additional reporting by Claudia Rosenbaum**

2010 was a big year for sex tape scandals

    



**40 COMMENTS**

filed under TOP STORIES, SEX TAPES, HULK HOGAN, LEGAL, COURTHOUSE

**40comments**  Add Comment

Login

Sort by  Newest · **Oldest**

**Rob** Tue Oct 16 2012                                                                 **+21**    reply   report
All the Hogan clan is trash. They are all victims of there own stupidity. I used to like Hogan when I was a kid, but now, I see the truth and how awfull he really is.

**Meat Kolwalski** Tue Oct 16 2012                                                              reply   report