



EXCLUSIVES   STYLE   PHOTOS   VIDEOS   GIVEAWAYS

# Hulk Hogan Sex Tape Leaked By Bubba The Love Sponge's Disgruntled Former Employee

Posted on Oct 11, 2012 @ 01:00PM


WENN

By Amber Goodhand - *Radar News Editor*

Hulk Hogan has vowed to find out who leaked his sex tape, and RadarOnline.com can exclusively reveal it was a disgruntled former employee of his best friend, Bubba the Love Sponge, who was behind the release of the embarrassing footage.

A source close to the situation claims that after Bubba left his gig with Sirius XM Radio, he also left behind an unpaid staff — who he had share the sex tape with — and one of them took advantage.

"Even though Bubba knew how much the Hulk sex tape would be worth, he didn't stab his friend in the back and he's not the one who released it," the source said.

PHOTOS: Sexy Sex Tape Celebs

"It's a former employee of Bubba's who was outraged when he left Sirius to go back to terrestrial radio. He wanted payback."

Interestingly, the source says Hulk's "surprise" at the tape being leaked is a rouse and that he's known about it for years and even had the ability to stop the sale last year!

"Hulk acting all shocked at the release of the tape is crap," the source says.

PHOTOS: Top Celebrity Sex Scandals


EXHIBIT
21

Case 8:12-cv-02348-JDW-TBM   Document 29-21   Filed 11/02/12   Page 2 of 2 PageID 342

Hulk Hogan Sex Tape Leaked By Bubba The Love Sponge's Disgruntled Former Employee | Radar O...

"The tape was first shopped about three years ago, and Hulk was initially blindsided by it. But he's been fully awar[e] this whole time that it's out there."

According to the insider, the PR forces that be within Hulk's camp prevented stopping the sale because they were more interested in publicity and press than what this would do to Hulk and his family.

"Bubba didn't secure the tape properly and showed it to a bunch of people," the source says.

PHOTOS: Scandalous Hollywood Ladies

"And that's why they're all in this mess now."

As RadarOnline.com previously reported, Hulk's sex tape partner was Heather Clem, Bubba's then-wife, who was obsessed with the wrestling legend and made it her mission to sleep with him.

PHOTOS: 10 Stars Involved In Nude Photo Scandals

"Heather has been obsessed with **Terry [Hulk Hogan] Bollea** forever. She took advantage of her husband's friendship with him and used Bubba to get to Terry," an insider revealed.

"She's a voyeur and her fantasy was to have sex with Terry and then have a tape of her conquest."

**RELATED STORIES:**

When Sex Tape Exes Collide! Kim Kardashian Slinks Out Back Door To Avoid Ray J

No Big Deal! The Kardashian's Don't Care About Kanye West Sex Tape

Natalie Nunn Sex Tape Stolen, Blackmailer Threatens To Leak It Unless She Pays Up

Kanye West Sex Tape With Kim Kardashian Look-A-Like Being Shopped

|  | 12 | 41 | 0 |
|---|---|---|---|

Check Out My Covetable Curves! Plus Size Model Strips Down Into A Sexy Bikini

Teacher Sued by LeAnn Rimes Asks For Extension, Struggles To Pay For Defense

TAGS  Bubba the Love Sponge  Disgruntled Employee  exclusive  Heather Clem  Hot Topics  Hulk Hogan  scandal  Sex Tape  Sirius XM Radio  Terrestrial Radio  Terry Bollea  Wrestler

Mystery Of Who Leaked Hulk Hogan Sex Tape Grows, Even

Hulk Hogan 'Devastated' By Release Of Sex Tape, Says New

Hulk Hogan's Sex Tape Partner Embarrassed By Leaked Video

You've Been Warned! Hulk Hogan's Sex Tape Hits The Internet

'Sex Tape Buddies' Hulk Hogan & Kim Kardashian Cross