| Login | Register

**Tampa Bay Times**



Classifieds | BooCoo Auctions | Press Releases | Jobs | Real Estate | Cars | Shop | Advertise
Home | News | Politics | Opinion | Sports | Things to Do | Money | Features | Blogs | Weather | Traffic | Site map

TWENTIETH ANNUAL FESTIVAL READING Sat., Oct. 20 – 10am-4pm Over 40 national and local authors



The Feed
Eric Deggans



Subscribe to this blog's feed

**MOST RECENT BLOG POSTS**

Walking Dead star Chandler Riggs, at Tampa Comic Con Saturday, dishes on coolest job any 13-year-old could have October 18

Newsweek to end print publication in December after nearly 80 years, go all digital October 18

Fox re-airs X Factor episode next Tuesday after rain delay screw up October 18

Could debate moderator Candy Crowley see her performance defined by one exchange? October 17

Watch the CW's Emily Owens M.D. to see a talented performer stuck in one of fall's worst new shows October 16

Bubba the Love Sponge calls Hulk Hogan a "hypocritical fraud" over sex tape lawsuit October 16

**OCTOBER 16, 2012**

## Bubba the Love Sponge calls Hulk Hogan a "hypocritical fraud" over sex tape lawsuit

Facebook 30 | Tweet 6 | Email | Share 36



Tampa Bay area shock jock **Bubba the Love Sponge Clem** finally spoke out this morning about the growing scandal around a sex tape featuring wrestling star **Hulk Hogan** and Clem's ex-wife, calling his former friend Hogan a "hypocritical fraud" for filing a lawsuit over the video's public release.

Clem used much of his radio show at WHPT-FM (102.5 The Bone) this morning to bitterly criticize Hogan, once described as his best friend, one day after the wrestler filed a lawsuit in state court seeking in excess of $15,000 in damages, naming the shock jock and his former wife **Heather Cole** as defendants.

Attorneys for Hogan faced the press Monday on the federal courthouse steps in Tampa, saying the star did not know he was being filmed during the encounter; he also filed a federal lawsuit seeking $100 million in damages from Gawker Media, owner of a gossip website which has posted clips of the footage.

Clem disputed Hogan's assertions indirectly this morning, saying his former friend "drove me crazy" asking to have sex with his wife. The shock jock also accused Hogan of trying to save his public image and endorsements by trying to appear like the biggest victim.



Walking Dead return draws 10.9 million fans, sets cable drama record while showcasing innocence lost October 15

Hulk Hogan calls press conference today announcing lawsuit against Bubba the Love Sponge Clem October 15

Preview of my first book: Race-Baiter, to be featured Saturday at Times Festival of Reading October 15

My fanboy preview of Sunday's Walking Dead: Finally show veers toward comic book attitude October 12

**ABOUT THE BLOGGERS**

The best TV shows, the worst shows, TV news, media issues and debates ... It's all here at the Feed, a blog on TV, media and modern life by Tampa Bay Times TV/media critic Eric Deggans. Possibly the most critical guy at the Times, he has served as music, media and TV critic at various times over 10 years.

E-mail Eric Deggans: deggans@tampabay.com

Get updates from The Feed (http://twitter.com/Deggans)

EXHIBIT 22

Bubba the Love Sponge calls Hulk Hogan a "hypocritical fraud" over sex tape lawsuit | TV show... Page 2 of 4

"The true victim here is Heather," said Clem, referring to his ex-wife, who was recorded having sex with Hogan in 2006; clips of the video were eventually posted on Gawker.com. "I made a mistake in approving him to get together with my wife...There were three people in that room, and they all knew what time it was."



Representatives for Clem have been saying the shock jock couldn't talk about the video scandal, pointing to language in his divorce settlement in which the couple agreed "not to interfere with, annoy, molest or harass the other party or disparage the other party in public," with special mention made of speaking "on air" about each other.

But Clem appeared to find a loophole around those provisions this morning, focusing his insults on Hogan, referencing the wrestler's bitterly public divorce from Linda Hogan and other past controversies. Clem never spoke directly about why the encounter was recorded or who may have released it to the public; Gawker has not identified who provided them with a 30-minute video burned on a DVD.

Hogan's lawsuit received extensive media coverage locally and nationally, providing the first opportunity for mainstream media outlets to weigh in on a scandal which had been percolating on gossip websites such as TMZ and Gawker for more than a week.

News outlets ranging from *The New York Daily News* to the *Los Angeles Times* published stories on the lawsuit Monday, ensuring the media frenzy continues.



Posted by deggans at 8:41:06 am on October 16, 2012 in

| Permalink | Comments (64)



(http://twitter.com/deggans)
Twitter Badges

ADVERTISEMENT



ADVERTISEMENT


7 odd veggies that KILL abdominal fat
Surprising foods that boost your metabolism for a flat stomach


Controversy Over New Diet Pill
Powerful New Diet Pill Hits Market - But Should It Be Banned?


1 Tip of a Flat Belly:
Cut own a bit of your belly fat everyday by simply following this 1 weird old tip.

VIDEO

MOST POPULAR CATEGORIES

Books | Cable TV | crime | Current Affairs | Diversity/ Minority affairs | Diversity/Minority affairs

| 2 | 5 | 4 | 2 | 55 |
|---|---|---|---|---|
| Important | Inspiring | Sad | Angry | LOL |

**Join the discussion: Click to view comments, add yours**
(javascript:brc_LoadGigyaComments_StatusCheck();)

Film (/blogs/media/category/media-tags/film) Games (/blogs/media/category/media-tags/games) Government (/blogs/media/category/media-tags/government) Internet (/blogs/media/category/media-tags/internet) Journalism ethics (/blogs/media/category/media-tags/journalism-ethics) Local TV (/blogs/media/category/media-tags/local-tv) Lost Final Season (/blogs/media/category/media-tags/lost-final-season) Magazines (/blogs/media/category/media-tags/magazines) Media business (/blogs/media/category/media-tags/media-business) Music (/blogs/media/category/media-tags/music) Network TV (/blogs/media/category/media-tags/network-tv) Newspapers (/blogs/media/category/media-tags/newspapers) Pop culture (/blogs/media/category/media-tags/pop-culture) Radio (/blogs/media/category/media-tags/radio) Reality TV (/blogs/media/category/media-tags/reality-tv) sports (/blogs/media/category/media-tags/sports) Syndicated TV (/blogs/media/category/media-tags/syndicated-tv) TCA 2008 (/blogs/media/category/media-tags/tca-2008) Telecommunications (/blogs/media/category/media-tags/telecommunications) Television (/blogs/media/category/media-tags/television) TV journalism (/blogs/media/category/media-tags/tv-journalism) Video streams (/blogs/media/category/media-tags/video-streams) Web/Tech (/blogs/media/category/media-tags/webtech) Weblogs (/blogs/media/category/media-tags/weblogs)

**ARCHIVES**

October 2012 (/blogs/media/archives/201210)
September 2012 (/blogs/media/archives/201209)
August 2012 (/blogs/media/archives/201208)
July 2012 (/blogs/media/archives/201207)
June 2012 (/blogs/media/archives/201206)
May 2012 (/blogs/media/archives/201205)
April 2012 (/blogs/media/archives/201204)
March 2012 (/blogs/media/archives/201203)
February 2012 (/blogs/media/archives/201202)
January 2012 (/blogs/media/archives/201201)

**FOLLOW US ON FACEBOOK**

The Feed on Facebook
Like

1,862 people like The Feed.

Nancy  Tom  Intellectual  Rob  Sophia
John  Pete  Jason  Richie  Pam

The Feed (http://www.facebook.com/pages/The-Feed/100393171) on Facebook

**ADD TO YOUR TECHNORATI FAVORITES**

Add this blog to my Technorati Favorites (http://technorati.com/faves?...)

sub=add&add=http://blogs.tampabay.com/blogs/media/category/tues/s_author_media_jobs

**COMMENT POLICY**

Please be sure your comments are appropriate before submitting them. Inappropriate comments include content that:

Is libelous

Is abusive, harassing, or threatening

Is obscene, vulgar, or profane

Is racially, ethnically or religiously offensive

Is illegal or encourages criminal acts

Is known to be inaccurate or contains a false attribution

Infringes copyrights, trademarks, publicity or any other rights of others

Impersonates anyone (actual or fictitious)

Solicits funds, goods or services, or advertises

The Tampa Bay Times does not edit posts but reserves the right to delete comments that violate our policy.

**REGISTRATION FAQ**

- Read our Frequently Asked Questions (/about/faq) on how to register to comment on the site.