# Affidavit of Service

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION
CASE NO.: **8:12-cv-02348**
Plaintiff: TERRY GENE BOLLEA professionally known as HULK HOGAN
Defendants: GAWKER MEDIA, LLC aka GAWKER MEDIA; GAWKER MEDIA GROUP, INC. aka GAWKER MEDIA; GAWKER ENTERTAINMENT, LLC; GAWKER TECHNOLOGY, LLC; GAWKER SALES, LLC; NICK DENTON; A.J.DAULERIO; KATE BENNERT, BLOGWIRE HUNGARY SZELLEMI ALKOTAST HASZNOSITO KFT aka GAWKER MEDI

State of New York, County of New York:

> Network Provided
> Time - 04:40 PM
> Date - October 23, 2012
> GPS
> 40.722279 -73.994545

I **Ronald Guest - License No. 1282614** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **October 23, 2012** at **04:40 PM** at **210 Elizabeth Street, 4th floor, New York, NY 10012**, deponent served the within **Summons In A Civil Action and Complaint and Demand For Jury Trial With Injunctive Relief Sought** on **Nick Denton C/o Gawker Media** herein known as Recipient.

Said service was effected in the following manner;

SUITABLE AGE PERSON

By delivering thereat a true copy of each to Julia Aluldrez, Operations Manager (), a person of suitable age and discretion. That person was also asked by deponent whether said premises was the recipient's dwelling or place of business and their reply was affirmative.

Deponent also enclosed a copy of the same in a postpaid sealed envelope marked "personal & Confidential" and did not show any indication that it came from an Attorney, properly addressed to recipient's dwelling or place of business at 210 Elizabeth Street, 4th floor, New York, NY 10012 and deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York on October 24, 2012.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: **Caucasian, Female, 5' 4", 110 - 120 lbs, Brown hair, Brown eyes, 25 - 35 years**

**Server Comments**

**Above person had asked, whether recipient was in the military service of the State or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient is not in the military service of the State or the United States as that term is defined in the statues of the State or the Federal Soldiers and Sailors Civil Relief Act.**

_____
Ronald Guest - License No. 1282614

DLA Piper LLP (US)
**Notary Section**

Subscribed and affirmed, or sworn to before me this __5th__ day of __NOV__, 20__12__.

Notary Public: _____
Commission Expires: 6-5-14
Exclusive Process Service
Post Office Box 858
New York, NY 10268

RICHARD B. MINOR
Notary Public, State of New York
Reg. No. 04MI6147382
Qualified in New York County
Commission Expires June 5, 2014