# Affidavit of Service

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION
CASE NO.: **8:12-cv-02348**
Plaintiff: TERRY GENE BOLLEA professionally known as HULK HOGAN
Defendants: GAWKER MEDIA, LLC aka GAWKER MEDIA; GAWKER MEDIA GROUP, INC. aka GAWKER MEDIA; GAWKER ENTERTAINMENT, LLC; GAWKER TECHNOLOGY, LLC; GAWKER SALES, LLC; NICK DENTON; A.J. DAULERIO; KATE BENNERT, BLOGWIRE HUNGARY SZELLEMI ALKOTAST HASZNOSITO KFT aka GAWKER MED

> Network Provided
> Time - 04:44 PM
> Date - October 23, 2012
> GPS
> 40.722164 -73.994202

State of New York, County of New York

I **Ronald Guest - License No. 1282614** being duly sworn deposes and says that on **October 23, 2012** at **04:44 PM**, I served **Summons In A Civil Action and Complaint and Demand For Jury Trial With Injunctive Relief Sought** on **Gawker Technology, LLC** by delivering the documents to **Julia Aluldrez** who is the **Operations Manager** at **210 Elizabeth Street, 4th floor, New York, NY  10012** which is their usual place of business.

Said service was effected in the following manner:

**Corporation/Business Entity**

A domestic/foreign corporation, by delivering thereat a true copy of each to **Julia Aluldrez** personally.  The deponent knew said Corporation so served to be the domestic/foreign corporation described as **Gawker Technology, LLC**, and knew said individual, **Julia Aluldrez** to be the **Operations Manager** there of, authorized to accept service of process.

Deponent describes the individual served to the best of the deponents ability at the time and circumstances of service as follows:

Caucasian, Female, 5' 4", 110 - 120 lbs, Brown hair, Brown eyes, 25 - 35 years

Server Comments:

**I declare under oath that I am 18 years of age or older and not a party to this action.**

_____
Ronald Guest - License No. 1282614

Your File/Reference Number:
DLA Piper LLP (US)
**Notary Section**

Subscribed and affirmed, or sworn to before me this __5__ day of __NOV__, 20__12__.

Notary Public: _____
Commission Expires: __6-5-14__

Exclusive Process Service
Post Office Box 858
New York, NY 10268

RICHARD B. MINOR
Notary Public, State of New York
Reg. No. 04MI6147382
Qualified in New York County
Commission Expires June 5, 2014