UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA professionally
known as HULK HOGAN

   Plaintiff,

vs.

Case No.: 8:12-cv-02348-JDW-TBM

GAWKER MEDIA, LLC aka GAWKER
MEDIA, et al.,

   Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

     Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's October 22, 2012, Order (Dkt. No. 7), we hereby make the following disclosures on behalf of Defendant Gawker Media LLC ("Gawker"):

     1)    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party: Gawker Media Group, Inc.

     2)    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: None.

     3)    The name of every other entity likely to be an active participant in the proceedings: None known at this time.

     4)    The name of each victim (individual and corporate), including every person who may be entitled to restitution: None known at this time.

     5)    Check one of the following:

     ☒    A.    I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

-or-

☐ B. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

November 6, 2012

                                              Respectfully submitted,

                                              THOMAS & LOCICERO PL

                                              /s/ *Gregg D. Thomas*
                                              Gregg D. Thomas
                                                Florida Bar No.: 223913
                                            Rachel E. Fugate
                                                Florida Bar No.: 0144029
                                            400 North Ashley Drive, Suite 1100
                                            P.O. Box 2602 (33601)
                                            Tampa, FL 33602
                                            Telephone: (813) 984-3060
                                            Facsimile: (813) 984-3070
                                            gthomas@tlolawfirm.com
                                            rfugate@tlolawfirm.com

                                            Seth D. Berlin (*pro hac vice motion pending*)
                                            Paul Safier (*pro hac vice motion pending*)
                                            LEVINE SULLIVAN KOCH & SCHULZ, LLP
                                            1899 L Street, NW, Suite 200
                                            Washington, DC 20036
                                            Telephone: (202) 508-1122
                                            Facsimile: (202) 861-9888
                                            sberlin@lskslaw.com
                                            psafier@lskslaw.com

Of Counsel:
Cameron A. Stracher
Gawker Media
210 Elizabeth Street, 4th Floor
New York, NY 10012
Telephone: (212) 743-6513
cameron@gawker.com

                                            *Counsel for Defendant*
                                            *Gawker Media LLC*

**CERTIFICATE OF SERVICE**

      WE HEREBY CERTIFY that a true and correct copy of the foregoing is being electronically filed and will be furnished via CM/ECF on this 6th day of November, 2012, to:

| | |
|---|---|
| Kenneth G. Turkel, Esq.<br>kturkel@BajoCuva.com<br>Christina K. Ramirez, Esq.<br>cramirez@BajoCuva.com<br>Bajo Cuva Cohen & Trukel, P.A.<br>100 N. Tampa Street, Suite 1900<br>Tampa, Florida 33602<br>Tel: (813) 443-2199<br>Fax: (813) 443-2193 | and served by mail and email on:<br><br>Charles J. Harder, Esq.<br>charder@wrslawyers.com<br>Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP,<br>11400 W. Olympic Boulevard, 9th Floor,<br>Los Angeles, California 90064-1582<br>Tel: (310) 478-4100<br>Fax: (310) 479-1422<br><br>and<br>David R. Houston, Esq.<br>dhouston@houstonatlaw.com<br>432 Court Street<br>Reno, Nevada 89501<br>Tel: (775) 786-4188<br>Fax: (775) 786-5091 |

                                            /s/ Gregg D. Thomas
                                            Attorney