# Affidavit of Service

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION
CASE NO.: **8:12-CV-02348**
Plaintiff: TERRY GENE BOLLEA professionally known as HULK HOGAN
Defendants: GAWKER MEDIA, LLC aka GAWKER MEDIA; GAWKER MEDIA GROUP, INC. aka GAWKER MEDIA; GAWKER ENTERTAINMENT, LLC; GAWKER TECHNOLOGY, LLC; GAWKER SALES, LLC; NICK DENTON; A.J. DAULERIO; KATE BENNERT, BLOGWIRE HUNGARY SZELLEMI ALKOTAST HASZNOSITO KFT aka GAWKER MED

> Network Provided
> Time - 12:36 PM
> Date - October 24, 2012
> GPS
> 40.722622 -73.994820

State of New York, County of New York

I **Ronald Guest - License No. 1282614** being duly sworn deposes and says that on **October 24, 2012** at **12:36 PM**, I served **Summons In A Civil Action and Complaint and Demand For Jury Trial With Injunctive Relief Sought** on **Gawker Media Group, Inc aka Gawker Media** by delivering the documents to **Mr. Jesse Ma** who is the **Associate Counsel** at **210 Elizabeth Street, New York, NY 10012** which is their usual place of business.

Said service was effected in the following manner:

**Corporation/Business Entity**

A domestic/foreign corporation, by delivering thereat a true copy of each to **Mr. Jesse Ma** personally. The deponent knew said Corporation so served to be the domestic/foreign corporation described as **Gawker Media Group, Inc aka Gawker Media**, and knew said individual, **Mr. Jesse Ma** to be the **Associate Counsel** there of, authorized to accept service of process.

Deponent describes the individual served to the best of the deponents ability at the time and circumstances of service as follows:

Asian, Male, 5' 10", 150 - 160 lbs, Black hair, Brown eyes, 30 - 35 years

Server Comments:

I declare under oath that I am 18 years of age or older and not a party to this action.

_____
Ronald Guest - License No. 1282614

Your File/Reference Number:
DLA Piper LLP (US)
**Notary Section**

Subscribed and affirmed, or sworn to before me this _7th_ day of _November_, 20_12_.

Notary Public: _____
Commission Expires: _____

Exclusive Process Service
Post Office Box 858
New York, NY 10268

JOEY MALDONADO
Notary Public, State of New York
No. 01MA6196228
Qualified in Bronx County
Commission Expires November 10, 2012