# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: 8:12-cv-2348-T-27TBM | DATE: November 8, 2012 |
|---|---|
| **HONORABLE JAMES D. WHITTEMORE** | |
| **TERRY GENE BOLLEA, professionally known as Hulk Hogan ,**<br><br>Plaintiff,<br><br>v.<br><br>**GAWKER MEDIA, LLC, GAWKER MEDIA GROUP, INC., GAWKER ENTERTAINMENT, LLC, GAWKER TECHNOLOGY, LLC, GAWKER SALES, LLC, NICK DENTON, A.J. DAULERIO, KATE BENNERT, and BLOGWIRE HUNGARY SZELLEMI ALKOTAST HASZNOSITO KFT,**<br><br>Defendants. | **PLAINTIFF'S COUNSEL**<br>Kenneth Turkel, Christina K. Ramirez<br><br>**DEFENSE COUNSEL**<br>Gregg Darrow Thomas, Rachel E. Fugate |
| **COURT REPORTER:** Linda Starr | **DEPUTY CLERK:** Anne H. Ohle |
| **TIME:** 3:00 P.M. - 3:50 P.M.<br>**TOTAL:** 50 min. | **COURTROOM:** 13B |

**PROCEEDINGS:** Preliminary Injunction Hearing

Motion for Preliminary Injunction – (Dkt. 5) – deferred ruling.