UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA professionally
known as HULK HOGAN

   Plaintiff,

vs.

GAWKER MEDIA, LLC aka GAWKER
MEDIA, et al.,

   Defendants.
_____/

Case No.: 8:12-cv-02348-JDW-TBM

**NOTICE OF COMPLIANCE WITH NOVEMBER 7, 2012**
**ORDER REGARDING CM/ECF REGISTRATION**

     Pursuant to this Court's Order dated November 7, 2012 (Dk. # 38) admitting Seth D. Berlin and Paul J. Safier *pro hac vice*, they respectfully file this Notice of Compliance and state as follows: they each registered for a CM/ECF account with this Court on November 7, 2012, thereafter were each issued CM/ECF usernames and passwords by the Clerk's Office, and, as of November 8, 2012, they each have been receiving electronic notices of all filings in this case.

November 9, 2012

Respectfully submitted,

/s/ Seth D. Berlin
Seth D. Berlin (admitted *pro hac vice*)
sberlin@lskslaw.com
Paul J. Safier (admitted *pro hac vice*)
psafier@lskslaw.com
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW, Suite 200
Washington, DC 20036
Tel: (202) 508-1100
Fax: (202) 861-9888

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of November 2012, a true and correct copy of the foregoing is being electronically filed and will be furnished via CM/ECF to:

Kenneth G. Turkel, Esq.
kturkel@BajoCuva.com
Christina K. Ramirez, Esq.
cramirez@BajoCuva.com
Bajo Cuva Cohen & Turkel, P.A.
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
Tel: (813) 443-2199
Fax: (813) 443-2193

Charles J. Harder, Esq.
charder@wrslawyers.com
Jonathan H. Waller, Esq.
jwaller@wrslawyers.com
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 W. Olympic Boulevard, 9th Floor
Los Angeles, CA 90064-1582
Tel: (310) 478-4100
Fax: (310) 479-1422

and served by mail and email on:

David R. Houston, Esq.
dhouston@houstonatlaw.com
432 Court Street
Reno, NV 89501
Tel: (775) 786-4188
Fax: (775) 786-5091

*Attorneys for Plaintiff*

/s/ Seth D. Berlin
Attorney