UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA, professionally
known as HULK HOGAN,

          Plaintiff,

vs.                                                                 Case No. 8:12-cv-02348-T-27TBM

GAWKER MEDIA, LLC, *et al.*,

          Defendant.
_____/

## ORDER

Submitted to the Clerk for filing and before the Court is a Motion to Intervene *purportedly* filed by Duane Lee "Dog" Chapman. The Clerk is directed to docket the filing and the envelope in which it arrived under seal.[1]

Upon consideration, the motion fails to set forth a statutory right to intervention, an interest relating to the transaction that is the subject of the action, or the existence of a claim or defense that shares with the main action a common question of law or fact. *See* Fed. R. Civ. P. 24. Accordingly, the Motion to Intervene is **DENIED**.

**DONE AND ORDERED** this 8th day of November, 2012.

                                            JAMES D. WHITTEMORE
                                            United States District Judge

Copies to: Counsel of Record

---

[1] Duane Lee "Dog" Chapman is a bounty hunter by trade according to his website (http://www.dogthebountyhunter.com/AboutDog.aspx), and has appeared on a reality television series. The likelihood of the real Duane Lee Chapman seeking leave to intervene in this action is highly questionable, thereby giving rise to concerns about the authenticity of the filing. Because of its content, the filing will be docketed under seal.