UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA professionally  
known as HULK HOGAN,               )
                                    )
         Plaintiff,                 )
                                    )
vs.                                 )   Case No. 8:12-cv-02348-T-27TBM
                                    )
GAWKER MEDIA, LLC aka GAWKER        )
MEDIA; GAWKER MEDIA GROUP, INC.     )
aka GAWKER MEDIA; GAWKER            )
ENTERTAINMENT, LLC; GAWKER          )
TECHNOLOGY, LLC; GAWKER SALES,      )
LLC; NICK DENTON; A.J. DAULERIO;    )
KATE BENNERT, BLOGWIRE HUNGARY      )
SZELLEMI ALKOTAST HASZNOSITO        )
KFT aka GAWKER MEDIA,               )
                                    )
         Defendants.                )
_____ /

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Plaintiff Terry Gene Bollea professionally known as Hulk Hogan through undersigned counsel, hereby discloses the following, pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1)   The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

**Terry Gene Bollea professionally known as Hulk Hogan**

**Kenneth G. Turkel**
**Christina K. Ramirez**
**Bajo Cuva Cohen & Turkel, P.A.**

{BC00024613:1}

Charles J. Harder
Jonathan H. Waller
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP

David R. Houston
The Law Office of David R. Houston

Gawker Media, LLC aka Gawker Media
Gawker Media Group, Inc. aka Gawker Media
Gawker Entertainment, LLC
Gawker Technology, LLC
Gawker Sales, LLC
Nick Denton
A.J. Daulerio
Kate Bennert
Blogwire Hungary Szellemi Alkotast Hasznosito KFT aka Gawker Media

Greg D. Thomas
Rachel E. Fugate
Thomas & Locicero PL

2)    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None**

3)    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None**

4)    The name of each victim (individual and corporate), including every person who may be entitled to restitution:

**Terry Gene Bollea**

5)    Check one of the following:

__X__ a. I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

____b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Dated: November 15, 2012                    Respectfully submitted,

/s/ *Christina K. Ramirez*
Kenneth G. Turkel
Florida Bar No.: 0867233
Email: kturkel@bajocuva.com
Christina K. Ramirez
Florida Bar No.: 0954497
Email: cramirez@bajocuva.com
BAJO CUVA COHEN & TURKEL, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel: (813) 443-2199
Fax:(813) 443-2193

Charles J. Harder
charder@wrslawyers.com
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 W. Olympic Blvd., 9th Floor
Los Angeles, CA 90064
Tel: (310) 478-4100
Fax: (310) 479-1422

Jonathan H. Waller
jwaller@wrslawyers.com
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
2001 Park Place, Suite 900
Birmingham, AL 35203
Tel: (205) 994-3270
Fax: (855) 501-8400

**Attorneys for Terry Gene Bollea**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of November, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to all persons registered to receive notice via the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participants.

/s/ *Christina K. Ramirez*
Attorney