IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| TERRY GENE BOLLEA professionally known as HULK HOGAN,<br><br>Plaintiff,<br><br>v.<br><br>GAWKER MEDIA, LLC aka GAWKER MEDIA; GAWKER MEDIA GROUP, INC. aka GAWKER MEDIA; GAWKER ENTERTAINMENT, LLC; GAWKER TECHNOLOGY, LLC; GAWKER SALES, LLC; NICK DENTON; A.J. DAULERIO; KATE BENNERT, BLOGWIRE HUNGARY SZELLEMI ALKOTAST HASZNOSITO KFT aka GAWKER MEDIA; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:12-cv-2348-T-27TBM |

## **NOTICE OF APPEAL**

Notice is hereby given that Terry Gene Bollea, Plaintiff in the above-styled case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Denying Plaintiff's Motion for Preliminary Injunction [Dkt. 47] entered in this action on the 14th day of November, 2012.

{BC00024696:1}

1

DATED: November 15, 2012

Respectfully submitted ,

/s/ Kenneth G. Turkel
Kenneth G. Turkel, Esq.
Florida Bar No. 867233
kturkel@bajocuva.com
Christina K. Ramirez
Florida Bar No. 0954497
cramirez@bajocuva.com
**BAJO CUVA COHEN & TURKEL, P.A.**
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
Telephone: (813) 443-2199
Facsimile: (813) 443-2193
Attorneys for Plaintiff

DATED: November 15, 2012

/s/ Charles J. Harder
Charles J. Harder, Esq.
California Bar No. 184593 (Admitted *Pro hac vice*)
charder@wrslawyers.com
**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
11400 W. Olympic Boulevard, 9th Floor
Los Angeles, CA 90064-1582
Telephone: (310) 478-4100
Facsimile: (310) 479-1422
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 15, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ Kenneth G. Turkel
Attorney

{BC00024696:1}