UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA professionally
known as HULK HOGAN

   Plaintiff,

vs.

Case No.:  8:12-cv-02348-JDW-TBM

GAWKER MEDIA, LLC aka GAWKER
MEDIA, et al.,

   Defendants.
_____/

## DEFENDANT'S UNOPPOSED MOTION AND MEMORANDUM FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Gawker Media, LLC, on behalf of itself and all other defendants for whom its undersigned counsel has specially appeared (hereinafter referred to as "Gawker"), hereby moves for an extension of time in which to answer or otherwise respond to Plaintiff's Amended Complaint. As grounds, Gawker states:

1. The Amended Complaint in the above-captioned action was filed on or about November 8, 2012 (Dkt. # 42).

2. Under Rule 15(a)(3) of the Federal Rules of Civil Procedure, Gawker's responsive pleading would be normally due on November 22, 2012 (Thanksgiving Day). Because of the holiday, that due date is extended to Friday, November 23, 2012.

3. Gawker moves this Court for a fourteen day (14) extension of time, until December 7, 2012, to respond to Plaintiffs' Amended Complaint.

4. In accordance with Local Rule 3.01, prior to filing this motion, counsel for Gawker, Gregg D. Thomas, contacted counsel for Plaintiff on November 12, 2012, concerning

the requested extension. On November 16, 2012, counsel for Plaintiff agreed to the fourteen day extension, until December 7, 2012, to respond to Plaintiff's Amended Complaint.

5. This Motion is filed in good faith and not intended to delay the progress of this matter. No prejudice will result to the Plaintiff.

## MEMORANDUM OF LAW

The pending Motion is within the sound discretion of the Court. The deadline for Gawker to file an answer or other responsive pleading is November 23, 2012. Gawker seeks a fourteen (14) day extension of time in which to answer or otherwise respond to the Amended Complaint. No party would be prejudiced by the requested extension of time. The parties' lack of prejudice is further evidenced by Plaintiff's lack of objection to the relief sought in this Motion. Accordingly, it is respectfully requested that the Court's discretion be exercised and that the Court grant this unopposed Motion.

WHEREFORE, Gawker requests that the Court grant this Motion for Extension of Time and allow defendants until December 7, 2012, to respond to Plaintiff's Amended Complaint.

November 16, 2012

Respectfully submitted,

THOMAS & LOCICERO PL

By: /s/ Gregg D. Thomas
    Gregg D. Thomas
    Florida Bar No.: 223913
    Rachel E. Fugate
    Florida Bar No.: 0144029
400 North Ashley Drive, Suite 1100
P.O. Box 2602 (33601)
Tampa, FL 33602
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
gthomas@tlolawfirm.com
rfugate@tlolawfirm.com

                                          Seth D. Berlin (admitted *pro hac vice*)
                                          Paul J. Safier (admitted *pro hac vice*)
                                          LEVINE SULLIVAN KOCH & SCHULZ, LLP
                                          1899 L Street, NW, Suite 200
                                          Washington, DC 20036
                                          Telephone: (202) 508-1122
                                          Facsimile: (202) 861-9888
                                          sberlin@lskslaw.com
                                          psafier@lskslaw.com

<u>Of Counsel</u>:
Cameron A. Stracher
Gawker Media
210 Elizabeth Street, 4th Floor
New York, NY 10012
Telephone:  (212) 743-6513
cameron@gawker.com

                                          *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 16th day of November 2012, a true and correct copy of the foregoing is being electronically filed and will be furnished via CM/ECF to:

 Kenneth G. Turkel, Esq.
 kturkel@BajoCuva.com
 Christina K. Ramirez, Esq.
 cramirez@BajoCuva.com
 Bajo Cuva Cohen & Turkel, P.A.
 100 N. Tampa Street, Suite 1900
 Tampa, FL 33602
 Tel: (813) 443-2199
 Fax: (813) 443-2193

 Charles J. Harder, Esq.
 charder@wrslawyers.com
 Jonathan H. Waller, Esq.
 jwaller@wrslawyers.com
 Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
 11400 W. Olympic Boulevard, 9th Floor
 Los Angeles, CA 90064-1582
 Tel: (310) 478-4100
 Fax: (310) 479-1422

and served by mail and email on:

 David R. Houston, Esq.
 dhouston@houstonatlaw.com
 432 Court Street
 Reno, NV 89501
 Tel: (775) 786-4188
 Fax: (775) 786-5091

 *Attorneys for Plaintiff*

             /s/ Gregg D. Thomas
             Attorney