UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| TERRY GENE BOLLEA professionally known as HULK HOGAN, <br><br> Plaintiff, <br><br> v. <br><br> GAWKER MEDIA, LLC aka GAWKER MEDIA; GAWKER MEDIA GROUP, INC. aka GAWKER MEDIA; GAWKER ENTERTAINMENT, LLC; GAWKER TECHNOLOGY, LLC; GAWKER SALES, LLC; NICK DENTON; A.J. DAULERIO; KATE BENNERT, BLOGWIRE HUNGARY SZELLEMI ALKOTAST HASZNOSITO KFT aka GAWKER MEDIA <br><br> Defendants. | Case No.: 8:12-CV-2348-T-27TBM |

**NOTICE OF COMPLIANCE WITH OCTOBER 31, 2012
ORDER REGARDING CM/ECF REGISTRATION**

Pursuant to this Court's Order dated October 31, 2012 (Dk. #22) admitting Jonathan

H. Waller *pro hac vice*, he respectfully files this Notice of Compliance and state as follows:

he registered for a CM/ECF account with this Court on November 14, 2012, thereafter was

issued a CM/ECF username and password by the Clerk's Office on November 16, 2012, and,

has been receiving electronic notices of all filings in this case.

1

Respectfully Submitted,

DATED: November 19, 2012

/s/ Jonathan H. Waller
Jonathan H. Waller
Alabama Bar No. ASB-0725-L53J
jwaller@wrslawyers.com
**TERRY GENE BOLLEA**
2001 Park Place, Suite 900
Birmingham, AL 35203
Phone: (205) 994-3270
Facsimile:  (855) 501-8400
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November, 2012, a true and correct

copy of the foregoing is being electronically filed and will be furnished via CM/ECF to:

Seth D. Berlin (admitted *pro hac vice)*
sberlin@lskslaw.com
Paul J. Safier (admitted *pro hac vice)*
psafier@lskslaw.com
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW, Suite 200
Washington, DC 20036
Tel: (202) 508-1100
Fax: (202) 861-9888

Kenneth G. Turkel, Esq.
kturkel@BajoCuva.com
Christina K. Ramirez, Esq.
cramirez@BajoCuva.com
Bajo Cuva Cohen & Turkel, P.A.
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
Tel: (813) 443-2199
Fax: (813) 443-2193

2

and served by mail and email on:

       David R. Houston, Esq.
       dhouston@houstonatlaw.com
       432 Court Street
       Reno, NV 89501
       Tel: (775) 786-4188
       Fax: (775) 786-5091

                     /s/ Jonathan H. Waller
                     Attorney