UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA professionally )
known as HULK HOGAN, )
 )
        Plaintiff, )
 )
vs. ) Case No. 8:12-cv-02348-T-27TBM
 )
GAWKER MEDIA, LLC aka GAWKER )
MEDIA; GAWKER MEDIA GROUP, INC. )
aka GAWKER MEDIA; GAWKER )
ENTERTAINMENT, LLC; GAWKER )
TECHNOLOGY, LLC; GAWKER SALES, )
LLC; NICK DENTON; A.J. DAULERIO; )
KATE BENNERT, BLOGWIRE HUNGARY )
SZELLEMI ALKOTAST HASZNOSITO )
KFT aka GAWKER MEDIA, )
 )
        Defendants. )
_____/

### MOTION FOR DAVID R. HOUSTON
### TO APPEAR *PRO HAC VICE*

Plaintiff Terry Gene Bollea, by his undersigned counsel and pursuant to Local Rule 2.02, moves the Court to specially admit David R. Houston to appear and be heard in this case, and says:

1.    Mr. Houston is a member in good standing and currently eligible to practice law in the following jurisdiction(s): Nevada (1978), U.S. District Court, District of Nevada (1978), U.S. District Court, Central District of California (1981), Ninth Circuit Court of Appeals (1985), U.S. District Court, Eastern District of California (1988), and Colorado (1997).  See Exhibit A.

2.    Mr. Houston has not made frequent or regular appearances in separate cases such as to constitute the maintenance of the regular practice of law in the State of Florida.

{BC00024727:1}

3.     Mr. Houston is familiar with, and recognizes that he shall be governed by, among other things, all Local Rules of the United States District Court, Middle District of Florida, including Rule 2.04 thereof in particular, and is also familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

4.     Mr. Houston has entered an appearance of non-resident attorney and designated Kenneth G. Turkel and Christina K. Ramirez, Bajo Cuva Cohen & Turkel, P.A., Tampa, Florida, as Local Counsel.

5.     In accordance with Local Rule 3.01(g), the undersigned certifies that he conferred with counsel for Defendants regarding the relief requested in this Motion and that counsel for Defendants advised that Defendants do not object to the relief requested.

6.     Undersigned counsel has submitted Mr. Houston's original, signed Special Admission Attorney Certification form directly to the Clerk, along with the prescribed fee.

WHEREFORE, Plaintiff Terry Gene Bollea, requests that David R. Houston be permitted to specially appear and be heard in this case.

Dated:  November 19, 2012           Respectfully submitted,

/s/ *Christina K. Ramirez*
Kenneth G. Turkel
Florida Bar No.: 0867233
Email: kturkel@bajocuva.com
Christina K. Ramirez
Florida Bar No.: 0954497
Email: cramirez@bajocuva.com
BAJO CUVA COHEN & TURKEL, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel: (813) 443-2199
Fax:(813) 443-2193
**Attorneys for Terry Gene Bollea**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to all persons registered to receive notice via the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participants.

/s/ *Christina K. Ramirez*
Attorney