

**STATE BAR OF NEVADA**

# Certificate of Good Standing

## David R. Houston

(Bar Number 2131) was admitted by the Supreme Court of the State of Nevada

On 9/25/1978 as an Attorney and Counselor at law duly licensed to practice in all courts of the State of Nevada, it is hereby further certified that **DAVID R. HOUSTON** is now an **Active** member of the State Bar of Nevada in good standing.

DATED this Wednesday, November 14, 2012

_Suzanne Walters_
Suzanne Walters
Member Services Assistant
State of Nevada

**EXHIBIT A**