Exhibit 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| TERRY GENE BOLLEA professionally known as HULK HOGAN,<br><br>Plaintiff,<br><br>v.<br><br>GAWKER MEDIA, LLC aka GAWKER MEDIA; GAWKER MEDIA GROUP, INC. aka GAWKER MEDIA; GAWKER ENTERTAINMENT, LLC; GAWKER TECHNOLOGY, LLC; GAWKER SALES, LLC; NICK DENTON; A.J. DAULERIO; KATE BENNERT; BLOGWIRE HUNGARY SZELLEMI ALKOTAST HASZNOSITO KFT,<br><br>Defendants. | Case No. 8:12-cv-2348 |

### DECLARATION OF NATHANIEL WONG

I, Nathaniel Wong, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.   I am a legal clerk employed by the law firm of Wolf, Rifkin, Shapiro, Schulman & Rabkin LLP ("WRSSR"), lead counsel for Plaintiff Terry Gene Bollea, professionally known as Hulk Hogan ("Mr. Bollea" or "Plaintiff"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to the matters stated herein.

2.   Beginning on October 11, 2012, on each business day except October 12, 18,

19, 26, and November 6, 7, 2012, I reviewed the webpage located at the URL address of http://gawker.com/5948770/even-for-a-minute-watching-hulk-hogan-have-sex-in-a-canopy-bed-is-not-safe-for-work-but-watch-it-anyway.  I was unable to review this webpage from October 30 through November 4, 2012, because when I attempted to review the webpage on those days, I was redirected to a different site, apparently as a result of Gawker's servers being down due to the effects of Hurricane Sandy on the New York area.  The number of page views is indicated on this website and appears to be updated on an ongoing basis. When you hover the mouse over the page view number, the number of new visitors to the webpage also is shown, which also appears to be updated on an ongoing basis.  On each day that I visited this webpage, I recorded the total number of page views. Beginning on October 23, 2012, I also began recording the number of new visitors as reflected on the webpage.  The last time that I reviewed this webpage prior to executing this Declaration was on November 16, 2012 at 10:12 a.m.  A true and correct copy of a screenshot of the webpage, which reflects how the webpage looked when I reviewed it at that time, is attached as **Exhibit A**.  As set forth in **Exhibit A**, on November 16, 2012 at 10:12 a.m., the webpage reflected that it had received 3,842,617 page views, and 2,272,778 "New Visitors."

      3.      Attached as **Exhibit B** is a chart which I created and maintained which accurately reflects the number of page views indicated on the webpage on each date that I reviewed the above-described webpage, and which accurately reflects the number of "New Visitors" indicated on the webpage on each date that I reviewed this webpage from October 23, 2012 to the present date.  **Exhibit B** also reflects the daily and weekly increase in Page Views and New Visitors, which I calculated from the numbers indicated on the webpage each day.

4.  As set forth in **Exhibit B**, the number of page views of the webpage located at the URL address of http://gawker.com/5948770/even-for-a-minute-watching-hulk-hogan-have-sex-in-a-canopy-bed-is-not-safe-for-work-but-watch-it-anyway increased by the amount of 33,378 during the week of November 12, 2012, with an increase of 15,689 page views on November 15 and an increase of 12,360 page views on November 16, 2012 alone. As also set forth in **Exhibit B**, the number of New Visitors to the webpage located at the URL address of http://gawker.com/5948770/even-for-a-minute-watching-hulk-hogan-have-sex-in-a-canopy-bed-is-not-safe-for-work-but-watch-it-anyway increased by the amount of 15,049 during the week of November 12, 2012, with 6,429 New Visitors on November 15 and 5,101 New Visitors on November 16, 2012 alone.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of November, 2012.

_____
Nathaniel Wong

Declaration

Exhibit A

FRIDAY, NOV 16, 2012

**MIDEAST CONFLICT**
Israel-Gaza Hostilities Continue to Escalate as Tel Aviv Comes Under Fire and a Flimsy Truce is Immediately Broken [UPDATE]

**BULLSHIT**
Unionmade: Retailer of Expensive Fashions That Are Not Union Made

**PRIVACY**
How the Obama Campaign's Data-Miners Knew What You Watched On TV

**RUSSIA**
Grandmother Who Killed Wolf With Axe is Most Badass Person In Russia

**GUY FIERI**
Guy Fieri's Most Disgusting Food is Not Even at His Times Square Restaurant

**END OF AN ERA**
Hostess Is Going Out of Business, Will Lay Off Thousands

**PSA**
These Are By Far the Dumbest Ways to Die

**SAY WHAT**
Virginia Republican Party Official Says Obama's Road to Hell is Paved with Bush's Intentions

**PAIN**
Meet Ashlyn Blocker, the 13-Year-Old Who Can't Feel Any Pain Whatsoever

**JOE BIDEN**
Joe Biden's Cameo Aired on

NSFW

# Even for a Minute, Watching Hulk Hogan Have Sex in a Canopy Bed is Not Safe For Work but Watch it Anyway

**A.J. Daulerio**

Because the internet has made it easier for all of us to be shameless voyeurs and deviants, we love to watch famous people have sex. We watch this footage because it's something we're not supposed to see (sometimes) but we come away satisfied that when famous people have sex it's closer to the sex we as civilians have from time to time. Meaning: it's hardly ever sexy the way we expect it to be sexy, even when the participants are ostensibly more attractive than the majority of our sex partners will be.

But naked, they're still having sex like people who don't usually have sex on camera. Even if their dicks are big enough to smash a boat horn with authority, or their faces are lit up like Gulf War scud missile footage after midnight, their sex - purposeful, vaunted celebrity sex-is still incredibly dull. The normalcy of it is exciting, though. When you see glimmers of sloppy kissing or some shoulder moles or just an earnest, breathy, post-coital "ihuwwuuuu..." it becomes mesmerizing.

Declaration

Exhibit B

| # | DATE | PAGE VIEWS | INCREASE (DAY) | INCREASE (WEEK) | NEW VISITORS | INCREASE (DAY) | INCREASE (WEEK) |
|---|---|---|---|---|---|---|---|
| 1. | 10/11/12 | 2,973,011 | | | | | |
| 2. | 10/15/12 | 3,179,415 | | | | | |
| 3. | 10/16/12 | 3,346,892 | 164.477 | | | | |
| 4. | 10/17/12 | 3,499,628 | 152,736 | | | | |
| 5. | 10/22/12 | 3,677,174 | | 497,759 | | | |
| 6. | 10/23/12 | 3,703,875 | 26,701 | | 2,206,192 | | |
| 7. | 10/24/12 | 3,720,300 | 16,425 | | 2,214,187 | 7,995 | |
| 8. | 10/25/12 | 3,742,089 | 21,789 | | 2,224,781 | 10,594 | |
| 9. | 10/29/12 | 3,773,414 | | 96,240 | 2,240,673 | | |
| 10. | 11/5/12 | 3,793,651 | | 20,237 | 2,248,882 | | 8,209 |
| 11. | 11/8/12 | 3,800,377 | 865 | | 2,252,605 | | |
| 12. | 11/9/12 | 3,803,131 | 2,754 | | 2,254,125 | 1,520 | |
| 13. | 11/12/12 | 3,809,239 | 6,108 | 15,588 | 2,257,729 | | 8,847 |
| 14. | 11/13/12 | 3,811,850 | 2,611 | | 2,259,502 | 1,773 | |
| 15. | 11/14/12 | 3,814,568 | 2,718 | | 2,261,248 | 1,746 | |
| 16. | 11/15/12 | 3,830,257 | 15,689 | | 2,267,677 | 6,429 | |
| 17. | 11/16/12 | 3,842,617 | 12,360 | | 2,272,778 | 5,101 | |

1158040.1