Exhibit 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA professionally
known as HULK HOGAN,

          Plaintiff,

    v.

GAWKER MEDIA, LLC aka GAWKER
MEDIA; GAWKER MEDIA GROUP, INC.
aka GAWKER MEDIA; GAWKER
ENTERTAINMENT, LLC; GAWKER
TECHNOLOGY, LLC; GAWKER SALES,
LLC; NICK DENTON; A.J. DAULERIO;
KATE BENNERT; BLOGWIRE HUNGARY
SZELLEMI ALKOTAST HASZNOSITO
KFT,

          Defendants.

Case No. 8:12-cv-2348

**DECLARATION OF CHARLES J. HARDER**

    I, Charles J. Harder, pursuant to 28 U.S.C. § 1746, declare and state as follows:

    1.    I am an attorney duly licensed to practice before all courts of the State of

California, and also for the U.S. District Courts for the Central, Southern and Eastern

Districts of California, among other federal courts.  I am a partner at the law firm of Wolf,

Rifkin, Shapiro, Schulman & Rabkin LLP ("WRSSR"), lead counsel (*pro hac vice* pending)

for Plaintiff Terry Gene Bollea, professionally known as Hulk Hogan ("Mr. Bollea" or

"Plaintiff").  I have personal knowledge of the facts set forth herein, and if called as a

                  1

witness, I could and would competently testify to the matters stated herein.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the webpage at the following URL address, as it existed on October 11, 2012, at 8:52 a.m.:

http://gawker.com/5948770/even-for-a-minute-watching-hulk-hogan-have-sex-in-a-canopy-bed-is-not-safe-for-work-but-watch-it-anyway.  Exhibit A indicates that this webpage had been viewed 2,973,011 times as of October 11, 2012, at 8:52 a.m.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the webpage at the following URL address, as it existed on October 22, 2012, at 8:45 a.m.:

http://gawker.com/5948770/even-for-a-minute-watching-hulk-hogan-have-sex-in-a-canopy-bed-is-not-safe-for-work-but-watch-it-anyway.  Exhibit B indicates that this webpage had been viewed 3,677,174 times as of October 22, 2012, at 8:45 a.m.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the webpage at the following URL address, as it existed on October 29, 2012, at 10:12 a.m.:

http://gawker.com/5948770/even-for-a-minute-watching-hulk-hogan-have-sex-in-a-canopy-bed-is-not-safe-for-work-but-watch-it-anyway.  Exhibit C indicates that this webpage had been viewed 3,773,414 times as of October 29, 2012, at 10:12 a.m.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the webpage at the following URL address, as it existed on October 25, 2012:  http://gawker.com/5951868/the-purpose-of-gawker?popular=true.  This webpage contains a posting by Nick Denton entitled "The Purpose of Gawker," which is dated October 15, 2012.  In this posting,  Mr. Denton discusses how the posting of Mr. Bollea's sex tape at Gawker.com drove substantial traffic to the website, and resulting advertising revenues.  Specifically, at the end of the article, Mr. Denton replies to a comment from one of the readers, stating that the Hulk Hogan sex tape

story and video (along with another Gawker.com story which posted topless photographs of Kate Middleton) "**pushed daily US audience over 1m [one million] – for the first time ever…. Those stories bring the site to new readers**." Mr. Denton also discusses its ad revenue model regarding such provocative content, stating: "Gawker's sales and in-house creative teams do not simply land one-off banner campaigns wrapped in jargon and fads like other digital properties…. We aspire to real interactive advertising…."

6.      Attached hereto as **Exhibit E** is a true and correct copy of a webpage at the following URL address, as it existed on October 30, 2012:

http://www.businessinsider.com/gawker-switches-to-unique-numbers-recruits-new-users-2010-1. Attached hereto as **Exhibit F** is a true and correct copy of a webpage at the following URL address, as it existed on October 30, 2012:

http://www.theawl.com/2010/01/gawker-media-moves-to-uniques-be-even-more-of-a-hustler-says-nick-denton . Exhibits E and F contain articles, both dated January 5, 2010, which posted excerpts of a memo from Mr. Denton discussing a change in the way that Gawker Media would be measuring its success. In these excerpts, Mr. Denton explains that Gawker will begin measuring its writers' success based upon the number of unique monthly viewers the website receives. Mr. Denton explains that his writers will receive monetary bonuses based upon the number of unique views their stories obtain, and suggests that his editors may, for example, "**decide to offer a bounty for a spy photo which would boost the site's uniques that month.**"

7.      Attached hereto as **Exhibit G** is a true and correct copy of a webpage at the following URL address, as it existed on October 30, 2012:

http://meltaylormedia.com/gawker-media-dentons-revenue-strategy. This page contains an

article entitled "Gawker Media. Denton's Business Strategy" and a video interview of Mr. Denton discussing Gawker.com and his affiliated websites. According to this webpage, the interview was conducted at a *Business Insider* conference called IGNITION, and the person interviewing Mr. Denton was Henry Blodget, CEO of Business Insider. During the interview, Mr. Denton explains that his websites' shocking stories "bring in lots of people, and **it's the most cost effective marketing you can possibly do**." Mr. Denton also states that there is a lot of growth potential for Gawker Media and that they can "capture that growth by doing these shocking stories." These comments can be found at approximately 13 minutes and 20 seconds into the video.

8.      Later in the interview, Mr. Denton discusses Gawker Media's practice of paying money for information. As Mr. Denton explains, "I love paying for information… because it's a great investment." By way of example, Mr. Denton discusses an article posted on Gawker Media's website Deadspin.com involving former NFL quarterback Brett Favre exposing himself to a female employee of the New York Jets football organization. Mr. Denton estimates that Gawker Media paid approximately "$12,000 for the Favre story, that's an incredible investment," and that the resulting web traffic "probably added millions of dollars to the value of deadspin, and you don't usually see returns like that." These comments can be found at approximately 19 minutes and 30 seconds into the video.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of November, 2012.

_____
Charles J. Harder

1142979.1                                    4

Declaration

Exhibit A

Even for a Minute, Watching Hulk Hogan Have Sex in a Canopy Bed is Not Safe For Work but Watch it Anyway



SIGN IN

TOP STORIES

LATEST STORIES ▼ URSDAY, OCT 11, 2012

TOMORROW'S NEWS

**NEWER STORIES...**



NSFW                                    2,973,011 🔥
Even for a Minute, Watching Hulk
Hogan Have Sex in a Canopy Bed is
Not Safe For Work but Watch it
Anyway

**NSFW**

# Even for a Minute, Watching Hulk Hogan Have Sex in a Canopy Bed is Not Safe For Work but Watch it Anyway

■ A.J. Daulerio ⚙

OCT 4, 2012 2:15 PM    2,973,011 🔥    468 💬

Share  g+1  Tweet

GET OUR TOP STORIES
FOLLOW GAWKER  f  t  ✉

👍 You and 212,708 others like this.212,708
👍 like   people like this.

Because the internet has made it easier for
all of us to be shameless voyeurs and deviants, we love to watch famous people have sex. We
watch this footage because it's something we're not supposed to see (sometimes) but we come
away satisfied that when famous people have sex it's closer to the sex we as civilians have from
time to time. Meaning: it's hardly ever sexy the way we expect it to be sexy, even when the
participants are ostensibly more attractive than the majority of our sex partners will be.

But naked, they're still having sex like people who don't usually have sex on camera. Even if
their dicks are big enough to smash a boat horn with authority, or their faces are lit up like
Gulf War scud missile footage after midnight, their sex- purposeful, vaunted celebrity sex-is
still incredibly dull. The normalcy of it is exciting, though. When you see glimmers of sloppy
kissing or some shoulder moles or just an earnest, breathy, post-coital "iluvvvvuuuu..." it
becomes mesmerizing.

Up top, you'll see one minute from the 30 minutes of footage taken of 59-year-old Hulk
Hogan, professional wrestler, Real Life American Hero to many, fucking a woman rumored to
be the ex-wife of his best friend, a famous radio DJ named Bubba the Love Sponge. This
footage was stealthily circulated last April. TMZ reported its existence, The Dirty showed some
screen shots, and Hulk lawyered up because he claims he was "secretly filmed." Last week, a
burned DVD copy of Hulk having sex with the woman rumored to be Heather Clem (Bubba's
ex-wife), was delivered to us through an anonymous source. They wanted no payment. They
wanted no credit. Their only request was that we watch it. So I did—all 30:17 of it—and
hyperbole aside, it's a goddamn masterpiece.

It opens with Hulk Hogan performing oral sex on the woman as she lays on the bed. Then
another man's voice can be heard from inside the room off-camera and both Hulk and the
naked woman engage in idle chit-chat with the mystery man. Because the woman closely
resembles Mrs. Clem, some have suggested that the voice of the mystery man is, in fact, Bubba



BIG BIRD DEBATE           98,234 🔥
PBS, Sesame Workshop Blast
Romney Over Big Bird Comments:
Sesame Street Won't Go Away



RACISM                   102,815 🔥
University of Texas Students Are
'Bleach Bombing' Their Black Peers



DEATH BY CUTE            51,497 🔥
Bike Trail Conquering Tyke
Provides Obscenely Precious
Commentary on His Own
Accomplishments



PRESIDENTIAL D...        32,552 🔥
Have You Heard? Mitt
Romney Was Not Very Nice to Jim
Lehrer Last Night



RON LIVINGSTON          49,935 🔥
Office Space Star Ron Livingston
Says He's 'Extremely Proud' of
Outspoken News Anchor Sister



ELECTION 2012           29,901 🔥
Jim Lehrer's Stuttering Was the
Star of Last Night's Presidential
Debate



TAXES                   26,657 🔥
Romney's Incoherent Tax Plan Is
Giving Me a Headache



AUTO-TUNE THE ...       64,791 🔥
The Debate Isn't Over
Until the Gregory Brothers Songify
It

SCANDAL                 20,127 🔥
Chris Brown and Rihanna Are
Definitely Probably Back Together
According to This Blurry Photo of

Even for a Minute, Watching Hulk Hogan Have Sex in a Canopy Bed is Not Safe For Work but Watch it Anyway

the Love Sponge. If this is true, Bubba has no problem sharing his wife with his best friend.

"You guys do your thing," this man says. "I'll be in the office if you need me."

He exits swiftly and allows Hulk and this woman their privacy. Hulk and the woman engage in more chit-chat and Bubba's name is mentioned. The woman says "We just fucked earlier today." Hulk asks "Who? You and Bubba?" She just laughs. It doesn't matter.

Hulk strips down. His tan line is exposed and his hairline is vulnerable and silly without the do-rag, but there is sex to be had regardless. Hulk must get hard, though, and the woman is eager to make that happen. Her fellatio is successful and Hulkamania is about to run wild on her but then his cell phone rings. He checks it because he thinks it might be his son, Nick. The ringtone on Hulk Hogan's phone is a song by his daughter, Brooke Hogan, called "About Us" featuring Paul Wall. He is a proud father.

But Hulk checks the caller and does not want to talk that person at all. "Fuck no," he says.

He stands on the side of the bed and the woman scoots up from the pillows and resumes giving the former WWE heavyweight champion of the universe a blowjob. It is a slow, dutiful blowjob and Hulk is thrusting himself into her mouth to speed up the process. This goes on for a few minutes and at one point Hulk examines the canopy bed curtains in a way that suggests he'd like to purchase this particular style for his own canopy bed some day. She takes a break. She spits loudly. She resumes for a few seconds, but it appears the spit has worked because Hulk mutters something in a growly sex voice. The woman removes him from her mouth and spins around on the bed like an excited puppy. She stands. They grope each other and stare at each other. "What did you say?" she asks, laughing and tying up her hair in a pony tail. Then they both laugh because there was a miscommunication during the sex act and they don't want to feel awkward.

"You got a rubber? I want you to climb on top of me," Hulk repeats, but not as sexy as it was the first time, which she didn't hear. Yes, she does have a rubber. Then we watch Hulk stand up and clumsily attempt to roll a condom on to his erect penis which, even if it has been ravaged by steroids and middle-age, still appears to be the size of a thermos you'd find in a child's lunchbox. Hulk hurls his massive body on to the canopy bed and the woman climbs on top, finally, and they begin. There is lots of squealing and moaning from her and she says stuff like, "I want to make you cum" and, "Your dick feels so good inside me"—that sort of thing. There is light spanking from Hulk done to show he supports her efforts and is close to orgasming.

Then, Hulk grunts. Hulk grunts more. Then Hulk grunts like he's doing an impression of old Hulk Hogan grunting right before he's about to cum/come. Climax happens for both participants and they seem pleased with the results. The woman provides two tender kisses on Hulk's upper chest. Hulk says, "Mmmk," because he's a little bemused by the situation he finds himself in on this day as we'll soon find out. Here's how Hulk explains his reaction to the woman he just had sex with:

"The rubber almost came off," he says.

She's not concerned. "It did what it was supposed to."

Hulk thought that was funny and makes her repeat it.

She does so and then peels off the rubber from his penis and carries it away. She holds the condom full of Hulk jiz like it's a random dirty sock she found in the dryer. Hulk is still coming down from his orgasm and is making quick, loud Tony Soprano wheezes.

"Oh my god," he exhales. "Can't believe I have to drive back home. Fuuuuck."

The woman giggles, climbs back into bed with him and reminds Hulk that this is why he should move to this neighborhood. They engage in some cuddling for a couple minutes but Hulk does have to go because he has to go meet his son Nick who was presumably no longer in prison during the time this was filmed. Playful banter resumes amidst the afterglow. Hulk gets up naked and accepts the invitation from the woman to take a shower. But then he tells the

the Back of Their Heads [UPDATE]

Start poking, there are officially one billion people on Facebook. That's one in seven citizens of this world of ours.



**TELEVISION WITH…**
Lucite Platforms and Emasculation Via Grape: Courtney Stodden's Reality TV Debut Was Amazing

 

**RACIST CITY CEN…**
The Most Racist City In America: Chicago?



**DEATH BY CUTE**
Forget the Debate: This Adorable Baby Refuses to Eat Unless His Dad Plays 'Gangnam Style'



**PRESIDENTIAL D…**
ICYMI: Chris Matthews in Full-On Meltdown Mode, Shouts 'Where Was Obama Tonight?'

**MORE STORIES…**

woman that he's shocked that the fucking took place at all because he'd just eaten ten minutes before he got there and "felt like a pig." He had sashimi. He smacks his large stomach and makes his way to the shower.

Hulk begins to put on his clothes. "Bubba's shirt," he says when he puts on his shirt. He's pulling on his jeans one giant leg at a time, still mumbling. The woman is naked in bed and not at all concerned by his early exit. She does suggest that he go talk to the mystery man in the office before he leaves. But Hulk has to go meet his son Nick at midnight. Then Hulk tells a story about how Nick's new girlfriend has a twin sister who called Hulk on the phone. Hulk reveals that the young woman inquired about his divorce and, if that's true, she would like to be the first to go out with him.

Hulk sits on the bed and puts on his socks. "You're a hot commodity," the woman says to Hulk. "Yeah, right. Huh," Hulk says. Even Hulk Hogan needs to be told he's handsome sometimes.

But he has to go, he leans over and kisses the woman. They joke about him loving and leaving but it's okay. "Be cool," he says to the woman on his way out the door. They thank each other for the sex. "You're awesome," Hulk says on his way out the door. "So are you," she says back in a very sincere way. Everybody's awesome. Hulk asks her if he should close the door on the way out. "No, leave it open," she says. "Thank you." Off he went.

*Video edited by Kate Bennert.*



**185 discussions** in response to A.J. Daulerio

**Rich Juzwiak** and 5 more · 6 days ago

Needs more thermos.

**ms_sara** and 5 more · 6 days ago

Soooooooo... What I want to know is, how long did the actual sex last? Meaning literally, how long did said thermos and le fishwhistle collide? Is any of Hulk a respectable amount in the canopy ring, or did he at least manage a respectable amount of time on the love clock before he let his little Hulksters fly?

**Nilla Waffler** and 9 more · 6 days ago

Note to editor: Thank you for respecting the fact that some people prefer the term to be spelled "come" as opposed to "cum."

**rhymeasaurus** and 15 more · 6 days ago

Okay, can someone who watched it please tell me, on a scale of 1-10, how disgusting this is? I'm interested like it's a car accident but I can't stomach watching it as a woman, is this going to ruin masturbation forevermore? Will I have visions in a grainy, shitty-shared Hulk Hogan foraging between her legs in my head every time I try to get off?

**scaroline83** and 23 more · 6 days ago

uh, this feels like a transaction. given the presence of a mystery man, and the fact that it was filmed, makes me think that he was playing the part. I say very, very literally, hold onto Hulk and snap a penny in deny butterflies or find the love clock

**tyty27** and 2 more · 6 days ago

Now I want the step by step of Kate Bennert's editing process.

**shugsy** and 1 more · 6 days ago

This one dude (I prefer that term for some people) appears to have a sort of respectful rapport with the woman. Perceptions have been warped by seeing male celebs have such asshole-y ways towards women.

However on the Dirty site there's some kind of reference to Doc the bounty hunter as though Hogan makes similar racist comments on this tape, and sooo I'm afraid we need a full transcript Gawker, if only to uphold Hulk's reputation ya'know.

**Travelgrrl** and 5 more · 6 days ago

The Hulk ween is long but hardly as thick as a Thermos, even a child's Thermos.



**Drew Magary** and 7 more

"Eat your vitamins."



**Pessimippopotamus** and 4 more

That seemed quite civil.

Show all




Paul Ryan Has Already Lost the Debate Based on These Workout Photos




How to Spot Truth in the Sea of Lies, Rumors, and Myths on the Internet



The Oakland A's Force Game 5 With An Epic, 9th-Inning Comeback Win Over Detroit



*Dishonored*'s Co-Creator Responds To My Few Complaints About The Game



Welcome to Nickelodeon's New Channel for 'Bad Mommies'




This short movie about cyborgs running amok in Bangkok's red light district is totally worth your 5 minutes



Alfa To Flood The USA, Toyota's Vale Of Tears, And The Silver Audi You Can Rent



This 14-Year-Old Kid Is a Lego Genius

About   Help   Jobs   Legal   Privacy   Permissions   Advertising   Subscribe   Send a tip

Declaration

Exhibit B

Even for a Minute, Watching Hulk Hogan Have Sex in a Canopy Bed is Not Safe For Work but Watch it Anyway

SIGN IN

TOP STORIES

**LATEST STORIES** ▾   MONDAY, OCT 22, 2012



**NSFW**

# Even for a Minute, Watching Hulk Hogan Have Sex in a Canopy Bed is Not Safe For Work but Watch it Anyway

■ A.J. Daulerio ⊕

OCT 4, 2012 2:15 PM   **3,677,174** ♦ 491 ⬤

Share  ❤+1

**GET OUR TOP STORIES
FOLLOW GAWKER** f t ✉

☐ f You and 215,531 others like this.215,531
☐ Like    people like this.

Because the internet has made it easier for all of us to be shameless voyeurs and deviants, we love to watch famous people have sex. We watch this footage because it's something we're not supposed to see (sometimes) but we come away satisfied that when famous people have sex it's closer to the sex we as civilians have from time to time. Meaning: it's hardly ever sexy the way we expect it to be sexy, even when the participants are ostensibly more attractive than the majority of our sex partners will be.

But naked, they're still having sex like people who don't usually have sex on camera. Even if their dicks are big enough to smash a boat horn with authority, or their faces are lit up like Gulf War scud missile footage after midnight, their sex- purposeful, vaunted celebrity sex-is still incredibly dull. The normalcy of it is exciting, though. When you see glimmers of sloppy kissing or some shoulder moles or just an earnest, breathy, post-coital "*iluvvvvuuuu…*" it becomes mesmerizing.

Up top, you'll see one minute from the 30 minutes of footage taken of 59-year-old Hulk Hogan, professional wrestler, Real Life American Hero to many, fucking a woman rumored to be the ex-wife of his best friend, a famous radio DJ named Bubba the Love Sponge. This footage was stealthily circulated last April. TMZ reported its existence, The Dirty showed some screen shots, and Hulk lawyered up because he claims he was "secretly filmed." Last week, a burned DVD copy of Hulk having sex with the woman rumored to be Heather Clem (Bubba's ex-wife), was delivered to us through an anonymous source. They wanted no payment. They wanted no credit. Their only request was that we watch it. So I did—all 30:17 of it—and hyperbole aside, it's a goddamn masterpiece.

It opens with Hulk Hogan performing oral sex on the woman as she lays on the bed. Then another man's voice can be heard from inside the room off-camera and both Hulk and the naked woman engage in idle chit-chat with the mystery man. Because the woman closely resembles Mrs. Clem, some have suggested that the voice of the mystery man is, in fact, Bubba

**NEWER STORIES...**


**MORALITY**   957 ⚇
In Defense of Being Outraged by Things that Everyone Already Knows


**LGBT**   765,943 ⚇
Missouri Pastor's Fiery Speech Against Equal Rights for Homosexuals Has Stunning Twist Ending


**NSFW**   2,453 ⚇
If Alison Brie and Gillian Jacobs' 'Pin Up Special' Doesn't Get *Community* Back on the Air, Nothing Will [NSFW]


**WTF**   1,050 ⚇
Serbian Widower Has Late Wife's Flower Engraved on Her Tombstone


**SNL**   2,300 ⚇
You'll Never Guess What *S.N.L.*'s Stefon Is Doing for Halloween


**SHOOTINGS**   1,315 ⚇
Man Mistakes 9-Year-Old Girl Dressed as Skunk for Real Skunk, Shoots Her With Shotgun


**KIDS THESE DAYS**   33 ⚇
Student-Run "Fantasy Slut League" a Concern at California High School


**HAPPY ENDING**   241 ⚇
'Dead' Dog Survives Being Poisoned, Buried Alive

**BULLYING**   705 ⚇
New Jersey Mother Arrested After Allegedly Boarding 4th Grade Daughter's School Bus, Slapping Bully

**LGBT**   2,284 ⚇
Missouri Pastor Speaks Out About

Even for a Minute, Watching Hulk Hogan Have Sex in a Canopy Bed is Not Safe for Work but Watch it Anyway

the Love Sponge. If this is true, Bubba has no problem sharing his wife with his best friend.

"You guys do your thing," this man says. "I'll be in the office if you need me."

He exits swiftly and allows Hulk and this woman their privacy. Hulk and the woman engage in more chit-chat and Bubba's name is mentioned. The woman says "We just fucked earlier today." Hulk asks "Who? You and Bubba?" She just laughs. It doesn't matter.

Hulk strips down. His tan line is exposed and his hairline is vulnerable and silly without the do-rag, but there is sex to be had regardless. Hulk must get hard, though, and the woman is eager to make that happen. Her fellatio is successful and Hulkamania is about to run wild on her but then his cell phone rings. He checks it because he thinks it might be his son, Nick. The ringtone on Hulk Hogan's phone is a song by his daughter, Brooke Hogan, called *About Us* featuring Paul Wall. He is a proud father.

But Hulk checks the caller and does not want to talk that person at all. "Fuck no," he says.

He stands on the side of the bed and the woman scoots up from the pillows and resumes giving the former WWE heavyweight champion of the universe a blowjob. It is a slow, dutiful blowjob and Hulk is thrusting himself into her mouth to speed up the process. This goes on for a few minutes and at one point Hulk examines the canopy bed curtains in a way that suggests he'd like to purchase this particular style for his own canopy bed some day. She takes a break. She spits loudly. She resumes for a few seconds, but it appears the spit has worked because Hulk mutters something in a growly sex voice. The woman removes him from her mouth and spins around on the bed like an excited puppy. She stands. They grope each other and stare at each other. "What did you say?" she asks, laughing and tying up her hair in a pony tail. Then they both laugh because there was a miscommunication during the sex act and they don't want to feel awkward.

"You got a rubber? I want you to climb on top of me," Hulk repeats, but not as sexy as it was the first time, which she didn't hear. Yes, she does have a rubber. Then we watch Hulk stand up and clumsily attempt to roll a condom on to his erect penis which, even if it has been ravaged by steroids and middle-age, still appears to be the size of a thermos you'd find in a child's lunchbox. Hulk hurls his massive body on to the canopy bed and the woman climbs on top, finally, and they begin. There is lots of squealing and moaning from her and she says stuff like, "I want to make you cum" and, "Your dick feels so good inside me"—that sort of thing. There is light spanking from Hulk done to show he supports her efforts and is close to orgasming.

Then, Hulk grunts. Hulk grunts more. Then Hulk grunts like he's doing an impression of old Hulk Hogan grunting right before he's about to cum/come. Climax happens for both participants and they seem pleased with the results. The woman provides two tender kisses on Hulk's upper chest. Hulk says, "Mmmk," because he's a little bemused by the situation he finds himself in on this day as we'll soon find out. Here's how Hulk explains his reaction to the woman he just had sex with:

"The rubber almost came off," he says.

She's not concerned. "It did what it was supposed to."

Hulk thought that was funny and makes her repeat it.

She does so and then peels off the rubber from his penis and carries it away. She holds the condom full of Hulk jiz like it's a random dirty sock she found in the dryer. Hulk is still coming down from his orgasm and is making quick, loud Tony Soprano wheezes.

"Oh my god," he exhales. "Can't believe I have to drive back home. Fuuuuck."

The woman giggles, climbs back into bed with him and reminds Hulk that this is why he should move to this neighborhood. They engage in some cuddling for a couple minutes but Hulk does have to go because he has to go meet his son Nick who was presumably no longer in prison during the time this was filmed. Playful banter resumes amidst the afterglow. Hulk gets


His Viral Speech on Gay Rights


ELECTION 2012        627
Mitt Romney's Staff Played the Media Covering Them in a Friendly Game of Flag Football


ANNIVERSARIES        65,410
Madonna's Pussy Is the Temple of Learning: *Erotica* at 20


ELECTION 2012        1,715
'Paul Ryan Shirtless' Is Googled 9 Times More Often Than 'Paul Ryan Budget' & Other Election-Related Google Facts


ELECTION 2012        1,653
Quaint Texas Church Tells People to Vote for the 'Mormon, Not the Muslim'—You Should Stop By and Pray Sometime!


SHOOTING        2,273
Mass Shooting Nearby Wisconsin Mall Leaves at Least Seven People Wounded [UPDATE]


LANCE ARMSTRO...        2,091
Apparently Lance Armstrong Bribes People, Too


RIHANNA        1,515
Rihanna's *Vogue* Profile, As Told Through Seven of Her Instagram Photos


TRUE STORIES        1,454
Privileged Pussy: Terrorism, Torture and American Tomorrows


MITT ROMNEY        746
Mitt Romney Is Bad at Firing Close Executives, Good at Firing Receptionists


THE RICH        18,502
Mandatory Boxer Briefs, Takeoff Songs, and Dog Hierarchy: Life Aboard the Abercrombie & Fitch Private Jet


NEW JERSEY        950
Things That May Have Caused the Mysterious New Jersey 'Ground Shake' of 2012


JOE BIDEN        2,935
Aviator-Wearing Joe Biden to Dunkin' Donuts: 'You're Welcome'


JERRY SANDUSKY        3,535
Sandusky's 'Victim 1' Gives First Interview, 20/20 Uses It As Excuse to Play Gotcha Journalism

OBAMA        421

Even for a Minute, Watching Hulk Hogan Have Sex in a Canopy Bed is Not Safe For Work but Watch it Anyway

up naked and accepts the invitation from the woman to take a shower. But then he tells the woman that he's shocked that the fucking took place at all because he'd just eaten ten minutes before he got there and "felt like a pig." He had sashimi. He smacks his large stomach and makes his way to the shower.

Hulk begins to put on his clothes. "Bubba's shirt," he says when he puts on his shirt. He's pulling on his jeans one giant leg at a time, still mumbling. The woman is naked in bed and not at all concerned by his early exit. She does suggest that he go talk to the mystery man in the office before he leaves. But Hulk has to go meet his son Nick at midnight. Then Hulk tells a story about how Nick's new girlfriend has a twin sister who called Hulk on the phone. Hulk reveals that the young woman inquired about his divorce and, if that's true, she would like to be the first to go out with him.

Hulk sits on the bed and puts on his socks. "You're a hot commodity," the woman says to Hulk. "Yeah, right. Huh," Hulk says. Even Hulk Hogan needs to be told he's handsome sometimes.

But he has to go, he leans over and kisses the woman. They joke about him loving and leaving but it's okay. "Be cool," he says to the woman on his way out the door. They thank each other for the sex. "You're awesome," Hulk says on his way out the door. "So are you," she says back in a very sincere way. Everybody's awesome. Hulk asks her if he should close the door on the way out. "No, leave it open," she says. "Thank you." Off he went.

*Video edited by Kate Bennert.*

**198 discussions** in response to A.J. Daulerio

**Rich Juzwiak** and 5 more · 17 days ago

Needs more thermos.

**scaroline83** and 23 more · 17 days ago

uh, this feels like a transaction. given the presence of a mystery man and the fact that it was filmed, makes me think that he was paying for this sex. no? yes/maybe? it's certainly not out of the question, heather clem/bubba fiasco and all.

**tyty27** and 2 more · 17 days ago

Now I want the step by step of Kate Bennert's editing process.

**shugsy** and 1 more · 17 days ago

I'm pleasantly(?) surprised to see he appears to have a sort of respectful rapport with the woman. Perceptions have been warped by seeing male celebs have such asshole-y ways towards women.

However on the Dirty site there's some kind of reference to Dog the bounty hunter as though Hogan makes similar racist comments on this tape... sooo, I'm afraid we need a full transcript Gawker, if only to uphold Hulk's reputation ya'know.

**rhymeasaurus** and 17 more · 17 days ago

Okay, can someone who watched it please tell me, on a scale of 1-10, how disgusting this is? I'm interested like it's a car accident. I saw the stomach and the fact that it was sex no (yes maybe?) it's part masturbation forevermore? Will I have visions of a grunting, stringy-haired Hulk Hogan foraging between her legs in my head everytime I close my eyes and try to get off?

**ms_sara** and 6 more · 17 days ago

Sooooooooo... What I want to know is, how long did the actual sex part last? More specifically, how long did said thermos and le fishwhistle collide? Is our beloved Hulk a 2 pump chump in the canopy ring, or did he at least manage a respectable amount of time on the love clock before he let his little Hulksters fly?

**Nilla Warner** and 9 more

Note to editor: Thank you for respecting the fact that some people prefer the verb form to be spelled "come" as opposed to "cum."

**Travelgrrl** and 5 more · 17 days ago

Barack Obama, U.S. President and Hip-Hop Star Mentor, Is Teaching Jay-Z How to Be a Dad



RIP
George McGovern and Fidel Castro Eating Ice Cream and Other Great Moments from the Late Senator's Life



COMMUNITY
New Promo for NBC's *Community* Goes After Network Execs for 'Illogical' Premiere Date



MORE STORIES...

Even for a Minute, Watching Hulk Hogan Have Sex in a Canopy Bed is Not Safe for Work but Watch it Anyway

The Hulk ween is long but hardly as thick as a Thermos, even a child's Thermos.

**Drew Magary** and 8 more  17 days ago

"Eat your vitamins."



**Pessimippopotamus** and 4 more
17 days ago

That seemed quite civil.




In Defense of Being Outraged by Things that Everyone Already Knows




How to Reduce Your Energy Bill with No Cost or Sacrifice



Gangnam Style Is Officially Dead, Dez Bryant Is Not: Your Sunday NFL GIF Roundup [UPDATED]



Zerg Rushes, Suicide Attacks and Splash Damage: How Real Insect Warfare is Similar to *StarCraft*



Adele's Newborn Baby Welcomed to World by Hateful Twitter Trolls




The Disney Voltron figure is so completely insane, and I want one



Dear Man On Craigslist Conspicuously Selling A Newish Mercedes For $4,328



5 Things That Could Sink Windows 8

About    Help    Jobs    Legal    Privacy    Permissions    Advertising    Subscribe    Send a tip

Declaration

Exhibit C

SIGN IN

**TOP STORIES**



**LATEST STORIES** ▾ MONDAY, OCT 29, 2012

**TOMORROW'S NEWS**

**NSFW**

# Even for a Minute, Watching Hulk Hogan Have Sex in a Canopy Bed is Not Safe For Work but Watch it Anyway

■ A.J. Daulerio ✪

OCT 4, 2012 2:15 PM · **3,773,414** ⚡ 494 ◉

Share · +1

**GET OUR TOP STORIES**
**FOLLOW GAWKER** f t ✉

☐ f You and 216,769 others like this.216,769
☐ like people like this.

Because the internet has made it easier for all of us to be shameless voyeurs and deviants, we love to watch famous people have sex. We watch this footage because it's something we're not supposed to see (sometimes) but we come away satisfied that when famous people have sex it's closer to the sex we as civilians have from time to time. Meaning: it's hardly ever sexy the way we expect it to be sexy, even when the participants are ostensibly more attractive than the majority of our sex partners will be.

But naked, they're still having sex like people who don't usually have sex on camera. Even if their dicks are big enough to smash a boat horn with authority, or their faces are lit up like Gulf War scud missile footage after midnight, their sex- purposeful, vaunted celebrity sex-is still incredibly dull. The normalcy of it is exciting, though. When you see glimmers of sloppy kissing or some shoulder moles or just an earnest, breathy, post-coital "*iluvvvvuuuu...*" it becomes mesmerizing.

Up top, you'll see one minute from the 30 minutes of footage taken of 59-year-old Hulk Hogan, professional wrestler, Real Life American Hero to many, fucking a woman rumored to be the ex-wife of his best friend, a famous radio DJ named Bubba the Love Sponge. This footage was stealthily circulated last April. TMZ reported its existence, The Dirty showed some screen shots, and Hulk lawyered up because he claims he was "secretly filmed." Last week, a burned DVD copy of Hulk having sex with the woman rumored to be Heather Clem (Bubba's ex-wife), was delivered to us through an anonymous source. They wanted no payment. They wanted no credit. Their only request was that we watch it. So I did—all 30:17 of it—and hyperbole aside, it's a goddamn masterpiece.

It opens with Hulk Hogan performing oral sex on the woman as she lays on the bed. Then another man's voice can be heard from inside the room off-camera and both Hulk and the naked woman engage in idle chit-chat with the mystery man. Because the woman closely resembles Mrs. Clem, some have suggested that the voice of the mystery man is, in fact, Bubba

**NEWER STORIES...**

 **HURRICANE SANDY** ⚡
Manhattan Is Flooding and Sandy Hasn't Even Hit Yet

 **FRANKENSTORM** ⚡
The Shirtless Horse-Headed Man Running Around on Live TV Is Our Hurricane Sandy Spirit Animal

 **FRANKENSTORM** ⚡
Show Us How You've Prepared (and Over-Prepared) for Frankenstorm

 **SPONSORED** ⚡
Even If You're Totally Unemployable, You Can Get Wasted, Pet Puppies, And Party With Yeasayer At This NYC Job Fair/ Tech Summit

 **HALLOWEEN** ⚡
Put Away Your Halloween Costume — This Guy Already Won Every Contest

 **MITT ROMNEY** ⚡
This Would Be a Good Time to Remember That Romney Wants to Cut Disaster Relief from the Federal Budget Because It's 'Immoral'

 **HURRICANE SANDY** ⚡
Here Are Some Eerie Photos of Now Empty New York City Subway Stations

 **FRANKENSTORM** ⚡
Sandy Sinks HMS *Bounty*, Coast Guard Searching for Two Missing Crew Members

 **LOUIS C.K.** ⚡
Louis C.K. Forced to Reschedule Show Due to Sandy, Apologizes to Fans with Classy Open Letter

 **MITT ROMNEY** ⚡

Even for a Minute, Watching Hulk Hogan Have Sex in a Canopy Bed Is Not Safe For Work but Watch It Anyway

the Love Sponge. If this is true, Bubba has no problem sharing his wife with his best friend.

"You guys do your thing," this man says. "I'll be in the office if you need me."

He exits swiftly and allows Hulk and this woman their privacy. Hulk and the woman engage in more chit-chat and Bubba's name is mentioned. The woman says "We just fucked earlier today." Hulk asks "Who? You and Bubba?" She just laughs. It doesn't matter.

Hulk strips down. His tan line is exposed and his hairline is vulnerable and silly without the do-rag, but there is sex to be had regardless. Hulk must get hard, though, and the woman is eager to make that happen. Her fellatio is successful and Hulkamania is about to run wild on her but then his cell phone rings. He checks it because he thinks it might be his son, Nick. The ringtone on Hulk Hogan's phone is a song by his daughter, Brooke Hogan, called "About Us" featuring Paul Wall. He is a proud father.

But Hulk checks the caller and does not want to talk that person at all. "Fuck no," he says.

He stands on the side of the bed and the woman scoots up from the pillows and resumes giving the former WWE heavyweight champion of the universe a blowjob. It is a slow, dutiful blowjob and Hulk is thrusting himself into her mouth to speed up the process. This goes on for a few minutes and at one point Hulk examines the canopy bed curtains in a way that suggests he'd like to purchase this particular style for his own canopy bed some day. She takes a break. She spits loudly. She resumes for a few seconds, but it appears the spit has worked because Hulk mutters something in a growly sex voice. The woman removes him from her mouth and spins around on the bed like an excited puppy. She stands. They grope each other and stare at each other. "What did you say?" she asks, laughing and tying up her hair in a pony tail. Then they both laugh because there was a miscommunication during the sex act and they don't want to feel awkward.

"You got a rubber? I want you to climb on top of me," Hulk repeats, but not as sexy as it was the first time, which she didn't hear. Yes, she does have a rubber. Then we watch Hulk stand up and clumsily attempt to roll a condom on to his erect penis which, even if it has been ravaged by steroids and middle-age, still appears to be the size of a thermos you'd find in a child's lunchbox. Hulk hurls his massive body on to the canopy bed and the woman climbs on top, finally, and they begin. There is lots of squealing and moaning from her and she says stuff like, "I want you to cum" and, "Your dick feels so good inside me"—that sort of thing. There is light spanking from Hulk done to show he supports her efforts and is close to orgasming.

Then, Hulk grunts. Hulk grunts more. Then Hulk grunts like he's doing an impression of old Hulk Hogan grunting right before he's about to cum/come. Climax happens for both participants and they seem pleased with the results. The woman provides two tender kisses on Hulk's upper chest. Hulk says, "Mmmk," because he's a little bemused by the situation he finds himself in on this day as we'll soon find out. Here's how Hulk explains his reaction to the woman he just had sex with:

"The rubber almost came off," he says.

She's not concerned. "It did what it was supposed to."

Hulk thought that was funny and makes her repeat it.

She does so and then peels off the rubber from his penis and carries it away. She holds the condom full of Hulk jiz like it's a random dirty sock she found in the dryer. Hulk is still coming down from his orgasm and is making quick, loud Tony Soprano wheezes.

"Oh my god," he exhales. "Can't believe I have to drive back home. Fuuuuck."

The woman giggles, climbs back into bed with him and reminds Hulk that this is why he should move to this neighborhood. They engage in some cuddling for a couple minutes but Hulk does have to go because he has to go meet his son Nick who was presumably no longer in prison during the time this was filmed. Playful banter resumes amidst the afterglow. Hulk gets


Here's Video of Mitt Romney Saying "It's Not Right" That Gay People Are Having Children


**PRANKS**
Time Traveling Celebrity Tries to Use 20-Year-Old Pizza Hut Coupon Found Inside a Ninja Turtles VHS


**JOSS WHEDON**
Joss Whedon Throws Support Behind Mitt Romney and His Path to the Zombie Apocalypse


**HURRICANE SANDY**
Did Bloomberg Have a Boner at His Hurricane Sandy Press Conference?


**GOLD**
700 Tons of Gold Ore Is Floating Somewhere Off the Coast of Russia


**OUTRAGE**
We Must Arrest, Torture, and Execute This NYU Class that Discusses Terrorism


**HURRICANE SANDY**
How Will You Defeat Frankenstorm?


**GARBAGE CHUTES**
Drunk Lawyer Locks Herself Out of Apartment, Tries to Break-In Via Garbage Chute, Almost Loses Arm


**HURRICANE SANDY**
Here is An Awesome Photo of Sandy, Now the Largest Tropical Cyclone on Record, Covering the Northeast


**LINDSAY LOHAN**
Lindsay Lohan Has a Plan For Defeating Hurricane 'Sally': Think Happy Thoughts


**HURRICANE SANDY**
National Weather Service in New Jersey Issues Intense, Guilt-Inducing ALL CAPS Warning About Hurricane Sandy


**TRUE STORIES**
Ruth Is Heartless, But the World Breaks Everyone


**DRUGS**
Massive Dubstep Concert Cancelled Because Teenagers Don't Know How To Drink or Take Drugs


**FRANKENSTORM**
NASA's Time-Lapse Video of Hurricane Sandy is Terrifying, Beautiful

up naked and accepts the invitation from the woman to take a shower. But then he tells the woman that he's shocked that the fucking took place at all because he'd just eaten ten minutes before he got there and "felt like a pig." He had sashimi. He smacks his large stomach and makes his way to the shower.

Hulk begins to put on his clothes. "Bubba's shirt," he says when he puts on his shirt. He's pulling on his jeans one giant leg at a time, still mumbling. The woman is naked in bed and not at all concerned by his early exit. She does suggest that he go talk to the mystery man in the office before he leaves. But Hulk has to go meet his son Nick at midnight. Then Hulk tells a story about how Nick's new girlfriend has a twin sister who called Hulk on the phone. Hulk reveals that the young woman inquired about his divorce and, if that's true, she would like to be the first to go out with him.

Hulk sits on the bed and puts on his socks. "You're a hot commodity," the woman says to Hulk. "Yeah, right. Huh," Hulk says. Even Hulk Hogan needs to be told he's handsome sometimes.

But he has to go, he leans over and kisses the woman. They joke about him loving and leaving but it's okay. "Be cool," he says to the woman on his way out the door. They thank each other for the sex. "You're awesome," Hulk says on his way out the door. "So are you," she says back in a very sincere way. Everybody's awesome. Hulk asks her if he should close the door on the way out. "No, leave it open," she says. "Thank you." Off he went.

*Video edited by Kate Bennert.*

**201 discussions** in response to A.J. Daulerio

**Rich Juzwiak** and 5 more            **rhymeasaurus** and 17 more      

Needs more thermos.

**scaroline83** and 23 more      Okay, can someone who watched it please tell me, on a scale of 1-10, how disgusting this is? I'm interested like it's a car accident of grunting stomach watching. And it was

uh, this feels like a transaction. given the presence       sex, no? (yes/maybe) it's certainly not out of

filmed, makes me think that he was paying for this sex, maybe? it's going to run inside information of

the question, heather clem/bubba fiasco and all.       forevermore? Will I have visions of a grunting, stringy-haired Hulk Hogan foraging between her legs in my head everytime I close my eyes and try to get off?

**tyty27** and 2 more      **ms_sara** and 6 more      

Now I want the step by step of Kate Bennert's editing process.      scaroline83... What I want to know is, how long did the actual sex part last? More specifically, how long did said thermos and le fishwhistle collide? Is our beloved Hulk a

**shugsy** and 1 more      2 pump chump in the canopy ring, or did he

I'm pleasantly(?) surprised to see he appears to have a sort of respectful rapport with the       time on the love clock before he let his little

woman. Perceptions have been warped by seeing male celebs have such asshole-y ways       Hulksters fly?

towards women.

However on the Dirty site there's some kind of reference to Dog the bounty hunter as though       **Hilla Warner** and 9 more      

Hogan makes similar racist comments on this tape.      sooo, I'm afraid we need a full transcript

Gawker, if only to uphold Hulk's reputation ya'know.      Note to editor: Thank you for respecting the fact that some people prefer the verb form to be spelled "come" as opposed to "cum."

**Travelgrrl** and 5 more

The Hulk ween is long but hardly as thick

**OCCUPY WALL S...** 38,894
Hippie Occupy Mom Divorces Husband, Inches Closer to 1% with $85K Divorce Settlement

**GAMBLING** 2,499
Online Casino Advertising Is About to Be America's Best Growth Industry

**KANYE WEST** 39,750
If You're Kanye West's Friend, He Will Show You Photos of Kim Kardashian in a Bikini

**2012 ELECTION** 59,126
Don't Listen to Nate Silver's Gay Polls, Says Superstar Conservative Pollster

**MORE STORIES...**

 **Drew Magary** and 8 more  24 days ago

as a Thermos, even a child's Thermos.

"Eat your vitamins."



**Pessimippopotamus** and 4 more
24 days ago

That seemed quite civil.


Hurricane Sandy Is Here


How to Fix Windows 8's Biggest Annoyances (and Make It More Like Windows 7)


CSN Interviewed Matt Cain While A Urinating Ryan Theriot Looked On


Welcome to Russia, Where Most of Your Friends Are Video Game Pirates


Tami Taylor Confirms That Women of *Friday Night Lights* Would Hate Mitt Romney


This Week's Must-Watch Television Event: a *Monty Python* Spectacular!


Seven Easily Avoidable Ways To Die In A Hurricane


Latest Hurricane Sandy Satellite Photos and Videos (Updating Live)

About   Help   Jobs   Legal   Privacy   Permissions   Advertising   Subscribe   Send a tip

Declaration

Exhibit D



TOP STORIES

SIGN IN

 LATEST STORIES ▾ THURSDAY, OCT 25, 2012

### ANNOUNCEMENTS

## The Purpose of Gawker

**Nick Denton**

*This memo, intended for Gawker Media employees, was published on JimRomenesko.com earlier today. In the interest of sharing our mission to bring editorial and commercial conversation with our readers — those who, under our new discussion platform, truly control it — it is being republished in full here.*

OCT 15, 2012 2:53 PM    52,547 ⬆ 491 💬

Share 🔴 +1  👍 Like  56



FOLLOW GAWKER

👍 Like  Kim Loiseau, Michael Kem-Thomas and 216,246 others like this.

Gawker Media begins with a story. I was a newspaper reporter for the *Financial Times*. It offered unrivalled access to newsmakers in politics and business and some of the smartest colleagues one could find in media. And yet the most compelling anecdotes and opinions that were shared privately — over a drink after deadline — so rarely made it to the page the next morning.

From the foundation ten years ago, Gawker and its sibling titles were intended to give readers a direct connection to writers — and through them a deeper understanding of events and the way the world works. That question asked over a drink by one reporter to another — so what *really* happened? — is the impetus for all the work we do.

That conversation is more revealing than what passes for news in newspapers and on television. That conversation should *be* the story. That conversation *is* our story. The uninhibited expression of a writer's mind — the gossip, the revealing anecdote, the politically incorrect analysis, the skepticism about a source's motives — is our purpose.

And that is the central organizing principle of Gawker — the uncompromising ethos that has drawn such a significant audience and outsized reputation. This is not a quick exercise in financial speculation; Gawker's impact on media will become clear over decades. There are no outside investors to make us compromise our goals. We hire people who have a similar detestation of bullshit — and a desire to do work that endures.

Gawker's initial proposition was editorial. The characters in our story have been journalists. But they are supported by the sales people who fund our enterprise, the engineers who make it possible to publish so swiftly to 40 million readers a month, and the operations staff who


**CANNIBAL COP**
'Cook Her Over a Low Heat, Keep Her Alive as Long as Possible': Highlights from the Cannibal Cop IMs


**BULLYING**
'Slut-Shamed' Staten Island Teen Tweets 'I Give Up' Before Jumping In Front of Subway Train


**SICK SAD WORLD**
Mob Ransacks Foreclosed Home After Family Posts 'Free Yard Sale' Ad on Craigslist


**TINA FEY**
Tina Fey Says She's on the Verge of Losing Her Mind Over Ridiculous GOP Rape Remarks


**THATZ NOT OKAY**
Negotiating with an Indian Princess, Convincing Your Fiancée She's Not a Cool Person, and Other Questionable Advice


**CANNIBAL COP**
NYPD Officer Arrested by FBI for Plotting to 'Kidnap, Cook, and Eat Women' [UPDATE]


**LINDSAY LOHAN**
Lindsay Lohan's Publicist Quits Over Michael Lohan, Leaves Opening for Second-Worst Job In America


**SNOWCANE**
East Coast Braces for First Storm Freakout of the Season: A Halloween Snowstorm Hurricane Apocalypse


**GRIERSON & LEIT...**
The Late-October Best Picture Oscars Predictions You've Been Waiting For

make this machine of anarchy run so efficiently. Our attachment to authenticity informs all departments.

Gawker's sales and in-house creative teams do not simply land one-off banner campaigns wrapped in jargon and fads like other digital properties. Our advertising offerings reflect our editorial ideal: to tell stories that are involving and genuine. We aspire to real interactive advertising: a meaningful conversation between marketers and consumers that was the commercial promise of the web — but rarely delivered.

That brings us to technology — and the organization's future. Blog publishing software — first adapted from publicly available platforms and then our own — has permitted much of the editorial innovation we have brought to online media. Spontaneous publishing to a mass audience and measurement of the performance of both articles and contributors: these are just the two of the most profound improvements in process underpinned by our technology effort in New York and Budapest.

But we are still at the beginning of our mission to bring real editorial and commercial conversation to a wider public. Even at Gawker there are interactions — between journalists, sources, protagonists and readers — that never make it to the page.

And that is why we are putting such singular focus on a new publishing platform built around discussion. It will further reduce the latency between thought and the page; keep writers honest; surface different viewpoints and expertise; and expose sources and marketers to readers' genuine questions and feedback. In short, it will bring us closer to the Gawker ideal, a system for arriving at the truth, however uncomfortable.


**WEDDINGS**
Justin Timberlake's $6.5 Million Italian Wedding Featured a Video of Sad L.A. Vagrants Wishing Him Well (UPDATE)


**NORTH KOREA**
10 Potential Product Slogans for North Korea's New Imitation iPad


**HIGH SCHOOL**
High School Student: 'Let My Sexually Frustrated People Grind Up On Each Other'


**LOLO JONES**
A Virgin for All Seasons: Lolo Jones Could Soon Compete in Both Winter and Summer Olympics


**COLBERT REPORT**
ICYMI: Stephen Colbert Makes Donald Trump an Offer: $1 Million to 'Dip My Balls in Your Mouth'


**BARACK OBAMA**
President Obama Has At Least One Vote in Illinois Today


**DEBUNKER**
Yes, Women Can Do Pull-Ups


**DONALD TRUMP**
'It's a Stupid Request': *Guardian* Writer Tries Unsuccessfully to Get Trump to Release His Own College and Passport Records


**TAYLOR SWIFT-K...**
Everyone Take a Half-Day: Conor Kennedy and Taylor Swift Broke Up


**TELEVISION WITH...**
Courtney Stodden Has "Saved Lives" By Dressing Provocatively


**SNOOKI**
Snooki Appeared on *Access Hollywood* Where She Couldn't Stop Swearing, Talking About Her Boobs


**AXL ROSE**
Talking Hat Appears on *Jimmy Kimmel Live*, Wearing Axl Rose


**TELEVISION WITH...**
As If It Weren't Already Dead, The Women of *The View* Murdered "Gangnam Style" Today


**BARACK OBAMA**
Obama Addresses Richard Mourdock's Rape Comments and

Show all **100 discussions** in response to Nick Denton
[Reply]

 You are following The Revolution of the Carnationss comments

The Revolution of...

[Reply] 10 days ago
Is Hulk Sex your biggest story every? It blew Kate's boobs out of the water.



2010        2011        2012

 You are following Nick Dentons comments

Nick Denton 1 of **2 replies** @The Revolution of...

[Reply] 10 days ago
Hulk and Middleton stories both pushed daily US audience over 1m -- for the first time ever. But [Gawker.com] has enjoyed an extraordinary run over the last month. Those stories bring the site to new readers. But it's stories like Adrian Chen's on Reddit that win their loyalty.
[Share this discussion]

[Submit] [Cancel]
Add Video  Add Image
**2 replies** @Nick Denton

About    Help    Jobs    Legal    Privacy    Permissions    Advertising    Subscribe    Send a tip

Mocks Donald Trump on *The Tonight Show*

 **HIGHER LEARNING**    1,420
More on the Encouraging Decline of Fake Colleges

 **QUOTE**    2,027
President Obama to *Rolling Stone* on Romney: Kids Recognize 'a Bullshitter'

 **TELEVISION WITH...**    830
Seemingly Intoxicated on Reality TV, Bobbi-Kristina Brown Is Her Mother's Daughter

Declaration

Exhibit E

# BUSINESS INSIDER

Home > Collections

Ads by Google



**Overwhelmed With Credit Card Debt?**

Debt settlement may be the solution. Negotiate a lower amount...
Learn More...

debtsettlement.com



**Credit Card Debt Relief Program**

Consumers who owe over $15,000 in credit card debt may qualify...
Learn More...

debtsettlement.com

**Related Articles**

At Least One Conde Nast Website Redesign Is Working As Vogue.com's Traffic Explodes By 500%
August 30, 2011

Gawker Media Had 35.6 Million Unique Visitors During The Month Of The Great Pageview Experiment
February 2, 2012

Five reasons why Tumblr picked up ANOTHER $85 million
September 27, 2011

## Gawker Switches To Unique Visitors: The Advertisers' Preferred Stat

Gillian Reagan    January 05, 2010    1,530    2

Recommend  0    Share  0    Tweet  0    +1  0    Email

Gawker's Nick Denton is switching from pageviews to unique visitors: the advertisers' preferred stat.

In a memo posted by The Awl, Denton tells his staff that writers will now live and die by a "US monthly uniques" target. It's the stat that advertisers use to "decide which sites they will shower with dollars," he writes.



Unlike pageviews, which can deceptively reflect on the popularity of "click-nip" like slideshows, uniques tend to be better indicator of a site's competitive value and potential audience growth. "Each of those first-time visitors is a potential convert," he writes.

"It just means you have to be even more original, even more provocative or even more of a hustler than usual."

Continue Below

Ads by Google

**Track Website Visitors**
Easily See your Website Visitors & How they Interact - Simple to Use
www.seevolution.com

**Re-Think Go Daddy**
Get a $5.99 .COM Domain Today With Free InstantPage Website & Email.
GoDaddy.com

Denton warned writers in a Dec. 2 memo that the change would be coming:

Pageviews have been our standard measure of success. They're easy to understand. The Sitemeter numbers update throughout the day. But we do need to recognize that not all pageviews are created equal. A slideshow view is not worth as much as a click from Twitter or Facebook or Digg which brings a new reader to us. Expect more emphasis in 2010 on clicks through from external sites — and the "uniques" which measure of the number of people that we reach. We can't just satisfy our existing regulars; we have to recruit new ones.

This means a few more things for Gawker writers:

- Each site, whether it's Gizmodo or Jezebel or Gawker.com itself, will be given a target to reach a certain number of unique visitors per year.

Gawker Switches to a Unique-Visitor-Preference Payment Document
Case 1:12-cv-02343-JDW-TBM Document 54-2 Filed 11/19/12 Page 27 of 45 PageID 518
2 of 3

- If they reach 13 percent more uniques over the target (say 1.2m new visitors over their 1.06m target), writers and editors at that blog will receive a 13 percent bonus on their yearly salary.
- Each editor of an individual blog will be able to distribute that 13 percent bonus as they please.
- Each editor can also encourage writers by promising a bonus amount if they get juicy exclusives. "For instance, she or he might decide to offer a bounty for a spy photo which would boost the site's uniques that month," Denton writes.

He added that posts with original thought and original reporting will woo these uniques, especially the ones that break out on Twitter, Facebook, and TV.

Read Denton's full memo at The Awl, with some helpful charts >>>

Ads by Google

### Ooyala Video Technology
Your Video Content On Every Screen! Reach Viewers. Get a Free Trial.
www.Ooyala.com

### 15 Free Marketing Ideas
Learn How to Grow Your Business W/ Free Whitepaper. Download Now!
www.iContact.com

## Featured Articles







Get Approved For A Loan When Your Credit's In The Crapper

How To Download Tons Of Free eBooks Online For Any eReader Device

The Best Credit Cards To Apply For Post-Bankruptcy

### More:

10 Realistic Ways To Make Quick Money Online

Here's A Way To Tether Your iPhone Without Paying Your Carrier Extra

Here's How To Find Out If Anyone Has Ever Died In Your House

In This Oil Boomtown, Workers With No Experience Are Making $120,000 A Year

The Best Ways To Watch Video On Android: Adobe Flash Vs. Plex Vs. PlayOn

10 Things That Every American Should Know About The Federal Reserve



## The Water Cooler
2 comments

Vince Veneziani on Jan 5, 1:28 PM said:

Ah, yes. The "Milken" compensation formula should be interesting here.

Dean Wormer on Jan 5, 1:50 PM said:

Actually you can't ake your eye off either one. UVs to get the advertisers, PVs to fill the order. Surprising he's just getting to this now.

**Click here to comment >>**

* Copyright © 2012 Business Insider, Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of Service and Privacy

Disclaimer  |  Index by Keyword  |  Index by Date  |  See Original Article

Declaration

Exhibit F



| The Awl | SG Splitsider | h. The Harpin | The Wirecutter | The Billfold | A Approve This Message |

# THE AWL

HIGHLIGHTS:  WHAT A WORLD   CULTURE (AND TV)   THE HARPIN   SPLITSIDER   IT'S SCIENCE!

SEARCH

Hurricane Recipes!   Got Power? Netflix This!   The Outer-Space Tale Of The Flatwoods Monster   Let's Make Risotto!   Your Favorite Halloween Costume   In Twilight Town



**Tuesday, January 5th, 2010**

## Gawker Media Moves To Uniques: Be "Even More of a Hustler," Says Nick Denton    85

Choire Sicha | January 5th, 2010

|  | Gawker | Gizmodo | Jezebel | Kotaku | io9 |
|---|---|---|---|---|---|
| Jan-09 | 2,134,704 | 4,837,140 | 768,662 | 1,758,085 | 910,916 |
| Feb-09 | 2,588,112 | 4,423,037 | 836,567 | 1,866,674 | 1,001,820 |
| Mar-09 | 2,348,110 | 3,741,752 | 798,485 | 1,613,023 | 982,005 |
| Apr-09 | 1,916,299 | 3,590,769 | 895,865 | 1,555,204 | 869,068 |
| May-09 | 2,011,069 | 3,635,200 | 851,299 | 1,526,936 | 1,052,125 |
| Jun-09 | 2,566,504 | 4,067,671 | 970,208 | 1,749,429 | 1,007,866 |
| Jul-09 | 2,204,995 | 3,670,960 | 878,339 | 1,625,363 | 1,476,259 |
| Aug-09 | 2,968,738 | 3,863,184 | 1,122,432 | 1,896,173 | 958,494 |
| Sep-09 | 2,597,398 | 4,486,131 | 1,029,263 | 2,101,997 | 1,024,625 |
| Oct-09 | 2,491,531 | 4,916,570 | 1,409,662 | 1,940,460 | 1,046,901 |
| Nov-09 | 2,240,671 | 4,831,725 | 951,741 | 2,138,986 | 1,141,673 |
| Dec-09 | 2,453,498 | 4,921,144 | 1,078,439 | 1,945,717 | 1,214,777 |
| Target | 2,376,802 | 4,248,774 | 965,914 | 1,809,837 | 1,058,044 |

"We all know that some pageviews are worth more than others," writes Gawker Media honcho Nick Denton today in an internal memo. "Think of an exclusive such as Gawker's embassy hazing pics, Deadspin's expose of ESPN's horndoggery, Gizmodo's first look of the new Microsoft tablet or io9's Avatar review. An item which gets picked up and draws in new visitors is worth more than a catnip slideshow that our existing readers can't help but click upon."

And:

So we're shifting to a new number that more accurately reflects the growth of our audience. This target will encourage original reporting and original thought. The system will reward sites which recruit new readers rather than pandering to a well-established clique. Our editorial will be better as a result.

The target is called "US monthly uniques." It represents a measure of each site's domestic audience. This is the figure that journalists cite when judging a site's competitive position. It's also the metric by which advertisers decide which

ABOUT  |  CONTACT  |  ADVERTISE



## FOLLOW

Sign up for our newsletter. No, seriously.

Email Address    Subscribe

Follow @awl on Twitter    Get the RSS feed

Like  f  8,648 people like this. Be the first of your friends.



Most Popular    Most Commented

**So Now You're Locked Inside Together**

**Obama And Romney Turn To Instagram In Battle Of White House Photo Worthiness**



sites they will shower with dollars. Finally, a site with plenty of genuine uniques is one that has good growth prospects. Each of those first-time visitors is a potential convert.

What does this mean for the writers-and their pay?

The 2010 system is pretty similar to the one we have had. The individual and site bonuses will be consolidated. Each site will be given a target. The initial target is simply the average US uniques of the last 12 months…. Let's take an example. io9's monthly US uniques started 2008 at about the 800,000 level.



**Monthly People**
**01/09/09 - 01/03/10**
— Directly Measured   ····· Rough Estimate

io9.com
Directly Measured
| | | Max: | |
|---|---|---|---|
| ● US | 1.2M | Max: 1.5M | 07/08/09 |
| ● Global | 1.9M | Max: 2.2M | 07/08/09 |

quantcast
© 2010 Quantcast Corp.

The target for the first three months of this year is 1.06m. If the site were to hit 1.2m, that would represent 13% over the target. Writers and editors would receive an average of about 13% bonus In addition to their salary or fees.

The distribution of the bonus pool will be at the discretion of the site's editor-in-chief, so some will receive more and some none at all. ==The lead editor may also decide to "bet" part of this bonus pool. For instance she or he might decide to offer a bounty for a spy photo which would boost the site's uniques that month.== Other rules can be clarified with Scott Kidder, our new head of editorial operations.

The tech team will be making more data available so you can see which stories are spreading. In the first instance, we will introduce a count that shows the number of mentions on Twitter. Tom and his colleagues will also display external referrals for each item. Later in the year you can expect those stories that strike a chord to get even greater prominence on the front page — and to remain there much longer.

But it's mainly up to you — by which I mean you and your editorial colleagues. What can you do to bring in new visitors? Well, first of all, simply keep doing what you're doing right now! Most of the stories that resonate are also stories with high pageviews — with the flames that everyone so prizes.

Over time I'd hope writers will focus more of their energies on the stories that have the potential to break out on Twitter, Facebook or in TV coverage — which shouldn't be that big a challenge. It just means you have to be even more original, even more provocative or even more of a hustler than usual.

Happy New Year!

Nick

👍 Recommend   f 4 people recommend this. Be the first of your friends.



**Got Power? Netflix This!**

**Drinks For Hibernation: How To Make Bear Milk**

**Media Grinches of Hurricane Sandy: The Liars, The New York Post and Gawker**

**CONTRIBUTORS**



**Ana Marie Cox And Jason Linkins »**
Obama And Romney Turn To Instagram In Battle of White House Photo Worthiness

**Tom Scocca »**
New York City, October 29, 2012

**Brian Pritchett »**
Drinks For Hibernation: How To Make Bear Milk

**Ken Layne »**
Monsters I Have Been: A Lifetime In Five Halloween Disguises

**Amy Jean Porter »**
Drawings In An Extra Hurry Before The Storm

**See all contributors »**



**STAFF**

*Editors*
ALEX BALK
*and*
CHOIRE SICHA

*Managing Editor*
CARRIE FRYE

*Publisher*
JOHN SHANKMAN

**RELATED STORIES**

- Ask Polly: Is He Crazy, Or Am I?
- I Just... I Don't... I Can't
- Half Baked: Fundamentalist Macaroni and Cheese
- The Foxconn Economy: From the State Dept. to China to Your Slideshow Pageviews
- Internet Writer Has Opinion On Value Of Internet Website

**AROUND THE WEB**

- Breaking Bad (Habits): The top 7 guilty pleasures you need to quit. (Lifescript.com)
- Banks giving ATMs the ax? (Bankrate.com)
- Kissing Angelina Jolie Was 'Awkward, Sweaty, And Not Very Nice' (StyleBistro)
- 7 Habits of Highly Frugal People (MoneyNing)
- The Terrifying Line in Obama's Speech That Everyone Missed (Investors.com)

Tags:  GAWKER MEDIA, JOURNALISM, METRICS, THE FUTURE

Share:    Like 4   Tweet 2 



## 85 Comments / Post A Comment

Sort by:  Chronological   Reverse-Chronological   Popularity

 **Vulpes** (#946)
I have no idea what any of this means, but I presume this screws the writers somehow, yes?
Posted on January 5, 2010 at 11:46 am
REPLY »   0

 **iplaudius** (#1,066)
"Can't help but click upon." Yes. The elusive uponClick event.
Posted on January 5, 2010 at 11:47 am
REPLY »  0

 **katiechasm** (#163)
Where's your *penchant* for clicking, sir?
Posted on January 5, 2010 at 8:53 pm
REPLY »  0

 **jolie** (#16)
I have two questions: 1. Does he just CC you on these internal memos or does he still expect one of the minions to forward it? 2. Did he really use the word 'horndoggery'?
Posted on January 5, 2010 at 11:51 am
REPLY »   0

 **Setec Astrology** (#324)
He did, but that's an AJ Daulerio-ism from Deadspin's coverage of ESPN exec's and talent's extracurricular hanky-panky.
Posted on January 5, 2010 at 11:59 am
REPLY »  0

**jolie** (#16)
Sigh. I know – I read the Deadspin item. AJ can pull it off. Mister Denton? Can't say the same, mostly because I'm probably not wrong to say that he thinks ESPN is the latest killer virus we should all be panicking about.

Posted on January 5, 2010 at 12:08 pm
REPLY »  0



**hockeymom** (#143)

So basically, the writer who takes a couple of weeks/months to expose a ring of terrorists with exploding underpants who live in suburban Wisconsin will be rewarded less than the writer who happens to open an email with Tiger Woods getting a blow-job by a cocktail waitress, then posts it.

Posted on January 5, 2010 at 11:52 am
REPLY »  0



**Abe Sauer** (#148)

John Cook is not amused by your candor.

Posted on January 5, 2010 at 12:02 pm
REPLY »  0



**hockeymom** (#143)

John Cook should be working somewhere else.

Posted on January 5, 2010 at 12:05 pm
REPLY »  0



**Abe Sauer** (#148)

But where? Who would pay him to do some of that great stuff? Those positions have already been sucked up by laid-off Conde Nast or Times or whatever old timers. There just is near zero paying market for well-researched long-form non-celebrity stuff online.

Posted on January 5, 2010 at 12:09 pm
REPLY »  0



**RonMwangaguhunga** (#242)

so tragic and so true

Posted on January 5, 2010 at 12:20 pm
REPLY »  0



**hockeymom** (#143)

I have no idea what Gawker pays. I have always assumed the goal is to get your name out there, then get hired somewhere else, get a book deal, start your own site, but not to move up the Gawker ladder. Because it doesn't appear there is a ladder to move up (plus, that's so last century).

Anyway, here's where John Cook should work.

Television.

There's still money in TV (though sadly, not local news and most of the really good investigative units across the country have been gutted.).

Networks, especially cable, are looking for content. Production houses are flexible on who they will hire (they don't need Columbia grads, they need people who can do the damn job). I'm assuming that the 60 Minutes of the world are still impossible to approach, but I always encourage people to look at "reality tv" as an actual journalism alternative. (not The Jersey Shore stuff, obvs).

Television is NOT a great place for people who really, really like to write. BUT…for someone like a John Cook who knows how to dig stuff up, a smart EP would overlook his lack of TV experience, hire him as a producer and teach him the biz. The fact that he can actually write would be a (unappreciated, probably) bonus to the production company

Posted on January 5, 2010 at 12:23 pm
REPLY »  0



**HiredGoons** (#603)

It's all about cable.

Networks = ha!

Posted on January 5, 2010 at 12:35 pm
REPLY »  0



**Matt** (#26)

http://www.youtube.com/watch?v=EDaHxK5MYxg

Posted on January 5, 2010 at 11:55 am
REPLY »  0



**NicFit** (#616)

Yeah, really, fuck those old die hard readers/commenters with their love of catnip. They've largely moved on anyway to…

Posted on January 5, 2010 at 11:57 am

REPLY »    0



**Cajun Boy** (#132)

"PS…While you're out there digging around for more original stories, make sure you continue to crank out a new post every 45 minutes or so. Kthx!"

Posted on January 5, 2010 at 11:58 am

REPLY »    0



**thehonorablejudgepudy** (#2,869)

so i assume this means gawker sites will be catering to the lowest common denominator. how quaint. if i wanted that i'd read tmz, nypost, or people. 2010 may be year i quit denton. all the writers i like are over here, anyway.

Posted on January 5, 2010 at 11:59 am

REPLY »    0



**KarenUhOh** (#19)

Pretty much where they've gone for years. We can dance all we want around the "quality writing" issue and its "value" to GM, but the only niche sought is growth, growth and more growth. There's never enough of an audience, never a stable balance between sharp content and pandering.

And, if I'm reading this right–and I think I am–there is never an alternative to up or out.

In any event, those here who've said that Gawker is not an end it itself for writers has pegged things–in 2008 dollars. Maybe someday it'll become a stepping stone again, to somewhere besides a cliff.

Posted on January 5, 2010 at 12:37 pm

REPLY »    0



**Lindsay Robertson** (#9)

I think it's the opposite. Pageviews are much easier to get than uniques. Anyone can get all the pvs they want if they're shameless enough (hello lists and galleries!) New readers, not as much.

Posted on January 5, 2010 at 2:36 pm

REPLY »    0



**ericdeamer** (#945)

This could probably be derided as a "cliche" or "hipster dick-measuring contest" or something but I swear to God I haven't read Gawker since . . .2006 maybe? Ill read a post if everyone is linking to it once in awhile but I never just read it in and of itself and I know tons of other people who used to be regular readers who did the same thing. We're all dirt poor though so probably don't matter for whatever they're trying to accomplish over there.

Posted on January 5, 2010 at 8:12 pm

REPLY »    0



**Abe Sauer** (#148)

But what about sussing out the value of the uniques?! I mean, for example, I brought in Ronbo; he's gotta' be worth at least 35 new New York media types right?

Posted on January 5, 2010 at 12:04 pm

REPLY »    0



**garge** (#736)

Where Are They Now: Ronbo. Has he been relegated to spam, I ponder at times, or is he just on an extended Club Med sabbatical?

Posted on January 5, 2010 at 12:49 pm

REPLY »    0



**TerseNursePornstein** (#58)

"Well, thanks a lot."

Posted on January 5, 2010 at 12:58 pm

REPLY »    0



**HiredGoons** (#603)

Eternal gratitude.

Posted on January 5, 2010 at 1:25 pm

REPLY »    0



**kitten_witawip** (#99)

DEMOCOMMIES!!1!!!!!!1!!1

Posted on January 5, 2010 at 1:37 pm
REPLY »  0

**Abe Sauer** (#148)

Also, the best part of this memo is that Denton uses "journalists" to describe other kinds of non-Gawker writers while basically interchanging "writers" and "hustlers" to describe Gawker personnel.

Posted on January 5, 2010 at 12:07 pm
REPLY »  0

**petejayhawk** (#1,249)

But hey, at least they're actually official "personnel" now. So they've got that going for them.

Posted on January 5, 2010 at 12:09 pm
REPLY » 0

**Choire Sicha** (#2)

Well one of the other things going on there is that, at all times, someone is on "news shift duty." Which is smart, I think, in theory. (If really dull in practice.) Ostensibly, this gives time for people to work on longer projects? Maybe?

I actually don't think much in this memo is wrong. Though it makes me sleepy thinking about it, so I haven't devoted much if any brain power to analyzing it.

Posted on January 5, 2010 at 12:09 pm
REPLY »  0

**Rod T** (#33)

In the Justice League they called it Monitor Duty. Red Tornado would often volunteer for it.

Posted on January 5, 2010 at 12:23 pm
REPLY » 0

**Setec Astrology** (#324)

This is my favorite comment of 2010 (and is also further evidence of your point here).

Posted on January 5, 2010 at 12:40 pm
REPLY »  0

**mathnet** (#27)

Do I understand correctly that he's asking them to write more like you?

Posted on January 5, 2010 at 12:09 pm
REPLY »  0

**KarenUhOh** (#19)

Compensation Policy 2.doh:
1. New Cadillac
2. Steak knives
3. Your own Tumblr.

Posted on January 5, 2010 at 12:16 pm
REPLY »  0

**Abe Sauer** (#148)

Nice guy? I don't give a shit. Good writer? Fuck you! Go home and work on your novel. You wanna work here – bring uniques! You think this is abuse? You think this is abuse, you cocksucker? You can't take this? How can you take the abuse you get on a post? You don't like it, leave. *I* can go online tonight with the materials you've got and bring in 25,000 uniques. Tonight! In two hours! Can you? Can YOU? Go and do likewise. Get mad you son of a bitches. get mad. You want to know what it takes to blog? it takes BRASS BALLS to blog. Go and do likewise gents. Money's out there. You pick it up, it's yours. You don't, I got no sympathy for you. You wanna' go on those posts tonight and get Tweeted, TWEETED. It's yours. If not, you're gonna be reading my Twitter. And you know what you'll be saying – a bunch of losers sittin' around sucking off coffee-shop free wifi. "Oh yeah. I used to be at Gawker. It's a tough racket." These are the new tips. These are the Conde tips. And to you they're gold, and you don't get them. Why? Because to give them to you is just throwing them away. I'd wish you good luck but you wouldn't know what to do with it if you got it.

Posted on January 5, 2010 at 12:38 pm
REPLY »  0

**zidaane** (#373)

whoa

Posted on January 5, 2010 at 1:02 pm
REPLY »  0

**MisterHippity** (#46)

"You see this watch? This watch cost more than all the page-view bonuses you will earn in your entire life!"

Posted on January 5, 2010 at 1:07 pm
REPLY »    0

 **Natasha Vargas-Cooper** (#664)
PAGEVIEW BONUSES ARE FOR CLOSERS.
Posted on January 5, 2010 at 2:41 pm
REPLY »    0

 **stuffisthings** (#1,352)
(Off topic, but: I highly recommend watching the movie on basic cable, with all the swear words dubbed over. "Forget the machine? Forget the machine? FORGET THE MACHINE!")
Posted on January 6, 2010 at 4:33 am
REPLY »    0

 **Rw** (#1,458)
So late in seeing this comment Abe but Damn it's worth giving the Kudos, because I laughed out loud, so hard at this.
Posted on January 7, 2010 at 11:37 am
REPLY »    0

 **Hobbesian** (#255)
Always Be Generatin'
Posted on January 5, 2010 at 3:12 pm
REPLY »    0

 **zidaane** (#373)
The lead editor may also decide to "bet" part of this bonus pool on some oral or a pack of smokes.
Posted on January 5, 2010 at 12:18 pm
REPLY »    0

 **katiebakes** (#32)
It's more valuable currency than the Zimbabwe dollah! I think!
Posted on January 5, 2010 at 12:30 pm
REPLY »    0

 **cherrispryte** (#444)
"Later in the year you can expect those stories that strike a chord to get even greater prominence on the front page – and to remain there much longer."
I do not like what I think this means.
Posted on January 5, 2010 at 12:28 pm
REPLY »    0

 **HeyThatsMyBike** (#500)
That the aforementioned Tiger Getting a BJ from a Cocktail Waitress story will be on the frontpage 'til June, I think.
Posted on January 5, 2010 at 12:39 pm
REPLY »    0

 **Jim Newell** (#2,872)
"The distribution of the bonus pool will be at the discretion of the site's editor-in-chief, so some will receive more and some none at all. The lead editor may also decide to 'bet' part of this bonus pool. For instance she or he might decide to offer a bounty for a spy photo which would boost the site's uniques that month."
Wouldn't this endear a site lead to his/her underlings! "I'm going to take your bonuses for this month to go buy some picture of Tiger Woods (allegedly) drinking gin at a club, sorry!"
(Hi Choire! I signed up for one of these things on your website.)
Posted on January 5, 2010 at 12:40 pm
REPLY »    0

 **MisterHippity** (#46)

"Did you bet all our bonus pool money on a spy photo again? Did you? Answer me!"

"But ... but it looked like such a sure thing! It was gonna make us all rich! ... Hey, what are all these people doing here? My best friend ... and Mom and Dad? What's going on?"

"It's for your own good. You need help. You have to come with us now ..."

"No! No!! The spy photos will pay off next month, I swear! Stop it ... get your hands off me!!"

Posted on January 5, 2010 at 1:37 pm

REPLY »   0

 **kitten_witawip** (#99)

That $1,000 for the Nikke Finke photo is still sitting in a desk somewhere.

Posted on January 5, 2010 at 1:45 pm

REPLY »   0

 **Vulpes** (#946)

That part right there is so a recipe for abuse, resentment, and unctuous ass-kissing. You know one of those io9 nerds is going to take the "bounty" money and buy, like, an exact replica TARDIS or something, or the Deadspin guys will buy hookers.

Posted on January 5, 2010 at 2:13 pm

REPLY »   0

 **Maevemealone** (#968)

If Deadspin buys the hookers, what will the Fleshbots people buy?

Posted on January 5, 2010 at 4:09 pm

REPLY »   0

 **Vulpes** (#946)

Snuggies.

Posted on January 5, 2010 at 10:03 pm

REPLY »   0

 **HiredGoons** (#603)

Cheerleader hookers.

Posted on January 5, 2010 at 10:04 pm

REPLY »   0

 **HiredGoons** (#603)

Also known as Cheerleaders.

Posted on January 5, 2010 at 10:04 pm

REPLY »   0

 **phlox** (#204)

*Gimme a "B"...*

Posted on January 5, 2010 at 10:50 pm

REPLY »   0

 **hman** (#53)

Hey, as long as Honcho and Hustler are still around...

Posted on January 5, 2010 at 12:41 pm

REPLY »    0

 **TerseNursePornstein** (#58)

Gah, graphs and spreadsheets. Someone just tell me: How many minutes will a unique buy you on a bourbon drip?

Posted on January 5, 2010 at 12:56 pm

REPLY »   0

 **kneetoe** (#1,881)

Depends on the quality of the bourbon. Here, let me show you this graph . . . .

Posted on January 5, 2010 at 1:06 pm

REPLY »   0

 **TerseNursePornstein** (#58)
As long as you're diagramming, my comment's sentence structure reeks of bourbon.
Posted on January 5, 2010 at 5:49 pm
REPLY »  0

**Ribs** (#2,690)
haha, kneetoe...
more like keentoe
Posted on January 8, 2010 at 9:20 am
REPLY » 0

 **njcnyc** (#1,333)
I feel a twinge of sadness for all the really precocious, sassy and more than a little alienated young gaysters lurking out there, combing through this arcana and wondering how they'll ever get in on it. What potential is there for someone to actually support themselves in this kind of system?
Posted on January 5, 2010 at 1:01 pm
REPLY » 0

 **Comments for the void** (#564)
But what are they going to do about the fact that Gawker now looks like a piece of horrendous shit? It is impossible to make out anything with that busy, busy, busy piece of shit layout going on. That shit is just downright eye raping.

It doesn't matter SFA what their content is as long is it looks like myspace blew a buffet load of chunks on twitter and facebook while they were engaging in some unenjoyable sex act.
Posted on January 5, 2010 at 1:04 pm
REPLY » 0

 **Vulpes** (#946)
Don't worry, it'll look like some other busy piece of shit soon enough. We all know how Mr. Denton likes to change layouts in the dead of night (or maybe morning in Hungary or wherever he's outsourced it to). And, really, none of the Gawkers sites were ever really epitomes of beautiful design.
Posted on January 5, 2010 at 2:15 pm
REPLY » 0

 **Comments for the void** (#564)
No, the sites were never pretty. But in the past i recall them being at least legible.

It is impossible to make heads or tails of that constantly shitting mess now.
Posted on January 5, 2010 at 2:18 pm
REPLY » 0

 **HiredGoons** (#603)
Open Caption?
Posted on January 5, 2010 at 1:08 pm
REPLY » 0

 **HeyThatsMyBike** (#500)
Some one will be smart and do a sentence-at-a-time serial.
Or it will turn into twitter, so that every time you have an update, it's a new post and more uniques.
I know Foster gets mad when we get all down on current Gawker, but with this development, it's like Denton is ASKING you guys to write poorly.
Posted on January 5, 2010 at 1:22 pm
REPLY » 0

 **allyzay** (#321)
Does it say something about me that THIS is the part that is bugging me:

"The target is called "US monthly uniques." It represents a measure of each site's domestic audience. This is the figure that journalists cite when judging a site's competitive position. It's also the metric by which advertisers decide which sites they will shower with dollars."

That shit is, at best, misleading! I think they should start paying bonuses for all varieties of matrices by which advertisers and journalists (?) decide WHICH SITE WILL LEAVE THUNDERDOME or whatever he is talking about. "Hello, you get an extra 13% this month because you had the highest number of page views in the LA DMA from the hours of noon to three pm EST on August 15th, thank you!"
Posted on January 5, 2010 at 1:23 pm
REPLY » 0

 **allyzay** (#321)

 Also: Jezebel's uniques are ridiculously low for a website where every single post gets like 30k views and 300 comments! WTF are those ladies doing all day!

Posted on January 5, 2010 at 1:31 pm

REPLY »   0

 **kneetoe** (#1,881)

If I say "sitting around eating bon bons," will I get in a lot of trouble?

Posted on January 5, 2010 at 1:46 pm

REPLY »   0

 **DoctorDisaster** (#1,970)

See, this is kind of the problem. A good site should have a defined, loyal readership. Loyal readers help your advertisers know whose eyeballs they're buying; loyal readers make it easy for writers to know who they're talking to. Prizing uniques exclusively means you only want the shit that goes viral — but who makes your shit go viral again? Oh that's right LOYAL READERS.

Should there be a bonus for grabbing a bunch of uniques with a viral story? Sure! But there should also be a bonus for stories that keep the longtime readers coming back. This prevents the churn that will quickly turn your unique-driven growth into unique-driven barely-keeping-your-head-above-water.

But don't ask me; I'm just a web designer.

Posted on January 5, 2010 at 2:37 pm

REPLY »   0

 **delrayser** (#319)

I think you're pretty much spot-on. But don't ask me; I'm just part of a defined, loyal readership.

Posted on January 5, 2010 at 2:51 pm

REPLY »   0

 **atipofthehat** (#797)

I thought you said "defeated, royal readership." And somehow it seemed right....

Posted on January 5, 2010 at 6:07 pm

REPLY »   0

 **The Lone Scout** (#2,934)

They're attacking me for the glorious equine humor I trot out every time they post something about Sarah Jessica Parker. (I got my star back only after Richard Lawson posted "Sarah Jessica Parker Looks Like a Horse.")

Posted on January 8, 2010 at 5:02 pm

REPLY »   0

 **LondonLee** (#922)

I kept thinking of Don Draper in the last Mad Men:

"Who the hell is in charge, a bunch of accountants trying to turn a dollar into a dollar ten? I WANT TO WORK."

Posted on January 5, 2010 at 1:48 pm

REPLY »   0

 **SarahHeartburn** (#70)

"US monthly uniques"? Us offshore readers don't count? Pues, ¡que te folle un pez, Sr. Dentón!

Posted on January 5, 2010 at 2:03 pm

REPLY »   0

 **SarahHeartburn** (#70)

And while we're at it, "US Monthly Uniques" sounds like the name of a sanitary napkin made out of old newspaper.

Posted on January 5, 2010 at 2:04 pm

REPLY »   0

 **HeyThatsMyBike** (#500)

"Call Me!
(with respect to HiredGoons)

Posted on January 5, 2010 at 5:11 pm

REPLY »   0

 **HiredGoons** (#603)

well played.

Posted on January 5, 2010 at 6:43 pm

REPLY »   0



**sailor** (#396)

Memo made me sleepy too. Probably a good thing I don't work for Mr. Denton, especially now.

Posted on January 5, 2010 at 2:38 pm

REPLY »  0



**brianvan** (#149)

Hey, did this make anyone think of Empire Records? We all saw how that bet turned out. (It could only be fixed with a concert.)

Posted on January 5, 2010 at 3:02 pm

REPLY »  0



**fek** (#93)

if this means i make less money, it sucks.

if it means i make more money, it doesn't!

i hope it doesn't suck.

Posted on January 5, 2010 at 4:53 pm

REPLY »  0



**Natasha Vargas-Cooper** (#664)

Maybe you need a union.

Posted on January 6, 2010 at 9:25 am

REPLY »  0



**fek** (#93)

Maybe you could organize it! "How To Lose What Idealism You Didn't Know You Had Left In Ten Days." There's an elevator pitch for the feature adaptation out there on this waiting to be given.

Posted on January 6, 2010 at 11:18 am

REPLY »  0



**missdelite** (#625)

Ambulance chasers.
Actually, if there's anyone who stands to make a mint off of the new formlula, it's the tipsters.

Posted on January 5, 2010 at 7:17 pm

REPLY »  0



**missdelite** (#625)

OTOH, if I had a hot tip, why would I go to *Gawker*? Can they afford to pay more than *TMZ* or any of the other major gossip/news sites?

Posted on January 5, 2010 at 7:26 pm

REPLY »  0



**Abe Sauer** (#148)

OMG email Snyder ASAP but don't give away the tip!

Posted on January 5, 2010 at 11:10 pm

REPLY »  0



**sphibbs** (#699)

Gawker is for poor people.

Posted on January 5, 2010 at 8:32 pm

REPLY »  0



**El Matardillo** (#586)

This thread was all kinds of awesome.

Posted on January 5, 2010 at 9:54 pm

REPLY »  0

---

**Post a Comment**



You must be logged-in to post a comment.
**Register Now or Login To Your Account**



**BILLFOLD**

Talking About Talking and
Writing About Money, With
Benjamin Anastas

I'm Stuck in a Career Rut

**SPLITSIDER**

Talking to David Wain & Joe
Lo Truglio About Theater,
Constructing A Well-Made
Play, and Achieving Cult
Comedy Status

The Lost Roles of Steve
Martin

**the hairpin**

A Trip to Rome

Get This Look: Ghosts

**THE WIRECUTTER**

What's important in the new
Android tablets and phone

How to use technology
during natural disasters

About
Contact
Advertise
Legal
RSS

Declaration

Exhibit G

Gawker's Denton Spills Business Guts to Business Insider | Mel Taylor Media

# MEL TAYLOR MEDIA

### Online Revenue & Digital Strategy



Your Email Address Here

**Sign Up »**

CONTACT    ABOUT    WORDPRESS WORKSHOPS    BLOG    VIDEO    WEB 101 FOR LOCAL BIZ

HOW WE HELP MANAGERS

## GAWKER MEDIA. DENTON'S BUSINESS STRATEGY

DECEMBER 17, 2010 BY MELTAYLORMEDIA



**Gawker Media's Nick Denton spoke at the recent** *Business Insider* **conference called IGNITION.** It was a great show with excellent line-up of digital media execs l ke Denton & Arianna Huffington.

It's rare for the head of a media company to spell out his business strategy with such honesty, even if it breaks a few unwritten rules along the way. But Nick Denton is quite open about his strategies. As we all know, far too many conferences feature panels & keynotes full of vendors, VP's & CEO's who do little more than shill for the **questionable** web strategy of their company.

**Gawker Media is now close to a smooth 10 million in revenue.** We suggest you steal as much as you can from the video below. Well, it's not really stealing since Nick is handing it to you on a silver platter.

Kudos to Henry Blodget; CEO of Business Insider who smartly places a pre-roll in front of this excellent 26 minute clip. As we recommend to clients: only run a :05 sec opening billboard in front of short clips of 2-3 minutes. Feel free to run a full :15 or :30 sec spot in front of clips that are longer than 3 minutes, and are of very high value.



> YA GOTTA READ THESE POSTS!

Tampa Tribune Selling Price Speaks Volumes

**Share this:**    Email    Facebook    LinkedIn    Twitter    g +1    0

Gawker's Denton Spills Business Guts to Business Insider | Mel Taylor Media

Related posts:

1. **Newspaper and TV Could Learn From Gawker** Newspaper, TV and hyper local websites could learn alot from a guy like Nick Denton, of Gawker. His site's subject matter may not be your cup of tea, but the way Gawker Media uses web 2.0 tech to enable cash flow and profit is EXACTLY what traditional media needs to adopt. We reported on Gawker's Online ......

2. **Hyper Local Business Models for News Media** What's the best business model for a newspaper, broadcast or hyper local news site? What if the answer was as simple as running your website like a real business, with a profit-first strategy? This kind of talk flies right in the face of those who preach entrepreneurial journalism and editorial first strategies. We know that's either ......

3. **Online Disruption: Local Media Screwed?** Not so long ago, small business was at the mercy of Newspaper, TV & Radio. If you needed to advertise your Italian restaurant or car dealership, you had to call the big media players in town. Often, they played the role of Tony Soprano (or Nucky Thompson if you watch Boardwalk Empire on HBO). They ......

FILED UNDER: BOTTOM FEATURED FRONT, FEATURE BOTTOM, HYPER REVENUE WATCH, POPULAR POSTS    TAGGED WITH: FIGHT-VS-DENTON-BUSINESS-STRATEGY, GAWKER-BUSINESS-STRATEGY, GAWKER-HYPERLOCAL, GAWKER-MEDIA-BUSINESS-INSIDER, GAWKER-MEDIA-BUSINESS-MODEL, GAWKER-MEDIA-PROFITS, GAWKER-MEDIA-REVENUE, GAWKER-MEDIA-REVENUE-2010, GAWKER-PROFITS, GAWKER-REVENUE, GAWKER-REVENUE-2010, GAWKERS-DENTON-SPILLS-GUTS-TO-BUSINESS-INSIDER, GAWKERS-PROFITS, HYPER-LOCAL-NEWS, HYPERLOCAL-MEDIA, HYPERLOCAL-NEWS-BUSINESS-MODEL, HYPERLOCAL-TV-REVENUE, HYPERLOLOCAL-PROFIT, LOCAL-NEWS-WEBSITE-PROFITS, MELTAYLORMEDIA-COM

Reach Local & Others Pick Off Local Advertisers

Selling CPM: How to Kill Local Media

WEBINAR: The Power of Email & Social Media

Tampa Tribune Employees Face Downsizing & Paycuts

Smart People Say Dumb Things About Digital

How Newspaper, TV & Radio Becomes a Digital Agency

How to Re-Invent Yourself for Digital

Local Media Sales Rep: Compensation & Training

GREAT Online Survey Tool for Newspaper

2012 NAB & RAB Radio Show Recap

Moneyball: Fixing Newspaper Web Sales

Not So Secret – RAB Radio Meeting about Digital

Editor & Publisher Calls Out John Paton

If Steve Jobs Ran Your Newspaper

CNHI Newspaper in PA Teaching Digital to Local Business

Philly Newsroom Staff Memo; Day of Digital Deliverance is Here

A Sale is Made on Every Call

Podcamp East This Weekend in Wilmington

How to Close Half Million of New Web Revenue

Gannett Newspaper in Delaware Delivers Digital Goods

TOP 5 Easy Fixes for Online Revenue & Sales

RAB Radio Show 2012, Digital Revenue Delay in Dallas?

Fixing Radio & TV Website REVENUE Mistakes

Gannett Presents Social Media Mashup in Delaware

---

LOCAL MEDIA MANAGERS ONLY

Delivered FREE to Your Inbox

**The Truth About....**

⁞ RECENT POSTS

Tampa Tribune Selling Price Speaks Volumes

Reach Local & Others Pick Off Local Advertisers

Selling CPM: How to Kill Local Media

WEBINAR: The Power of Email & Social Media

⁞ STUFF YOU GOTTA READ....



HOW NEWSPAPER, TV & RADIO BECOMES A DIGITAL AGENCY

Local newspapers are

Gawker's Denton Spills Business Guts to Business Insider | Mel Taylor Media



**Digital Sales & Revenue**

Video Tutorials
Cost Reduction Tactics
Hardcore & Accurate
Profit-First Focus
No Wimps, No-BS

Mel, I'm tired of the BS. We need web revenue NOW. Put me on the NO-BS list.

email address

SIGN UP !

Tampa Tribune Employees Face Downsizing & Paycuts

Smart People Say Dumb Things About Digital

How Newspaper, TV & Radio Becomes a Digital Agency

How to Re-Invent Yourself for Digital

Local Media Sales Rep: Compensation & Training

GREAT Online Survey Tool for Newspaper

2012 NAB & RAB Radio Show Recap

Moneyball: Fixing Newspaper Web Sales

Not So Secret – RAB Radio Meeting about Digital

Editor & Publisher Calls Out John Paton

If Steve Jobs Ran Your Newspaper

CNHI Newspaper in PA Teaching Digital to Local Business

Philly Newsroom Staff Memo; Day of Digital Deliverance is Here

moving fast into the world of digital marketing services. No longer must newspaper only push print ads and … [Read More...]



MONEYBALL: FIXING NEWSPAPER WEB SALES

Traditional Newspaper management is just like the old guard in Baseball. That's what you'll think after watching Moneyball … [Read More...]



IF STEVE JOBS RAN YOUR NEWSPAPER

One year anniversary of Steve Jobs' passing. Oct. 5, 2012 I'm reminded of this post I wrote last year, that really hit home with … [Read More...]



2012: HABITS OF PROFITABLE LOCAL NEWS SITES

What makes a local web strategy successful? It's more that just growing page views, Facebook fans and winning industry … [Read More...]