UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA, professionally
known as HULK HOGAN,

        Plaintiff,

vs.                                Case No. 8:12-cv-02348-T-27TBM

GAWKER MEDIA, LLC, *et al.*,

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Motion for David R. Houston to Appear *Pro Hac Vice* (Dkt. 53). Upon consideration, it is

**ORDERED**:

1. Plaintiff's motion (Dkt. 53) is **GRANTED** contingent upon counsel's submission of the required Special Admission Attorney Certification form and payment of the $10.00 special admission fee.[1] Failure to submit the form and fee within ten (10) days of the date of this Order shall result in counsel's appearance being stricken from the record.

2. Christina Ramirez, Esq. is designated as local counsel pursuant to Local Rule 2.02(a)(1).

**DONE AND ORDERED** in chambers this 20th day of November, 2012.

                                              JAMES D. WHITTEMORE
                                              United States District Judge

Copies to:
Counsel of Record
Pro hac vice clerk

---

[1] Counsel are further notified that pursuant to the USDC - Middle District of Florida's Administrative Procedures for Electronic Filing in Civil and Criminal Cases, Section I(A) "... all documents filed in Civil and Criminal cases in this District ... shall be filed electronically." Therefore, the attorneys being admitted *pro hac vice* is/are directed to sign up for CM/ECF, enter an email address in their CM/ECF account and electronically file a notice of compliance with this Court's Order within thirty (30) days. Failure to comply with this Order as directed will result in counsel being terminated from the docket sheet without further notice.