UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| TERRY GENE BOLLEA professionally known as HULK HOGAN,<br><br>            Plaintiff,<br><br>   v.<br><br>GAWKER MEDIA, LLC aka GAWKER MEDIA; GAWKER MEDIA GROUP, INC. aka GAWKER MEDIA; GAWKER ENTERTAINMENT, LLC; GAWKER TECHNOLOGY, LLC; GAWKER SALES, LLC; NICK DENTON; A.J. DAULERIO; KATE BENNERT, BLOGWIRE HUNGARY SZELLEMI ALKOTAST HASZNOSITO KFT aka GAWKER MEDIA<br><br>            Defendants. | Case No.: 8:12-CV-2348-T-27TBM |

**NOTICE OF COMPLIANCE WITH OCTOBER 31, 2012
ORDER REGARDING CM/ECF REGISTRATION**

      Pursuant to this Court's Order dated October 31, 2012 (Dk. #22) admitting Charles J. Harder *pro hac vice*, he respectfully files this Notice of Compliance and state as follows: he registered for a CM/ECF account with this Court on November 7, 2012, thereafter was issued a CM/ECF username and password by the Clerk's Office on November 8, 2012, and has been receiving electronic notices of all filings in this case.

1159550.1

1

                Respectfully Submitted,

Dated:  November 27, 2012

        /s/ Charles J. Harder
        Charles J. Harder
        California Bar No. 184593
        charder@wrslawyers.com
        WOLF, RIFKIN, SHAPIRO, SCHULMAN &
        RABKIN, LLP
        11400 West Olympic Boulevard, Ninth Floor
        Los Angeles, California 90064
        Telephone:  (310) 478-4100
        Facsimile:  (310) 479-1422

**Attorneys for Plaintiff Terry Gene Bollea**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 27th day of November, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all persons registered to receive notice via the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participants.

        /s/ Charles J. Harder
        Attorney

1159550.1      2