UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA professionally known as HULK HOGAN,

    Plaintiff,

v.

GAWKER MEDIA, LLC aka GAWKER MEDIA; GAWKER MEDIA GROUP, INC. aka GAWKER MEDIA; GAWKER ENTERTAINMENT, LLC; GAWKER TECHNOLOGY, LLC; GAWKER SALES, LLC; NICK DENTON; A.J. DAULERIO; KATE BENNERT, BLOGWIRE HUNGARY SZELLEMI ALKOTAST HASZNOSITO KFT aka GAWKER MEDIA

    Defendants.

Case No.: 8:12-CV-2348-T-27TBM

## NOTICE OF COMPLIANCE WITH NOVEMBER 21, 2012 ORDER REGARDING CM/ECF REGISTRATION

Pursuant to this Court's order dated November 21, 2012 (Dk. #55) admitting David R. Houston *pro hac vice*, he respectfully files this Notice of Compliance and state as follows: he registered for a CM/ECF account with this Court on November 21, 2012, thereafter was issued a CM/ECF username and password by the Clerk's Office on November 21, 2012 and has been receiving electronic notices of all filings in this case.

//
//
//
//

Respectfully Submitted,

November 27, 2012

/s/ David R. Houston
David R. Houston
Nevada State Bar #: 2131
dhouston@houstonatlaw.com
krosser@houstonatlaw.com
THE LAW OFFICE OF DAVID R. HOUSTON
432 Court Street
Reno, NV 89501
Telephone: 775.786.4188
Facsimile: 775.786.5091

*Attorney for Plaintiff Terry Gene Bollea*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of November, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all persons registered to receive notice via the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic fileing by first-class mail to any non-CM/ECF participants.

/s/ David R. Houston
Attorney