UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA professionally
known as HULK HOGAN,

        Plaintiff,

vs.

GAWKER MEDIA, LLC aka GAWKER
MEDIA; GAWKER MEDIA GROUP, INC.
aka GAWKER MEDIA; GAWKER
ENTERTAINMENT, LLC; GAWKER
TECHNOLOGY, LLC; GAWKER SALES,
LLC; NICK DENTON; A.J. DAULERIO;
KATE BENNERT, BLOGWIRE HUNGARY
SZELLEMI ALKOTAST HASZNOSITO
KFT aka GAWKER MEDIA

        Defendants.

Case No. 8:12-cv-02348

## MOTION FOR ERIC LEVINRAD TO APPEAR *PRO HAC VICE*

Plaintiff Terry Gene Bollea, by his undersigned counsel and pursuant to Local Rule 2.02, moves the Court to specially admit Eric Levinrad to appear and be heard in this case, and says:

1. Mr. Levinrad is a member in good standing and currently eligible to practice law in the following jurisdiction(s): United States District Court for the Central and Southern Districts of California, and United States Ninth Circuit Court of Appeals.

2. Mr. Levinrad has not made frequent or regular appearances in separate cases such as to constitute the maintenance of the regular practice of law in the State of Florida.

3. Mr. Levinrad is familiar with, and recognizes that he shall be governed by, among other things, all Local Rules of the United States District Court, Middle District of Florida, including Rule 2.04 thereof in particular, and is also familiar with and governed by the Code of

Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

4. Mr. Levinrad has entered an appearance of non-resident attorney and designated Kenneth G. Turkel and Christina K. Ramirez, Bajo Cuva Cohen & Turkel, P.A., Tampa, Florida, as Local Counsel.

5. In accordance with Local Rule 3.01(g), the undersigned certifies that he conferred with counsel for Defendants regarding the relief requested in this Motion and that counsel for Defendants advised that Defendants do not object to the relief requested.

6. Undersigned counsel has submitted Mr. Levinrad's Special Admission Attorney Certification form directly to the Clerk, along with the prescribed fee.

**WHEREFORE**, Plaintiff Terry Gene Bollea, requests that Eric Levinrad be permitted to specially appear and be heard in this case.

Respectfully submitted,

Dated: November 28, 2012

/s/ Christina K. Ramirez
Kenneth G. Turkel
Florida Bar No. 867233
kturkel@bajocuva.com
Christina K. Ramirez
Florida Bar No. 954497
cramirez@bajocuva.com
BAJO CUVA COHEN & TURKEL, P.A.
100 N. Tampa Street, Suite 1900
Tampa, Florida 33602
Telephone: (813) 443-2199
Facsimile:(813) 443-2193
**Attorneys for Plaintiff Terry Gene Bollea**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of November, 2012, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all persons registered to receive notice via the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participants.

/s/ Christina K. Ramirez