UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA professionally
known as HULK HOGAN

      Plaintiff,

                                     Case No.: 8:12-cv-02348-JDW-TBM

vs.

GAWKER MEDIA, LLC aka GAWKER
MEDIA, *et al.*

      Defendants.

_____/

## DEFENDANT GAWKER MEDIA, LLC'S OPPOSITION
## TO PLAINTIFF'S MOTION FOR AN INJUNCTION PENDING APPEAL

Defendant Gawker Media, LLC, on behalf of itself and all other defendants for whom its undersigned counsel has specially appeared (hereinafter referred to as "Gawker"), respectfully submits this brief memorandum in response to Plaintiff's Motion for an Injunction Pending Appeal (Dkt. No. 54).

In his motion, plaintiff seeks an injunction requiring Gawker to remove content from the Gawker website while plaintiff prosecutes his appeal of this Court's prior order denying him exactly that relief (Dkt. No. 47). Because this Court has already ruled on the issues plaintiff raises, and because plaintiff appears to have filed this motion primarily for the purpose of preserving his right to seek the same relief before the Eleventh Circuit, *see* Pl. Mem. at 1-2 (citing Fed. R. App. P. 8(a)(1)(C)), Gawker believes it appropriate simply to stand on the prior opposition to plaintiff's first injunction motion and the arguments at the hearing on that motion (Dkt. No. 28-29). In doing so, Gawker does not intend to waive, and expressly preserves, all arguments in response to plaintiff's subsequent motion seeking the same relief.

1

In the unlikely event that the Court concludes that additional argument on these issues is warranted, Gawker would be pleased to provide further briefing or appear for argument. Barring that, however, Gawker simply requests that plaintiff's motion be denied in its entirety for the same reasons that plaintiff's first injunction motion was denied in its entirety.

November 30, 2012

Respectfully submitted,

THOMAS & LOCICERO PL

By: /s/ Gregg D. Thomas
    Gregg D. Thomas
    Florida Bar No.: 223913
    Rachel E. Fugate
    Florida Bar No.: 0144029
400 North Ashley Drive, Suite 1100
P.O. Box 2602 (33601)
Tampa, FL 33602
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
gthomas@tlolawfirm.com
rfugate@tlolawfirm.com

Seth D. Berlin (admitted *pro hac vice*)
Paul J. Safier (admitted *pro hac vice*)
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW, Suite 200
Washington, DC 20036
Telephone: (202) 508-1122
Facsimile: (202) 861-9888
sberlin@lskslaw.com
psafier@lskslaw.com

Of Counsel:
Cameron A. Stracher
Gawker Media
210 Elizabeth Street, 4th Floor
New York, NY 10012
Telephone:  (212) 743-6513
cameron@gawker.com

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November 2012, a true and correct copy of

the foregoing is being electronically filed and will be furnished via CM/ECF to:

Kenneth G. Turkel, Esq.
kturkel@BajoCuva.com
Christina K. Ramirez, Esq.
cramirez@BajoCuva.com
Bajo Cuva Cohen & Turkel, P.A.
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
Tel: (813) 443-2199
Fax: (813) 443-2193

Charles J. Harder, Esq.
charder@wrslawyers.com
Jonathan H. Waller, Esq.
jwaller@wrslawyers.com
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 W. Olympic Boulevard, 9th Floor
Los Angeles, CA 90064-1582
Tel: (310) 478-4100
Fax: (310) 479-1422

David R. Houston, Esq.
dhouston@houstonatlaw.com
432 Court Street
Reno, NV 89501
Tel: (775) 786-4188
Fax: (775) 786-5091

Eric Levinrad, Esq.
elevinrad@wrslawyers.com
11400 W. Olympic Blvd.
Ninth Floor
Tel: (310) 478-4100
Fax: (310) 479-1422

*Attorneys for Plaintiff*

/s/ Gregg D. Thomas
Attorney

3