# Exhibit 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA professionally
known as HULK HOGAN,

                  Plaintiff,

    v.

GAWKER MEDIA, LLC aka GAWKER
MEDIA; GAWKER MEDIA GROUP, INC.
aka GAWKER MEDIA; GAWKER
ENTERTAINMENT, LLC; GAWKER
TECHNOLOGY, LLC; GAWKER SALES,
LLC; NICK DENTON; A.J. DAULERIO;
KATE BENNERT; BLOGWIRE HUNGARY
SZELLEMI ALKOTAST HASZNOSITO
KFT,

                  Defendants.

Case No. 8:12-cv-2348

### DECLARATION OF NATHANIEL WONG

I, Nathaniel Wong, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.    I am a legal clerk employed by the law firm of Wolf, Rifkin, Shapiro,

Schulman & Rabkin LLP ("WRSSR"), lead counsel for Plaintiff Terry Gene Bollea,

professionally known as Hulk Hogan ("Mr. Bollea" or "Plaintiff"). I have personal

knowledge of the facts set forth herein, and if called as a witness, I could and would

competently testify to the matters stated herein.

2.    Beginning on October 11, 2012, on each business day except October 12, 18,

19, 26, and November 6, 7, 19, 21, 2012, I reviewed the webpage located at the URL address

of http://gawker.com/5948770/even-for-a-minute-watching-hulk-hogan-have-sex-in-a-canopy-bed-is-not-safe-for-work-but-watch-it-anyway.  I was unable to review this webpage from October 30 through November 4, 2012, because when I attempted to review the webpage on those days, I was redirected to a different site, apparently as a result of Gawker's servers being down due to the effects of Hurricane Sandy on the New York area.  The number of page views is indicated on this website and appears to be updated on an ongoing basis. When you hover the mouse over the page view number, the number of new visitors to the webpage also is shown, which also appears to be updated on an ongoing basis.  On each day that I visited this webpage, I recorded the total number of page views. Beginning on October 23, 2012, I also began recording the number of new visitors as reflected on the webpage.  The last time that I reviewed this webpage prior to executing this Declaration was on November 29, 2012 at 2:22 p.m.  A true and correct copy of a screenshot of the webpage, which reflects how the webpage looked when I reviewed it at that time, is attached as **Exhibit A**.  As set forth in **Exhibit A**, on November 29, 2012 at 2:22 p.m., the webpage reflected that it had received 3,879,460 page views, and 2,294,074 "New Visitors."

3.      Attached as **Exhibit B** is a chart which I created and maintained which accurately reflects the number of page views indicated on the webpage on each date that I reviewed the above-described webpage, and which accurately reflects the number of "New Visitors" indicated on the webpage on each date that I reviewed this webpage from October 23, 2012 to the present date.  **Exhibit B** also reflects the daily and weekly increase in Page Views and New Visitors, which I calculated from the numbers indicated on the webpage each day.

4.      As set forth in **Exhibit B**, on October 11, 2012, the number of page views of

the webpage located at the URL address of http://gawker.com/5948770/even-for-a-minute-watching-hulk-hogan-have-sex-in-a-canopy-bed-is-not-safe-for-work-but-watch-it-anyway was 2,973,011.

5.      As set forth in **Exhibit B**, the number of page views of the webpage located at the URL address of http://gawker.com/5948770/even-for-a-minute-watching-hulk-hogan-have-sex-in-a-canopy-bed-is-not-safe-for-work-but-watch-it-anyway has increased by more than 80,000 views since November 3, 2012.  As also set forth in **Exhibit B**, the number of New Visitors to the webpage located at the URL address of http://gawker.com/5948770/even-for-a-minute-watching-hulk-hogan-have-sex-in-a-canopy-bed-is-not-safe-for-work-but-watch-it-anyway increased by more than 40,000 since November 3, 2012.

6.      As further set forth in **Exhibit B**, the number of page views of the webpage located at the URL address of http://gawker.com/5948770/even-for-a-minute-watching-hulk-hogan-have-sex-in-a-canopy-bed-is-not-safe-for-work-but-watch-it-anyway has increased by the amount of 21,336 in the past 9 days (i.e., from November 20, 2012 to the present).  As also set forth in **Exhibit B**, the number of New Visitors to the webpage located at the URL address of http://gawker.com/5948770/even-for-a-minute-watching-hulk-hogan-have-sex-in-a-canopy-bed-is-not-safe-for-work-but-watch-it-anyway increased by the amount of 12,681 in the past 9 days (i.e., from November 20, 2012 to the present).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of November, 2012.

Nathaniel Wong

Wong Declaration
Exhibit A

SIGN IN

**GAWKER**

TOP STORIES



**NSFW**

# Even for a Minute, Watching Hulk Hogan Have Sex in a Canopy Bed is Not Safe For Work but Watch it Anyway





A.J. Daulerio

OCT 4, 2012 2:15 PM    3,879,460 🔥 494 💬

Share  8 +1

Because the internet has made it easier for all of us to be shameless voyeurs and deviants, we love to watch famous people have sex. We watch this footage because it's something we're not supposed to see (sometimes) but we come away satisfied that when famous people have sex it's closer to the sex we as civilians have from time to time. Meaning: it's hardly ever sexy the way we expect it to be sexy, even when the participants are ostensibly more attractive than the majority of our sex partners will be.



NETFLIX    CLICK HERE ›

GET OUR TOP STORIES
FOLLOW GAWKER  f  t  ✉

You and 222,589 others like this.222,589 people like this.

But naked, they're still having sex like people who don't usually have sex on camera. Even if their dicks are big enough to smash a boat horn with authority, or their faces are lit up like Gulf War scud missile footage after midnight, their sex- purposeful, vaunted celebrity sex-is still incredibly dull. The normalcy of it is exciting, though. When you see glimmers of sloppy kissing or some shoulder moles or just an earnest, breathy, post-coital "*iluvvvvuuuu...*" it becomes mesmerizing.

Up top, you'll see one minute from the 30 minutes of footage taken of 59-year-old Hulk Hogan, professional wrestler, Real Life American Hero to many, fucking a woman rumored to be the ex-wife of his best friend, a famous radio DJ named Bubba the Love Sponge. This footage was stealthily circulated last April. TMZ reported its existence, The Dirty showed some screen shots, and Hulk lawyered up because he claims he was "secretly filmed." Last week, a burned DVD copy of Hulk having sex with the woman rumored to be Heather Clem (Bubba's ex-wife), was delivered to us through an anonymous source. They wanted no payment. They

## TOMORROW'S NEWS



**JOE BIDEN**
Seven Scenes from Joe Biden's Big Adventure 'Looking for Pies' at Costco



**LINDSAY LOHAN**
Lindsay Lohan Kicked Her Assistant Out of the Car Today, and Now They're Having a Secret Public Fight



**LINDSAY LOHAN**
Jealousy Over Unrequited Crush for Boy Band Member Led Lindsay Lohan to Punch Nightclub Patron? [UPDATE]



**WHITE PEOPLE**
Barack Obama Ate Some White Turkey With a White Turkey Today



**TRUE STORIES**
Looking for the Revolution Outside a Wendy's in Brooklyn



**TWIT**
Rapper Ejects Concertgoer For Tweeting That His Show Is Boring



**LAW SCHOOL**
Second-Tier Law School Dean Desperately Assures You That Law School Is Still a Great Buy



**LISTS**
Were You Born in the World's Best Country? Unless You Answered Ja, Oui or Si, The Answer is No



**TELEVISION WITH...**
Like, Whitney Cummings, Like, Interviewed Mindy Kaling on, Like, Her New Talk Show

**HUNTER MOORE**
'It's All Gonna Be Back': Hunter Moore Lied About Wiping Is Anyone Up's Archives

SPONSORED          NOV 29,
Warby Parkers        2012

Even for a Minute, Watching Hulk Hogan Have Sex in a Canopy Bed is Not Safe For work but Watch it Anyway

wanted no credit. Their only request was that we watch it. So I did—all 30:17 of it—and hyperbole aside, it's a goddamn masterpiece.

It opens with Hulk Hogan performing oral sex on the woman as she lays on the bed. Then another man's voice can be heard from inside the room off-camera and both Hulk and the naked woman engage in idle chit-chat with the mystery man. Because the woman closely resembles Mrs. Clem, some have suggested that the voice of the mystery man is, in fact, Bubba the Love Sponge. If this is true, Bubba has no problem sharing his wife with his best friend.

"You guys do your thing," this man says. "I'll be in the office if you need me."

He exits swiftly and allows Hulk and this woman their privacy. Hulk and the woman engage in more chit-chat and Bubba's name is mentioned. The woman says "We just fucked earlier today." Hulk asks "Who? You and Bubba?" She just laughs. It doesn't matter.

Hulk strips down. His tan line is exposed and his hairline is vulnerable and silly without the do-rag, but there is sex to be had regardless. Hulk must get hard, though, and the woman is eager to make that happen. Her fellatio is successful and Hulkamania is about to run wild on her but then his cell phone rings. He checks it because he thinks it might be his son, Nick. The ringtone on Hulk Hogan's phone is a song by his daughter, Brooke Hogan, called "About Us" featuring Paul Wall. He is a proud father.

But Hulk checks the caller and does not want to talk that person at all. "Fuck no," he says.

He stands on the side of the bed and the woman scoots up from the pillows and resumes giving the former WWE heavyweight champion of the universe a blowjob. It is a slow, dutiful blowjob and Hulk is thrusting himself into her mouth to speed up the process. This goes on for a few minutes and at one point Hulk examines the canopy bed curtains in a way that suggests he'd like to purchase this particular style for his own canopy bed some day. She takes a break. She spits loudly. She resumes for a few seconds, but it appears the spit has worked because Hulk mutters something in a growly sex voice. The woman removes him from her mouth and spins around on the bed like an excited puppy. She stands. They grope each other and stare at each other. "What did you say?" she asks, laughing and tying up her hair in a pony tail. Then they both laugh because there was a miscommunication during the sex act and they don't want to feel awkward.

"You got a rubber? I want you to climb on top of me," Hulk repeats, but not as sexy as it was the first time, which she didn't hear. Yes, she does have a rubber. Then we watch Hulk stand up and clumsily attempt to roll a condom onto his erect penis which, even if it has been ravaged by steroids and middle-age, still appears to be the size of a thermos you'd find in a child's lunchbox. Hulk hurls his massive body on to the canopy bed and the woman climbs on top, finally, and they begin. There is lots of squealing and moaning from her and she says stuff like, "I want to make you cum" and, "Your dick feels so good inside me"—that sort of thing. There is light spanking from Hulk done to show he supports her efforts and is close to orgasming.

Then, Hulk grunts. Hulk grunts more. Then Hulk grunts like he's doing an impression of old Hulk Hogan grunting right before he's about to cum/come. Climax happens for both participants and they seem pleased with the results. The woman provides two tender kisses on Hulk's upper chest. Hulk says, "Mmmk," because he's a little bemused by the situation he finds himself in on this day as we'll soon find out. Here's how Hulk explains his reaction to the woman he just had sex with:

"The rubber almost came off," he says.

She's not concerned. "It did what it was supposed to."

Hulk thought that was funny and makes her repeat it.

She does so and then peels off the rubber from his penis and carries it away. She holds the condom full of Hulk jiz like it's a random dirty sock she found in the dryer. Hulk is still


**Instantly Make You Look Smarter and Cooler, Like This Guy**


**HATERS**
Haters No Match for Hometown Ashli and her 'Hypemom' Cindy


**CRIME**
Kentucky Mayor Arrested for Selling Pot Near an Elementary School


**HUNTER MOORE**
Revenge-Porn Troll Hunter Moore Wants To Publish Your Nudes With Directions to Your House


**GUIDES**
Advice for President Obama and Mitt Romney As They Head Into Today's Awkward One-on-One Lunch


**LGBT**
Michigan Middle School Teacher Suspended for Letting Student Play Song Supporting Same-Sex Marriage


**CORRECTIONS**
Stop Calling Black Singers 'Rappers' Already


**COLLEGE SEX LIFE**
Kink Comes to Harvard as Student Group for BDSM Lovers Gains Formal Recognition


**LINDSAY LOHAN**
Lindsay Lohan Arrested for Assaulting Woman at NYC Nightclub [UPDATED with Video]


**PARENTING**
Dad of the Year Loves Daughter Enough to Beat Up Everyone at Her High School


**NYPD**
Arizona Tourist Takes Heartwarming Photo of NYPD Officer Giving New Pair of Boots to Homeless Man


**NSFL**
This 'Relatively Common' Butt Implant Malfunction Is Absolutely Horrifying


**ABOUT FACE**
Romney Face Tat Guy Wants the Ink Removed, Says Romney Has 'No Dignity'


**SPONSORED**
Chiara Atik is Here Live and Ready To Help Find the

Even for a Minute, Watching Hulk Hogan Have Sex in a Canopy Bed is Not Safe For Work but Watch it Anyway

coming down from his orgasm and is making quick, loud Tony Soprano wheezes.

"Oh my god," he exhales. "Can't believe I have to drive back home. Fuuuuck."

The woman giggles, climbs back into bed with him and reminds Hulk that this is why he should move to this neighborhood. They engage in some cuddling for a couple minutes but Hulk does have to go because he has to go meet his son Nick who was presumably no longer in prison during the time this was filmed. Playful banter resumes amidst the afterglow. Hulk gets up naked and accepts the invitation from the woman to take a shower. But then he tells the woman that he's shocked that the fucking took place at all because he'd just eaten ten minutes before he got there and "felt like a pig." He had sashimi. He smacks his large stomach and makes his way to the shower.

Hulk begins to put on his clothes. "Bubba's shirt," he says when he puts on his shirt. He's pulling on his jeans one giant leg at a time, still mumbling. The woman is naked in bed and not at all concerned by his early exit. She does suggest that he go talk to the mystery man in the office before he leaves. But Hulk has to go meet his son Nick at midnight. Then Hulk tells a story about how Nick's new girlfriend has a twin sister who called Hulk on the phone. Hulk reveals that the young woman inquired about his divorce and, if that's true, she would like to be the first to go out with him.

Hulk sits on the bed and puts on his socks. "You're a hot commodity," the woman says to Hulk. "Yeah, right. Huh," Hulk says. Even Hulk Hogan needs to be told he's handsome sometimes.

But he has to go, he leans over and kisses the woman. They joke about him loving and leaving but it's okay. "Be cool," he says to the woman on his way out the door. They thank each other for the sex. "You're awesome," Hulk says on his way out the door. "So are you," she says back in a very sincere way. Everybody's awesome. Hulk asks her if he should close the door on the way out. "No, leave it open," she says. "Thank you." Off he went.

*Video edited by Kate Bennert.*

**200 discussions** in response to A.J. Daulerio



Perfect Gift For Your Most Difficult Friends

**THE INTERNET**
The Internet's Best Terrible Person Goes to Jail: Can a Reviled Master Troll Become a Geek Hero?



**LOTTERY**
Why You Don't Want to Win Tonight's $550 Million Powerball Jackpot



**PARENTING**
Does Your Daughter Come with the Car?: Dad Posts Sexy Photos of His Daughter on eBay to Boost Sales



**BAD IDEAS**
This Is Why You Shouldn't Use Brass Knuckles to Kill a Spider

**Rich Juzwiak** and 5 more

Needs more thermos.

**rhymeasaurus** and 17 more

**scaroline83** and 23 more

uh, this feels like a transaction. given the presence of a mystery man and the fact that it was filmed, makes me think that he was paying for this sex. not for maybe? it's certainly not out of the question, heather clem/bubba fiasco and all.

Okay, can someone who watched it please tell me, on a scale of 1-10, how disgusting this is? I'm interested like it's a car accident of my emotions. Is this going to ruin masturbation forevermore? Will I have visions of a grunting, stringy-haired Hulk Hogan foraging between her legs in my head everytime I close my eyes and try to get off?

**tyty27** and 2 more

Now I want the step by step of Kate Bennert's editing process.

**ms_sara** and 6 more

So gross... What I want to know is, how long did the actual sex part last? More specifically, how long did said thermos and le fishwhistle collide? Is our beloved Hulk a 2 pump chump in the canopy ring, or did he at least manage a respectable amount of time on the love clock before he let his little Hulksters fly?

**shugsy** and 1 more

I'm pleasantly(?) surprised to see he appears to have a sort of respectful rapport with the woman. Perceptions have been warped by seeing male celebs have such asshole-y views towards women.

However on the Dirty site there's some kind of reference to Dog the bounty hunter as though Hogan makes similar racist comments on this tape ...sooo, I'm afraid we need a full transcript

**Nilla Wafter** and 9 more

Even for a Minute, Watching Hulk Hogan Have Sex in a Canopy Bed is Not Safe For Work but Watch it Anyway

Gawker, if only to uphold Hulk's reputation ya'know.

Note to editor: Thank you for respecting the fact that some people prefer the verb form to be spelled "come" as opposed to "cum."

**Travelgrrl** and 5 more

The Hulk ween is long but hardly as thick as a Thermos, even a child's Thermos.



**Drew Magary** and 8 more

"Eat your vitamins."



**Pessimippopotamus** and 4 more

That seemed quite civil.

Show all



Seven Scenes from Joe Biden's Big Adventure 'Looking for Pies' at Costco



What's All the Fuss About Evernote? Should I Be Using It?



The Best Time To Fire A Head Coach



YouTuber: I Was Banned From Making Money Because Of An Over-Zealous Fan [UPDATE]





Creepy 'Love Surgery' Performed on New Moms' Unwitting Vaginas



In (Partial) Defense of Overzealous Scientists: A Reflection on Martian Disappointments



Why Do All These Electric Cars Have Grilles?



iTunes 11 Is Finally Out: Here's What's New

About    Help    Jobs    Legal    Privacy    Permissions    Advertising    Subscribe    Send a tip

Wong Declaration
Exhibit B

## HULK HOGAN SEX TAPE PAGE VIEWS – GAWKER

| # | DATE | PAGE VIEWS | INCREASE (DAY) | INCREASE (WEEK) | NEW VISITORS | INCREASE (DAY) | INCREASE (WEEK) |
|---|---|---|---|---|---|---|---|
| 1. | 10/11/12 | 2,973,011 | | | | | |
| 2. | 10/15/12 | 3,179,415 | | | | | |
| 3. | 10/16/12 | 3,346,892 | 164,477 | | | | |
| 4. | 10/17/12 | 3,499,628 | 152,736 | | | | |
| 5. | 10/22/12 | 3,677,174 | | 497,759 | | | |
| 6. | 10/23/12 | 3,703,875 | 26,701 | | 2,206,192 | | |
| 7. | 10/24/12 | 3,720,300 | 16,425 | | 2,214,187 | 7,995 | |
| 8. | 10/25/12 | 3,742,089 | 21,789 | | 2,224,781 | 10,594 | |
| 9. | 10/29/12 | 3,773,414 | | 96,240 | 2,240,673 | | |
| 10. | 11/5/12 | 3,793,651 | | 20,237 | 2,248,882 | | 8,209 |
| 11. | 11/7/12 | 3,799,512 (preserved at 11:04 pm) | | | | | |
| 12. | 11/8/12 | 3,800,377 | 865 | | 2,252,605 | | |
| 13. | 11/9/12 | 3,803,131 | 2,754 | | 2,254,125 | 1,520 | |
| 14. | 11/12/12 | 3,809,239 | 6,108 | 15,588 | 2,257,729 | | 8,847 |
| 15. | 11/13/12 | 3,811,850 | 2,611 | | 2,259,502 | 1,773 | |
| 16. | 11/14/12 | 3,814,568 | 2,718 | | 2,261,248 | 1,746 | |
| 17. | 11/15/12 | 3,830,257 | 15,689 | | 2,267,677 | 6,429 | |
| 18. | 11/16/12 | 3,842,617 | 12,360 | | 2,272,778 | 5,101 | |
| 19. | 11/20/12 | 3,858,124 | | | 2,281,393 | | |
| 20. | 11/26/12 | 3,872,382 | | | 2,290,031 | | |
| 21. | 11/27/12 | 3,874,237 | 1,855 | | 2,291,150 | 1,119 | |

11357740.1

## HULK HOGAN SEX TAPE PAGE VIEWS – GAWKER

| # | DATE | PAGE VIEWS | INCREASE (DAY) | INCREASE (WEEK) | NEW VISITORS | INCREASE (DAY) | INCREASE (WEEK) |
|---|------|------------|----------------|-----------------|--------------|----------------|-----------------|
| 22. | 11/28/12 | 3,876,658 | 2,421 | | 2,292,578 | 1,428 | |
| 23. | 11/29/12 | 3,879,460 | 2,802 | | 2,294,074 | 1,496 | |