# Exhibit 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA, professionally
known as HULK HOGAN,

          Plaintiff,

      v.

GAWKER MEDIA, LLC aka GAWKER
MEDIA; GAWKER MEDIA GROUP, INC.
aka GAWKER MEDIA; GAWKER
ENTERTAINMENT, LLC; GAWKER
TECHNOLOGY, LLC; GAWKER SALES,
LLC; NICK DENTON; A.J. DAULERIO;
KATE BENNERT; BLOGWIRE HUNGARY
SZELLEMI ALKOTAST HASZNOSITO
KFT,

          Defendants.

Case No. 8:12-cv-2348-T-27TBM

**PRELIMINARY INJUNCTION**

**THIS CAUSE** came before the Court on Plaintiff's Motion for Preliminary

Injunction.  The Court has reviewed the First Amended Complaint, the Motion, the

Declarations of Charles J. Harder and Nathaniel Wong, the Declaration of Terry Gene Bollea

filed on October 16, 2012 as Exhibit 1 to Plaintiff's Motion for Temporary Restraining

Order, the Defendants' Opposition to the Motion, and is otherwise fully advised in the

premises.  It is, therefore, **ORDERED** that a Preliminary Injunction is hereby granted as

follows:

      1.      Against Defendants, and all persons acting on their behalf or under their

control, from any and all activity that would cause or have the effect of distributing,

disseminating, publishing, displaying, posting for view or access on or through the Internet or any other manner or media outlet, broadcasting, transferring, licensing, selling, offering to sell or license, or otherwise using, exploiting or attempting to exploit, any video of Plaintiff engaged in sexual relations ("Video") or any portions or content thereof;

2.      Defendants shall deliver to Plaintiff all copies of the Video, and all portions, excerpts, and content thereof, including without limitation still images therefrom, in all formats and all forms of media, including electronic and physical media, within Defendants' possession, custody or control, including without limitation, any and all storage devices (such as CDs, DVDs, hard drives, tapes, and disks) containing same; and

3.      A constructive trust is placed upon Defendants and all person acting on their behalf or under their direction or control, as to all revenues and profits received by such individuals as a result of or in any way connected with the distribution, dissemination, publication, display, posting for view or access on or through the Internet or any other manner or media outlet, broadcast, transfer, license, sale, offer to sell or license, or other use, exploitation or attempt to exploit the Video, to be held for the benefit of Plaintiff.

4.      Plaintiff is not required to post a bond. It is so ORDERED.

**DONE and ORDERED** at Tampa, Hillsborough County, Florida, this _____day of December, 2012.

_____
The Honorable James D. Whittemore

*Conformed copies to:*
All Counsel of Record