UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Office of the Clerk
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Tampa, Florida 336023800
(813) 301-5400
www.flmd.uscourts.gov

Sheryl L. Loesch
Clerk

Alycia Marshall
Court Operations Supervisor

Mark Middlebrook
Division Manager

December 17, 2012

TERRY GENE BOLLEA,

      **Plaintiff,**

-vs-                                    Case No. **8:12-cv-2348-T-27TBM**

GAWKER MEDIA, LLC, et al.,

      **Defendants.**
_____/

## CERTIFICATE OF READINESS OF RECORD ON APPEAL

     U.S.C.A. Case Number:    12-15959-C

Pursuant to Federal Rules of Appellate Procedure 11©, the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal. The record, including the transcript of parts thereof designated for inclusion and all necessary exhibits, consists of:

     Complete Record on Appeal:

- 1    Volume of Pleadings

- 1    Volume of Transcripts

- 1    Folder of Documentary Exhibits

                                SHERYL L. LOESCH, CLERK

                                By: s/ D. Greco, Deputy Clerk