# Exhibit 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| TERRY GENE BOLLEA professionally known as HULK HOGAN,<br><br>Plaintiff,<br><br>v.<br><br>GAWKER MEDIA, LLC aka GAWKER MEDIA; GAWKER MEDIA GROUP, INC. aka GAWKER MEDIA; GAWKER ENTERTAINMENT, LLC; GAWKER TECHNOLOGY, LLC; GAWKER SALES, LLC; NICK DENTON; A.J. DAULERIO; KATE BENNERT; BLOGWIRE HUNGARY SZELLEMI ALKOTAST HASZNOSITO KFT,<br><br>Defendants. | Case No. 8:12-cv-2348-T-27TBM |

## DECLARATION OF ERIC LEVINRAD

I, Eric Levinrad, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am an attorney duly licensed to practice before all courts of the State of California, and also for the U.S. District Courts for the Central and Southern Districts of California, among other federal courts. I am a partner at the law firm of Wolf, Rifkin, Shapiro, Schulman & Rabkin LLP ("WRSSR"), lead counsel for Plaintiff Terry Gene Bollea, professionally known as Hulk Hogan ("Mr. Bollea" or "Plaintiff"), and am admitted *pro hac vice* to appear in this action. I have personal knowledge of the facts set forth herein, and if

called as a witness, I could and would competently testify to the matters stated herein.

2. Attached collectively hereto as **Exhibit A** are true and correct copies of Statement of Information filed by Gawker Technology, LLC with the California Secretary of State. The Statement of Information filed on or about July 8, 2009, indicates that Nick Penton (*sic*) and Gawker Media LLC are the managers and/or members of Gawker Technology, LLC. The Statement of Information filed on or about February 3, 2010 indicates no change in the information filed in the previous Statement of Information.

3. Attached collectively hereto as **Exhibit B** are true and correct copies of the Statement of Information filed by Gawker Entertainment, LLC with the California Secretary of State. The Statement of Information filed on or about July 17, 2009, indicates that Nick Penton (*sic*) and Gawker Media LLC are the managers and/or members of Gawker Technology, LLC. The Statement of Information filed on or about February 3, 2012 indicates no change in the information filed in the previous Statement of Information.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Limited Liability Company Biennial Statement filed by Gawker Sales, LLC with the New York State Department of State for the January, 2010 filing period.

5. According to the Trademark Electronic Search System maintained by the United States Patent and Trademark Office, last accessed on December 21, 2012, defendant Blogwire Hungary Szellemi Alkotast Hasznosito KFT holds the following registered trademarks:

| # | Word Mark | Registration Number |
|---|-----------|---------------------|
| 1. | DEADSPIN | 3187369 |
| 2. | SPLOID | 3177176 |
| 3. | LIFEHACKER | 3123017 |
| 4. | KOTAKU | 3119693 |
| 5. | DEFAMER | 3119691 |

| 6.  | GAWKER STALKER          | 3274763 |
|-----|-------------------------|---------|
| 7.  | LIFEHACKER              | 3274709 |
| 8.  | JALOPNIK                | 3285856 |
| 9.  | KOTAKU                  | 3274695 |
| 10. | VALLEYWAG               | 3282718 |
| 11. | DEFAMER                 | 3231927 |
| 12. | GRIDSKIPPER             | 3274696 |
| 13. | SCREENHEAD              | 3212863 |
| 14. | WONKETTE                | 3267910 |
| 15. | SPLOID!                 | 3116796 |
| 16. | SCREENHEAD              | 3119697 |
| 17. | GRIDSKIPPER BARA BOCOCA | 3116587 |
| 18. | WONKETTE!               | 3119692 |
| 19. | FLESHBOT                | 2916368 |
| 20. | GIZMODO                 | 2877598 |
| 21. | GAWKER                  | 2901710 |
| 22. | IO9                     | 3805741 |
| 23. | JEZEBEL                 | 3597171 |

5. According to the Whois database of GoDaddy.com, last accessed on December 21, 2012, defendant Blogwire Hungary Szellemi Alkotast Hasznosito KFT owns and/or controls the domain name <gawker.com>.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of December, 2012.

*[signature]*

Eric Levinrad

Declaration

Exhibit A



# State of California
## Secretary of State

**STATEMENT OF INFORMATION**
(Limited Liability Company)

Filing Fee $20.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FILED**
in the office of the Secretary of State
of the State of California

**JUL 0 8 2009**

A/gcc/ec

This Space For Filing Use Only

1. LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

GAWKER TECHNOLOGY, LLC
200801910034

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION |
|---|---|
| 200801910034 | NEW YORK |

COMPLETE ADDRESSES FOR THE FOLLOWING (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | | ZIP CODE |
|---|---|---|---|
| 76 CROSBY STREET | NEW YORK, NY | | 10012 |
| 5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
| | | CA | |

NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY

| 6. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER (Attach additional pages, if necessary.)

| 7. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| NICK PENTON | 76 CROSBY STREET | NEW YORK, NY | 10012 |
| 8. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| GAWKER MEDIA LLC | 76 CROSBY STREET | NEW YORK, NY | 10012 |
| 9. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |

AGENT FOR SERVICE OF PROCESS (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10. NAME OF AGENT FOR SERVICE OF PROCESS

INCORPORATING SERVICES, LTD. (C2892002)

| 11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**TYPE OF BUSINESS**

12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

ONLINE MEDICA COMPANY

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| ALAN MILLER | Alan Miller | AGENT | 7/7/2009 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

APPROVED BY SECRETARY OF STATE

LLC-12 (REV 03/2007)



# State of California
## Secretary of State

**STATEMENT OF INFORMATION**
(Limited Liability Company)

L  33

Filing Fee $20.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

   Gawker Technology LLC

**FILED**
In the office of the Secretary of State
of the State of California

FEB 03 2010

This Space For Filing Use Only

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

2. SECRETARY OF STATE FILE NUMBER: 200801910034
3. STATE OR PLACE OF ORGANIZATION: New York

**NO CHANGE STATEMENT**

[✓] If there has been no change in any of the information contained in the last Statement of Information filed with the Secretary of State, check the box and proceed to Item 13.

If there have been any changes to the information contained in the last Statement of Information filed, or no Statement of Information has been previously filed, this form must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | | CITY | STATE CA / ZIP CODE |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| 7. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| 8. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| 9. NAME | ADDRESS | CITY AND STATE | ZIP CODE |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10. NAME OF AGENT FOR SERVICE OF PROCESS

| 11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE CA | ZIP CODE |
|---|---|---|---|

**TYPE OF BUSINESS**

12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| Gabrielle Darbyshire | *signature* | COO | 1/20/2010 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

LLC-12R (REV 03/2007)   APPROVED BY SECRETARY OF STATE

Declaration

Exhibit B



# State of California
## Secretary of State

### STATEMENT OF INFORMATION
(Limited Liability Company)

Filing Fee $20.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

FILED
In the office of the Secretary of State
of the State of California

JUL 17 2009



This Space For Filing Use Only

1. **LIMITED LIABILITY COMPANY NAME** (Please do not alter if name is preprinted.)
GAWKER ENTERTAINMENT, LLC
200802810002

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2 SECRETARY OF STATE FILE NUMBER | 3 STATE OR PLACE OF ORGANIZATION |
|---|---|
| 200802810002 | NEW YORK |

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | STREET ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| 4 STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 720 14TH ST | SACRAMENTO, CA | 95814 |
| 5 CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | | | |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6 NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|---|
| 7 | NICK DENTON | 76 CROSBY ST | NEW YORK, NY | 10012 |
| 8 | GAWKER MEDIA LLC | 76 CROSBY ST | NEW YORK, NY | 10012 |
| 9 | | | | |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10 NAME OF AGENT FOR SERVICE OF PROCESS
INCORPORATING SERVICES, LTD. (C2892002)

| 11 ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**TYPE OF BUSINESS**

12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY
ONLINE MEDIA COMPANY

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT

| ALAN MILLER | _Alan Miller_ | AGENT | 7/7/2009 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

APPROVED BY SECRETARY OF STATE

LLC-12 (REV 03/2007)



# State of California
## Secretary of State

**STATEMENT OF INFORMATION**
(Limited Liability Company)

Filing Fee $20.00. If this is an amendment, see instructions.
**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

L 12

**FILED**
in the office of the Secretary of State
of the State of California

FEB 17 2012

This Space For Filing Use Only

1. **LIMITED LIABILITY COMPANY NAME**
Gawker Entertainment, LLC

**File Number and State or Place of Organization**

2. SECRETARY OF STATE FILE NUMBER: 200802810002
3. STATE OR PLACE OF ORGANIZATION (If formed outside of California): New York

**No Change Statement**

4. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of Information has been previously filed, this form must be completed in its entirety.

   [✓] If there has been no change in any of the Information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 15.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 5 and 7 cannot be P.O. Boxes.)

| # | Field | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 5. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 6. | MAILING ADDRESS OF LLC, IF DIFFERENT THAN ITEM 5 | | | | |
| 7. | CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | | | CA | |

**Name and Complete Address of the Chief Executive Officer, If Any**

| # | Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 8. | | | | | |

**Name and Complete Address of Any Manager or Managers, or if None Have Been Appointed or Elected, Provide the Name and Address of Each Member** (Attach additional pages, if necessary.)

| # | Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.

12. NAME OF AGENT FOR SERVICE OF PROCESS

| # | Street Address | City | State | Zip Code |
|---|---|---|---|---|
| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | | | CA | |

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

15. THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |
|---|---|---|---|
| 1/31/2012 | Gaby Darbyshire | COO | Gaby Darbyshire |

APPROVED BY SECRETARY OF STATE

LLC-12 (REV 01/2012)

Declaration

Exhibit C

NYS Department of State
Division of Corporations, Records and UCC
Albany, NY 12231-0002
www.dos.state.ny.us

# Limited Liability Company Biennial Statement

For Internal Use Only

2603

10-21700

Filed By: KH

Cash # (if different than film #): _____

**3615290**

**Business Name:**

**GAWKER SALES, LLC**

3615290

GAWKER SALES, LLC
76 CROSBY STREET
NEW YORK, NY 10012

Required Fee: $9.00
Filing Period: 01/2010
(Make checks payable to the Department of State)

The Limited Liability Company Law requires limited liability companies to provide a current address for service of process to the Department of State every two years in the calendar month in which the limited liability company was formed or authorized. Please review the address for service of process in Part 1. Update the information in the space provided, if necessary. If no changes are necessary, proceed to Part 2. A limited liability company which fails to timely file its Biennial Statement shall be shown to be past due on the Department of State's records.

**Part 1: Address for Service of Process** (Address must be within the United States)

GAWKER SALES, LLC
76 CROSBY STREET
NEW YORK, NY 10012

Name: Gawker Sales, LLC
Address: 210 Elizabeth, 4th Floor
City: New York
State: NY
Zip: 10012

**Part 2: Signature of Member, Manager, Attorney-in-Fact or Authorized Person**

Signature: [signature]
Title of Signer (Please Print): PRESIDENT
Name of Signer (Please Print): NICHOLAS DENTON

Send the completed form, together with the $9.00 filing fee made payable to the Department of State, in the self-mailer envelope, to the Department of State, Division of Corporations, 99 Washington Ave. Albany, NY 12231-0001.

To pay with a credit card, send a Credit Card Authorization Form to the Department of State with your Biennial Statement. The Credit Card Authorization Form is available from the Department of State's website at www.dos.state.ny.us or by calling (518) 473-2492. The Biennial Statement with the Credit Card Authorization Form may be faxed to (518) 486-4680.

Call (518) 473-6385 if you have questions regarding this form.

A domestic limited liability company must file this form until it files Articles of Dissolution. A foreign limited liability company must file this form until it files a Certificate of Surrender of Authority or a Certificate of Termination of Existence.

DOS-1299 (07/06)

100217002603