UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| TERRY GENE BOLLEA professionally known as HULK HOGAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GAWKER MEDIA, LLC aka GAWKER )<br>MEDIA; GAWKER MEDIA GROUP, INC. )<br>aka GAWKER MEDIA; GAWKER )<br>ENTERTAINMENT, LLC; GAWKER )<br>TECHNOLOGY, LLC; GAWKER SALES, )<br>LLC; NICK DENTON; A.J. DAULERIO; )<br>KATE BENNERT, BLOGWIRE HUNGARY )<br>SZELLEMI ALKOTAST HASZNOSITO )<br>KFT aka GAWKER MEDIA, )<br>)<br>Defendants. )<br>_____/ | Case No. 8:12-cv-02348-T-27TBM |

## NOTICE OF RULE 41(a)(1)(A)(i) VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff hereby voluntarily dismisses this action in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). There has been no answer or motion for summary judgment served in this action by any of the opposing parties.

Dated: December 28, 2012

Respectfully submitted,

/s/ *Kenneth G. Turkel*
Kenneth G. Turkel
Florida Bar No.: 0867233
Email: kturkel@bajocuva.com
Christina K. Ramirez
Florida Bar No.: 0954497
Email: cramirez@bajocuva.com
BAJO CUVA COHEN & TURKEL, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel: (813) 443-2199
Fax: (813) 443-2193
**Attorneys for Terry Gene Bollea**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of December, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to all persons registered to receive notice via the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participants.

/s/ *Kenneth G. Turkel*
Attorney