UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA, professionally
known as HULK HOGAN,

    Plaintiff,

vs.                          Case No. 8:12-CV-2348-T-27TBM

GAWKER MEDIA, LLC; et al.,

    Defendants,

_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Notice of Rule 41(a)(1)A)(i) Voluntary Dismissal Without Prejudice (Dkt. 68). Upon consideration, it is

**ORDERED** that this case is DISMISSED without prejudice. All pending motions are DENIED as moot. The clerk is directed to CLOSE this case.

**DONE AND ORDERED** in chambers this 3rd day of January, 2013.

                                                JAMES D. WHITTEMORE
                                                United States District Judge

Copies to:
Counsel of Record