# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 03, 2013

Sheryl L. Loesch
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 12-15959-CC
Case Style: Terry Bollea v. Gawker Media, LLC, et al
District Court Docket No: 8:12-cv-02348-JDW-TBM

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

All pending motions are now rendered moot in light of the attached order.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 12-15959-CC

_____

TERRY BOLLEA,
professionally known as Hulk Hogan,

                Plaintiff - Appellant,

versus

GAWKER MEDIA, LLC,
a.k.a. Gawker Media,
GAWKER MEDIA GROUP, INC.,
a.k.a. Gawker Media,
GAWKER ENTERTAINMENT, LLC,
GAWKER TECHNOLOGY, LLC,
GAWKER SALES, LLC, et al.,

                Defendants - Appellees.

Appeal from the United States District Court
for the Middle District of Florida

ENTRY OF DISMISSAL: Pursuant to Appellant Terry Bollea's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective January 03, 2013.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

By:  Joe Caruso, Deputy Clerk

FOR THE COURT - BY DIRECTION